AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority<br><br>*Defendant(s)* | Civil Action No. 6:22-cv-1460 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patrick Allen, Director
Oregon Health Authority
155 Cottage St. NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Neiman                                                    Misha Isaak
Emma P. Pelkey                                                Alex Van Rysselberghe
LEWIS BRISBOIS BISGAARD & SMITH LLP    PERKINS COIE, LLP
888 SW Fifth Ave., Ste. 900                              1120 NW Couch 10th Floor
Portland, OR 97204                                          Portland, OR 97209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 09/29/2022

By: s/B. Davies, Deputy Clerk