**Eric J. Neiman**, OSB No. 823513
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey**, OSB No. 144029
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Alex T. Van Rysselberghe**, OSB No. 174836
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH d/b/a SACRED HEART MEDICAL CENTER UNIVERSITY DISTRICT; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>Defendant. | Case No.  6:22-cv-01460-MC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS |

1-   NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

158813023.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

TO: CLERK OF COURT

AND TO: ALL PARTIES OF RECORD

Notice is hereby given that Misha Isaak of Perkins Coie LLP has been substituted by Thomas R. Johnson of Perkins Coie LLP, for Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, and Providence Health & Services – Oregon.  Alex T. Van Rysselberghe of Perkins Coie LLP, Eric J. Neiman and Emma P. Pelkey of Lewis Brisbois Bisgaard & Smith LLP, will remain counsel of record for Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, and Providence Health & Services – Oregon.  This notice is effective immediately. All other notices and pleadings, exclusive of original process, must be served on Thomas R. Johnson and Alex T. Van Rysselberghe of Perkins Coie LLP and Eric J. Neiman and Emma P. Pelkey of Lewis Brisbois Bisgaard & Smith LLP.

DATED:  October 24, 2022.

**PERKINS COIE LLP**

By: */s/ Thomas R. Johnson*
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alex T. Van Rysselberghe, OSB No. 174836
AVanRysselberghe@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

Eric J. Neiman, OSB No. 823513
Eric.Neiman@lewisbrisbois.com
Emma P. Pelkey, OSB No. 144029
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800

*Attorneys for Plaintiffs*

2-    NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

158813023.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222