

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | November 3, 2022 |
| Case Number: | 6:22−cv−01460−MO |
| Case Title: | Legacy Health System et al v. Allen |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Michael J. McShane to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Courtroom Deputy: | Kara Scheele<br>503−326−8031<br>Email: chambers_mosman@ord.uscourts.gov |
| Docket Information: | Telephone: 541−431−4100 |

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

**(C)  Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:   Judge Mosman
      Counsel of Record