Emily Cooper OSB# 182254
ecooper@droregon.org
**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., & A.J. MADISON,** Plaintiffs, <br><br> v. <br><br> **PAT ALLEN,** in his official capacity as head of the Oregon Health Authority, & **DOLORES MATTEUCCI**, in her official capacity as Superintendent of the Oregon State Hospital, Defendants. | Case No.: 3:02-cv-00339-MO <br><br> DECLARATION OF EMILY COOPER IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO COUNTIES' BRIEF REGARDING JUDICIAL AUTHORITY |
| **JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON**, Plaintiffs, <br><br> **v.** <br><br> **PAT ALLEN,** in his official capacity as head of the Oregon Health Authority, & **DOLORES MATTEUCCI,** in her official capacity as Superintendent of the Oregon State Hospital, Defendants. | Case No. 3:21-cv-01637-MO (Member Case) |

I, Emily Cooper, declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters contained herein, and am competent to testify thereto.

Declaration of Emily Cooper in Support of Plaintiffs' Response in Opposition to Counties' Brief Regarding Judicial Authority
Page 1

Disability Rights Oregon
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081

2. I am the Legal Director at Disability Rights Oregon ("DRO"), the designated Protection and Advocacy system for Oregon and a Plaintiff in the above captioned matter.

3. Attached as Exhibit A is a true and accurate copy of the Court's neutral expert Dr. Debra Pinals, M.D., Third Report dated September 15, 2022.

DATED this 3rd day of November in Portland, Oregon.

    /s/ Emily Cooper
Emily Cooper, OSB #182254
Disability Rights Oregon

Declaration of Emily Cooper in Support
of Plaintiffs' Response in Opposition to Counties' Brief
Regarding Judicial Authority
Page 2

Disability Rights Oregon
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081