**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, OSB #010645**
TRJohnson@perkinscoie.com
**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Intervenors and Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>        Plaintiffs,<br><br>      v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>        Defendants,<br><br>   and | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-CV-01460-MO (Member Case)<br><br>**DECLARATION OF ROBIN HENDERSON IN SUPPORT OF MOTION TO DISSOLVE OR MODIFY THE SEPTEMBER 1, 2022 INJUNCTION**<br><br>**By Intervenors and Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavior Health, Legacy Health System, PeaceHealth, and Providence Health & Services – Oregon**<br><br>*Oral argument: November 21, 2022, 1:30 PM* |

DECLARATION OF ROBIN HENDERSON IN SUPPORT OF MOTION TO DISSOLVE OR MODIFY THE SEPTEMBER 1, 2022 INJUNCTION

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>      Intervenors. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>      Plaintiffs,<br><br>      v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>      Defendants,<br><br>      and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES,<br><br>      Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>      Plaintiffs,<br><br>      v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>      Defendant. | Case No. 6:22-CV-01460-MO (Member Case) |

DECLARATION OF ROBIN HENDERSON IN SUPPORT OF MOTION TO DISSOLVE OR MODIFY THE SEPTEMBER 1, 2022 INJUNCTION

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

I, Robin Henderson, PsyD, do hereby declare as follows:

1. I am the Chief Executive of Behavioral Health for Providence Health & Services in Oregon. I make this declaration based on personal knowledge.

2. I have a Doctor of Psychology (PsyD) degree from George Fox University, and a post-doctoral degree in integrated health psychology.

3. I am limited in what I can disclose pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA). However, I can confirm that in October of 2022, a patient who had been charged with a felony for unlawful use of a weapon was abruptly discharged from the Oregon State Hospital pursuant to the September 1, 2022 injunction, placed on a Magistrate's hold, and transferred to Providence St. Vincent Medical Center without any notice. Attached as Exhibit 1 is a true copy of an article that was published in the Willamette Week about this situation.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATE: November 17, 2022

_____
Robin Henderson, PsyD

4867-4390-0734.1
DECLARATION OF ROBIN HENDERSON IN SUPPORT OF MOTION TO DISSOLVE OR MODIFY THE SEPTEMBER 1, 2022 INJUNCTION
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222