ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
         Sheila.Potter@doj.state.or.us
         Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants Patrick Allen and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES,<br><br>Intervenors. | Case No.  3:02-cv-00339-MO (Lead Case)<br>Case No.  3:21-cv-01637-MO (Member Case)<br>Case No.  6:22-CV-01460-MC (Member Case)<br><br>RESPONSE TO NEW ALLEGATIONS REGARDING SEPTEMBER 1 ORDER |

Page 1 -   RESPONSE TO NEW ALLEGATIONS REGARDING SEPTEMBER 1 ORDER
CAS/mm8/622816595

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES, | |
| Intervenors. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON, | Case No. 6:22-CV-01460-MC (Member Case) |
| Plaintiffs, | |
| v. | |
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, | |
| Defendant. | |

The Declaration of Ron Lagergren filed at ECF No. 317 states, "Unity has seen four patients who were released from OSH pursuant to the September 1, 2022, injunction order in this case." It then sets out allegations as to four patients. The attached Declaration of Deputy Superintendent Derek Wehr explains that none of those four patients were, in fact, released from OSH pursuant to this Court's September 1 order. Each of them was actually determined to be

Page 2 -   RESPONSE TO NEW ALLEGATIONS REGARDING SEPTEMBER 1 ORDER

"never able" to aid and assist, and each of them returned to court for proceedings following that determination.

    Defendants submit this Declaration to ensure that the court record is accurate and complete as to these issues.

    DATED November __21__, 2022.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Sheila H. Potter*
    CARLA A. SCOTT #054725
    Senior Assistant Attorney General
    SHEILA H. POTTER #993485
    Deputy Chief Trial Counsel
    CRAIG M. JOHNSON #080902
    Senior Assistant Attorney General
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    Carla.A.Scott@doj.state.or.us
    Sheila.Potter@doj.state.or.us
    Craig.M.Johnson@doj.state.or.us
    Of Attorneys for Defendants

Page 3 -   RESPONSE TO NEW ALLEGATIONS REGARDING SEPTEMBER 1 ORDER
    CAS/mm8/622816595

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000