ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
        Sheila.Potter@doj.state.or.us
        Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants Patrick Allen and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>   Plaintiffs,<br><br>   v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>   Defendants,<br><br>   and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES,<br><br>   Intervenors. | Case No.  3:02-cv-00339-MO (Lead Case)<br>Case No.  3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-CV-01460-MO (Member Case)<br><br>STIPULATED CASE MANAGEMENT SCHEDULE |

Page 1 -   STIPULATED CASE MANAGEMENT SCHEDULE
           CAS/mm8/ 636479405
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                              (971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES, | |
| Intervenors. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON, | Case No. 6:22-CV-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, | |
| Defendant. | |

**JOINT STIPULATION CONCERNING CASE SCHEDULE**

The parties to Case No. 6:22-CV-01460-MO, by and through their respective undersigned counsel, have agreed on the following proposed joint schedule for purposes of that case only:

Page 2 -   STIPULATED CASE MANAGEMENT SCHEDULE
CAS/mm8/ 636479405

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| Event | Deadline |
|---|---|
| First Amended Complaint | December 1, 2022 |
| Motion to Dismiss First Amended Complaint | December 22, 2022 |
| Response to Motion to Dismiss | January 26, 2023 |
| Reply ISO Motion to Dismiss | February 16, 2023 |

**IT IS SO STIPULATED.**

November 28, 2022

Respectfully submitted,

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| *s/ Carla A. Scott*<br>CARLA A. SCOTT #054725<br>Senior Assistant Attorney General<br>SHEILA H. POTTER #993485<br>Deputy Chief Trial Counsel<br>CRAIG M. JOHNSON #080902<br>Senior Assistant Attorney General<br>Trial Attorneys<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Carla.A.Scott@doj.state.or.us<br><br>Sheila.Potter@doj.state.or.us<br>Craig.M.Johnson@doj.state.or.us<br>     Of Attorneys for Defendants | By: *s/ Eric J. Neiman*<br>Eric J. Neiman, OSB #823513<br>Emma P. Pelkey, OSB #144029<br>Telephone: 971.712.2800<br>Facsimile: 971.712.2801 |

Page 3 -   STIPULATED CASE MANAGEMENT SCHEDULE
         CAS/mm8/ 636479405
                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                      (971) 673-1880 / Fax: (971) 673-5000