# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

**Legacy Emanuel Hospital & Health Center**
**2801 N. Gantenbein**
**Portland, Oregon 97227**

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**            April 1, 2022

**Expiration Date:**            March 31, 2024

Exhibit 1
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
**signifies that**

## Legacy Emanuel Hospital & Health Center - Unity Center
## 1225 NE 2nd Avenue
## Portland, Oregon 97232

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- Regional Acute Psychiatric Services or Adults
- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Outpatient Mental Health Services to Children & Adults

**Effective Date:**       April 1, 2022

**Expiration Date:**       March 31, 2024

Exhibit 2
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
#### signifies that

**Legacy Emanuel Hospital Unity Center - Psychiatric Emergency Services**
**1225 NE 2nd Avenue**
**Portland, Oregon 97232**

## Is certified in accordance with Oregon Administrative Rules:
## 309-008-0100 through 309-008-1600; and 309-033-0200 through
## 309-033-0970
## To provide the following services:

- Psychiatric Emergency Services

**Effective Date:** _____ April 14, 2022 _____

**Expiration Date:** _____ April 13, 2024 _____

Exhibit 3
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

## Legacy Good SamarItan Hospital & Medical Center
## 1015 N.W. 22nd
## Portland, Oregon 97210

**Is certified in accordance with Oregon Administrative Rules:
309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Investigation and Examination of a Person Alleged to be a Mentally Ill Person for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**          March 3, 2022

**Expiration Date:**          March 2, 2024

Exhibit 4
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
**signifies that**

## Legacy Meridian Park Hospital Transport Custody
## 19300 S.W. 65th Avenue
## Tualatin, Oregon 97062

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**      April 14, 2022

**Expiration Date:**      April 13, 2024

Exhibit 5
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

## Legacy Mount Hood Medical Center
## 24800 S.E. Stark Street
## Gresham, Oregon 97030

**Is certified in accordance with Oregon Administrative Rules:
309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**           March 18, 2022

**Expiration Date:**          March 17, 2024

Exhibit 6
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
**signifies that**

## Providence Hood River Memorial Hospital
## 810 12th Street
## Hood River, Oregon 97031

## Is certified in accordance with Oregon Administrative Rules:
## 309-008-0100 through 309-008-1600; and 309-033-0200 through
## 309-033-0970
## To provide the following services:

- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____ March 28, 2022 _____

**Expiration Date:** _____ March 27, 2024 _____

Exhibit 7
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
**signifies that**

### Providence Medford Medical Center
### 1111 Crater Lake Avenue
### Medford, Oregon 97504

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____May 31, 2021_____

**Expiration Date:** _____April 28, 2023_____

Exhibit 8
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

## Providence Milwaukie Hospital - Acute Care/Hold Room
## 10150 SE 32nd Avenue
## Milwaukie, Oregon 97222

**Is certified in accordance with Oregon Administrative Rules:
309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion

**Effective Date:** _____ June 30, 2022 _____

**Expiration Date:** _____ December 31, 2022 _____

Exhibit 9
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

**Providence Milwaukie Hospital - Senior Psychiatric Unit**
**10150 SE 32nd Avenue**
**Milwaukie, Oregon 97222**

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through**
**309-033-0970**
### To provide the following services:

- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Regional Acute Psychiatric Services or Adults
- General Standards for Involuntary Commitment Proceedings

**Effective Date:**          October 13, 2022

**Expiration Date:**          October 12, 2024

Exhibit 10
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
**signifies that**

## Providence Newberg Medical Center
## 1001 Providence Drive
## Newberg, Oregon 97132

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:** _____ October 13, 2022 _____

**Expiration Date:** _____ October 12, 2024 _____

Exhibit 11
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

## Providence Portland Medical Center - Acute Care Unit
## 4805 NE Glisan Street
## Portland, Oregon 97213

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- Regional Acute Psychiatric Services or Adults
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**                    October 18, 2022

**Expiration Date:**                   October 17, 2024

Exhibit 12
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
**signifies that**

## Providence Portland Medical Center - Hold Rooms
## 4805 NE Glisan Street
## Portland, Oregon 97213

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:**        December 31, 2021

**Expiration Date:**        December 31, 2022

Exhibit 13
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
**signifies that**

## Providence Seaside Hospital
## 725 S. Wahana Road
## Seaside, Oregon 97138

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**            October 22, 2022

**Expiration Date:**            October 21, 2024

Exhibit 14
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
**signifies that**

## Providence St. Vincent Medical Center
## 9205 SW Barnes Road
## Portland, Oregon 97225

**Is certified in accordance with Oregon Administrative Rules:**

**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**

### To provide the following services:

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:** _____ October 25, 2022 _____

**Expiration Date:** _____ October 24, 2024 _____

Exhibit 15
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

## Providence St. Vincent Medical Center - Acute Care Unit
## 9205 SW Barnes Road
## Portland, Oregon 97225

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through**
**309-033-0970**
**To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Regional Acute Psychiatric Services or Adults
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:**          October 25, 2022

**Expiration Date:**          October 24, 2024

Exhibit 16
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

### Providence Willamette Falls Medical Center
### 1500 Division Street
### Oregon City, Oregon 97045

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- Co-Occurring Mental Health and Substance Use Disorders
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion

