**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, #010645**
TRJohnson@perkinscoie.com
**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch 10th Floor
Portland, OR  97209
Telephone: 503.727.2000
Facsimile:  503.727.2222

*Attorneys for Intervenors and Plaintiffs*

Honorable Michael W. Mosman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION** |

4867-5863-6871.1

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION

1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>        Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br><br>    and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>        Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM<br><br>        Plaintiffs,<br><br>    v. | Case No. 6:22-cv-01460-MO (Member Case) |

4867-5863-6871.1

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,

          Defendant.

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1(a), counsel for Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System ("Intervenor-Plaintiffs") certify that they have conferred with counsel for Plaintiffs and Defendants in the *Mink-Bowman* matter, and no party opposes this motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1), Intervenor-Plaintiffs respectfully request an extension of time to January 26, 2023 to respond to Disability Rights Oregon and Metropolitan Public Defender's ("*Mink* Plaintiffs") Motion to Clarify Order on Intervention. In support of this motion, Intervenor-Plaintiffs state as follows.

1. On December 22, 2022, Oregon Health Authority, Defendants in the *Legacy* matter filed a Motion to Dismiss. On December 23, 2022, *Mink* Plaintiffs filed a Motion to Clarify Order on Intervention in the *Mink-Bowman* matter.

2. The current due date for the response to the Motion to Dismiss is January 26, 2023. The current due date for the response to the Motion to Clarify Order on Intervention, pursuant to the Court's rules, is January 6, 2023.

3. Intervenor-Plaintiffs seek an extension from January 6, 2023 to January 26, 2023 to respond to Plaintiffs' Motion to Clarify Order on Intervention.

4. This extension will allow Intervenor-Plaintiffs to file their response to the Motion to Clarify Order on Intervention at the same time as the response to Oregon Health Authority's Motion to Dismiss. This extension will provide adequate time for Intervenor-Plaintiffs and

4867-5863-6871.1

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

counsel to prepare a proper responsive pleading.

5.   This motion is brought in good faith and not for the purpose of undue delay.

6.   Counsel for Plaintiffs and Defendants have confirmed that this motion is not opposed.

## CONCLUSION

For the reasons discussed, Intervenor-Plaintiffs respectfully request that the Court grant an extension from January 6, 2023 to January 26, 2023 to respond to the Motion to Clarify Order on Intervention.

DATED this 4th day of January, 2023.

                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   *s/ Eric J. Neiman*
Eric J. Neiman, OSB #823513
Emma P. Pelkey, OSB #144029
Telephone: 971.712.2800
Facsimile: 971.712.2801

PERKINS COIE, LLP
Thomas R. Johnson, OSB #010645
Alex Van Rysselberghe, OSB #174836
Telephone: 503.727.2000
Facsimile:  503.727.2222

*Attorneys for Intervenors and Plaintiffs*

4867-5863-6871.1

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs:*

Emily R. Cooper
Kathleen L. Wilde
Thomas Stenson
Disability Rights Oregon
511 SW 10th Avenue
Suite 200
Portland, OR 98104
ecooper@droregon.org
kwilde@droregon.org
tstenson@droregon.org

Jesse A. Merrithew
Metropolitan Public Defenders Incorporated
Levi Merrithew Horst LLP
610 SW Alder St.
Suite 415
Portland, OR 97205
jesse@lmhlegal.com

*Attorneys for Defendants:*

Carla Scott
Craig M. Johnson
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us
craig.m.johnson@doj.state.or.us

*Attorneys for Amicus Washington County:*

Thomas A. Carr
Washington County Counsel
155 N. First Avenue
MS 24
Suite 340
Hillsboro, OR 97124
tom_carr@co.washington.or.us

4867-5863-6871.1
CERTIFICATE OF SERVICE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

**Attorneys for Amicus Marion County:**

Jane E. Vetto
Marion County Legal Counsel
PO Box 14500
Salem, OR 97309
jvetto@co.marion.or.us

**Attorneys for Amicus Washington, Clackamas and Marion County District Attorney:**

Billy Williams
Josh Newton
Best & Krieger LLP
360 SW Bond St., Ste. 400
Bend, OR 97702
billy.williams@bbklaw.com
josh.newton@bbklaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     *s/ Eric J. Neiman*
    Eric J. Neiman, OSB #823513
    Emma P. Pelkey, OSB #144029
    *Attorneys for Intervenors*

    PERKINS COIE, LLP
    Thomas R. Johnson, #010645
    Alex Van Rysselberghe, OSB #174836
    Telephone: 503.727.2000
    Facsimile:  503.727.2222
    *Attorneys for Intervenors and Plaintiffs*

4867-5863-6871.1
CERTIFICATE OF SERVICE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222