**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
STOEL RIVES LLP
730 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.294.9466

**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch 10th Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

Honorable Michael W. Mosman

*Attorneys for Intervenors and Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants, | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**DECLARATION OF KRISTIN POWERS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE** |

4886-8715-5276.1
DECLARATION OF KRISTIN POWERS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

| | |
|---|---|
| and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>        Plaintiffs,<br><br>        v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>       Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>        Plaintiffs,<br><br>        v. | Case No. 6:22-cv-01460-MO (Member Case) |

4886-8715-5276.1

DECLARATION OF KRISTIN POWERS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

| |
|---|
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, <br>                    Defendant. |

I, Kristin Powers, declare as follows:

1.     I am the Senior Director for Acute and Integrated Behavioral Health at Providence Health & Services – Oregon. This declaration is based on personal knowledge.

2.     Attached as Exhibit 1 is a true copy of the certification application that was submitted on behalf of Providence Health & Services – Oregon to Terry Schroeder of the Oregon Health Authority on February 2, 2022. The application was for the following Providence facilities: Providence Portland Medical Center, Providence St. Vincent Medical Center, Providence Milwaukie Hospital, and Providence Willamette Falls Hospital.

3.     Section III of the application addresses the service delivery rules. It states: "Please review and select the applicable OAR program type that pertains to the Certificate for which you are requesting for your agency." Providence checked the box to be certified for "Hospital Hold and Seclusion Room Services (5 day Hold)."

4.     Over a hundred pages of supporting documents were submitted with the application, but those are not included as they are voluminous and unnecessary at this procedural stage.

/ / /

/ / /

/ / /

/ / /

/ / /

4886-8715-5276.1
DECLARATION OF KRISTIN POWERS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST  
3

LEWIS BRISBOIS BISGAARD & SMITH LLP  
888 SW Fifth Avenue, Suite 900  
Portland, Oregon 97204-2025  
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES  
760 SW Ninth Avenue, Suite 3000  
Portland, Oregon 97205  
Telephone: 503.294.9466

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: January 25, 2023

*Kristin Powers, LCSW*

Kristin Powers
Senior Director for Acute and Integrated Behavioral Health
Providence Health & Services – Oregon

4886-8715-5276.1
DECLARATION OF KRISTIN POWERS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466