**Eric J. Neiman, OSB #823513**  Honorable Michael W. Mosman
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
STOEL RIVES LLP
730 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.294.9466

**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch 10th Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Intervenors and Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants, | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**DECLARATION OF GINGER WALCUTT IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE** |

4880-6823-3292.1
DECLARATION OF GINGER WALCUTT IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave. Ste. 3000
Portland, Oregon 97205
Phone: 503.294.9466

| | |
|---|---|
| and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>      Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>      Plaintiffs,<br><br>      v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>      Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>      Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM<br><br>      Plaintiffs,<br><br>      v. | Case No. 6:22-cv-01460-MO (Member Case) |

4880-6823-3292.1

DECLARATION OF GINGER WALCUTT IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST

2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave. Ste. 3000
Portland, Oregon 97205
Phone: 503.294.9466

| |
|---|
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br>          Defendant. |

I, Ginger Walcutt, declare as follows:

1. I am the Regulatory Affairs Manager at St. Charles Health System. This declaration is based on personal knowledge.

2. Attached as Exhibit 1 is a true copy of the certification applications that were submitted on behalf of St. Charles Health System to Terry Schroeder of the Oregon Health Authority on November 29, 2021. St. Charles submitted several other documents in support of its applications, but those are not included as they are unnecessary at this procedural stage.

3. Section III of the applications addresses the service delivery rules. It states: "Please review and select the applicable OAR program type that pertains to the Certificate for which you are requesting for your agency." St. Charles checked the boxes to be certified for "Hospital Hold and Seclusion Room Services (5 day Hold)" and "Regional Acute Care Psychiatric Services for Adults."

4. "Regional Acute Care Psychiatric Services" refers to short-term treatment. This is supported by OAR 309-033-0710(24), which states: "[t]he goal of a regional acute care service is the stabilization, control and/or amelioration of acute dysfunctional symptoms or behaviors that result in the earliest possible return of the person to a less restrictive environment." *See also* OAR 309-033-0710(24) (same).

/ / /

/ / /

/ / /

4880-6823-3292.1
DECLARATION OF GINGER WALCUTT IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave. Ste. 3000
Portland, Oregon 97205
Phone: 503.294.9466

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: January  26 , 2023

/s Ginger Walcutt
Ginger Walcutt
Regulatory Affairs Manager
St. Charles Health System

4880-6823-3292.1

DECLARATION OF GINGER WALCUTT IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Ave. Ste. 3000
Portland, Oregon 97205
Phone: 503.294.9466