**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
STOEL RIVES LLP
730 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.294.9466

**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch 10th Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Intervenors and Plaintiffs*

Honorable Michael W. Mosman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants, | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**DECLARATION OF ANN RASMUSSEN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE** |

4859-0331-7068.1
DECLARATION OF ANN RASMUSSEN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

| | |
|---|---|
| and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>        Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>       Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>       Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>       Plaintiffs,<br><br>v. | Case No. 6:22-cv-01460-MO (Member Case) |

4859-0331-7068.1
DECLARATION OF ANN RASMUSSEN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

PATRICK ALLEN, in his official capacity as
Director of Oregon Health Authority,

        Defendant.

I, Ann Rasmussen, Regulatory Consultant, declare as follows:

1.    I am a Regulatory Consultant at PeaceHealth for the Oregon network. This declaration is based on personal knowledge.

2.    Attached as Exhibit 1 is a true copy of the certification application that was submitted on behalf of PeaceHealth Sacred Heart Medical Center University District to Terry Schroeder of the Oregon Health Authority on December 7, 2022.

3.    Section III of the application addresses the service delivery rules. It states: "Please review and select the applicable OAR program type that pertains to the Certificate for which you are requesting for your agency." PeaceHealth checked the box to be certified for "Regional Acute Care Psychiatric Services for Adults."

4.    "Regional Acute Care Psychiatric Services" refers to short-term treatment. This is supported by OAR 309-032-0870(2), which states: "[t]he goal of a regional acute care service is the stabilization, control and amelioration of acute dysfunctional symptoms or behaviors that result in the earliest possible return of the individual to a less restrictive environment." *See also* OAR 309-033-0710(24) (same).

5.    PeaceHealth submitted a significant amount of documents in support of its certification application, but those are not included as they are voluminous and unnecessary at this procedural stage. However, one document that was included with the application that is particularly relevant here is PeaceHealth's Behavioral Health Admission and Exclusionary Guidelines policy, which is attached as Exhibit 2. The policy states the following regarding

4859-0331-7068.1
DECLARATION OF ANN
RASMUSSEN IN SUPPORT OF
PLAINTIFFS' BRIEF REGARDING
JUDICIAL NOTICE AND REQUEST
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

admission: "Psychiatric inpatient treatment is appropriate for acute psychiatric illness with a probability for stabilization and constructive change during a brief hospital stay."

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: January 25, 2023

Ann Rasmussen
Regulatory Consultant
PeaceHealth

4859-0331-7068.1
DECLARATION OF ANN
RASMUSSEN IN SUPPORT OF
PLAINTIFFS' BRIEF REGARDING
JUDICIAL NOTICE AND REQUEST
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466