**Effective Date:** _____ April 18, 2021 _____

**Expiration Date:** _____ April 17, 2023 _____

Exhibit 17
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

## Sacred Heart Medical Center - Acute Care Unit
## 1255 Hillyard
## Eugene, Oregon 97440

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Regional Acute Psychiatric Services or Adults
- Investigation and Examination of a Person Alleged to be a Mentally Ill Person for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____ December 12, 2019 _____

**Expiration Date:** _____ December 11, 2022 _____

Exhibit 18
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

## Sacred Heart Medical Center - Acute Care/Hold Rooms
## 1255 Hillyard
## Eugene, Oregon 97440

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- General Standards for Involuntary Commitment Proceedings
- Regional Acute Psychiatric Services or Adults
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:**        December 12, 2019

**Expiration Date:**        December 11, 2022

Exhibit 19
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

**Sacred Heart Medical Center - Acute**
**1255 Hilyard**
**Eugene, Oregon 97440**

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Investigation and Examination of a Person Alleged to be a Mentally Ill Person for Involuntary Commitment Proceedings
- Regional Acute Psychiatric Services or Adults
- General Standards for Civil Commitment
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

Effective Date: _____ December 12, 2021 _____

Expiration Date: _____ June 11, 2022 _____

Exhibit 20
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
**signifies that**

## Sacred Heart Medical Center - River Bend
## 3333 River Bend Drive
## Springfield, Oregon 97477

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- Investigation and Examination of a Person Alleged to be a Mentally Ill Person for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____ December 11, 2019 _____

**Expiration Date:** _____ December 10, 2022 _____

Exhibit 21
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
### signifies that

## Samaritan Albany General Hospital
## 1046 Sixth Street S.W.
## Albany, Oregon 97321

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- General Standards for Involuntary Commitment Proceedings
- Certificates of Approval for Mental Health Services
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion

**Effective Date:**        February 28, 2022

**Expiration Date:**       February 27, 2024

Exhibit 22
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

## Samaritan Lebanon Community Hospital
## 525 S. Santiam Hwy.
## Lebanon, Oregon 97355

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____ November 10, 2022 _____

**Expiration Date:** _____ November 9, 2024 _____

Exhibit 23
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
**signifies that**

**Samaritan North Lincoln Hospital
3043 NE 28th Street
Lincoln City, Oregon 97367**

**Is certified in accordance with Oregon Administrative Rules:
309-008-0100 through 309-008-1600; and 309-033-0200 through
309-033-0970
To provide the following services:**

- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- General Standards for Involuntary Commitment Proceedings

**Effective Date:** _____December 10, 2022_____

**Expiration Date:** _____November 9, 2024_____

Exhibit 24
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
#### signifies that

## Samaritan Pacific Communities Hospital
## 930 S.W. Abby Street
## Newport, Oregon 97365

**Is certified in accordance with Oregon Administrative Rules:
309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
To provide the following services:**

- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**          November 10, 2022

**Expiration Date:**          November 9, 2024

Exhibit 25
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

**Samaritan Regional Medical Center**
**3600 N.W. Samaritan Drive**
**Corvallis, Oregon 97339**

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**      November 10, 2022

**Expiration Date:**      November 9, 2024

Exhibit 26
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

**Samaritan Regional MH Inpatient Program**
**3509 N.W. Samaritan Drive**
**Corvallis, Oregon 97330**

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- Regional Acute Psychiatric Services or Adults
- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**       November 10, 2022

**Expiration Date:**       November 9, 2024

Exhibit 27
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

## CERTIFICATE OF APPROVAL
#### signifies that

## St. Charles Health System, Inc. - Sage View Center
## 1885 NE Purcell Boulevard
## Bend, Oregon 97701

### Is certified in accordance with Oregon Administrative Rules:
### 309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970
### To provide the following services:

- Certificates of Approval for Mental Health Services
- Regional Acute Psychiatric Services or Adults
- General Standards for Involuntary Commitment Proceedings
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:**        February 9, 2022

**Expiration Date:**        April 8, 2024

Exhibit 28
Page 1 of 1

# STATE OF OREGON



## OREGON HEALTH AUTHORITY
## HEALTH SYSTEMS DIVISION

### CERTIFICATE OF APPROVAL
signifies that

### St. Charles Health System, Inc. - St. Charles Medical Center
### 2500 NE Neff Road
### Bend, Oregon 97701

**Is certified in accordance with Oregon Administrative Rules:**
**309-008-0100 through 309-008-1600; and 309-033-0200 through 309-033-0970**
**To provide the following services:**

- Certificates of Approval for Mental Health Services
- General Standards for Involuntary Commitment Proceedings
- Standards for Transportation and Transfer of Persons in Custody or on Diversion
- Standards for the Approval of Facilities that Provide Care, Custody, and Treatment to Committed Persons or to Persons in Custody or on Diversion
- Standards for Obtaining Informed Consent to Treatment from a Person and the Administration of Significant Procedures Without the Informed Consent of a Committed Person at Community Hospitals, Nonhospital Facilities and Residential Facilities Approved by the Diversion
- Standards for the Approval of Community Hospitals and Nonhospital Facilities to Provide Seclusion and Restraint to Committed Persons and to Persons in Custody or on Diversion

**Effective Date:** _____ February 9, 2022 _____

**Expiration Date:** _____ February 8, 2024 _____

Exhibit 29
Page 1 of 1