Status **Active**  PolicyStat ID **12391875**

|  |  |
|---|---|
| Origination | 5/12/2008 |
| Last Approved | 9/19/2022 |
| Effective | 9/19/2022 |
| Next Review | 9/18/2025 |
| Owner | Barbara Wahl: Prog Dir Behavioral Health Svcs |
| Area | Behavioral Health |
| Applicability | PeaceHealth SHMC University District |
| Tags | Procedure |

**PeaceHealth Sacred Heart Medical Center**

# Behavioral Health Admission and Exclusionary Guidelines

## SCOPE

Psychiatric inpatient caregivers at Sacred Heart Medical Center, University District (UDMC)

## PURPOSE

To establish admission criteria for the appropriate admission of patients from the inpatient psychiatric unit.

## PROCEDURE

### Admission Considerations

Psychiatric inpatient treatment is appropriate for acute psychiatric illness with a probability for stabilization and constructive change during a brief hospital stay. Admission to the unit occurs by a member of the psychiatric medical staff with admitting privileges. Prospective admissions will be evaluated considering the following criteria:

1. **Admission Criteria Include:**
    a. The individual must be 18 years of age or older.
    b. The individual must have a primary psychiatric disorder that is not related to substance intoxication. This diagnosis should be clearly supported in the initial assessment.
    c. The individual must present as a danger to self or others, secondary to acute

psychiatric destabilization or in need of acute hospitalization due to a psychiatric clinical presentation. This must be clearly documented in their initial assessment.

    d. The individual must demonstrate a recent history of marked deterioration from baseline that impairs their ability to function or impairs their activities of daily living (ADLs). This deterioration cannot be due to a delirium, encephalopathy, dementia, traumatic brain injury, low intellectual ability or other neuro-cognitive impairment

    e. The individual must have a current documented blood alcohol level (BAL) below 0.08, as determined by a current blood alcohol test.

    f. The individual must be medically stable as determined by the referring provider and the provider of the day or the on-call psychiatrist. The inpatient Medical Director has final authority for all complex admission referrals.

    g. Individuals referred from an acute medical unit must be medically cleared and a discharge summary dictated prior to consideration for admission.

    h. The following lab results are required with test resulting to determine medical stability as outlined below:

- CBC
- CMP
- Urinalysis
- Serum HCG qual/pregnancy test (for all women)
- Urine drugs of abuse screen
- Blood alcohol level (BAL) (results must be below 0.08* prior to admission)
- TSH, T4 pending results
- Additional tests for infectious disease may be warranted

2. Current medication list if possible.

3. **Exclusionary Criteria Include:**

    a. The individual cannot be acutely intoxicated or in active substance-related withdrawal.

    b. Individuals with a primary diagnosis of dementia, developmental disability, intellectual disability or traumatic brain injury.

    c. Individuals with a major eating disorder or BMI less than 15

    d. An individual who requires medical-surgical nursing care that is beyond the units ability to provide the required care.

    e. Individuals with a primary diagnosis of personality disorder.

    f. Individuals with a need for any medical equipment that could be used for self-harm or harm to others.

    g. Behavioral dyscontrol that is not associated with an exacerbation of an underlying psychiatric illness.

    h. Walkers, canes, crutches and other mobility devices are never permitted on the

secure unit.

   i. One Medical bed is available on the inpatient unit and the remaining beds are safe beds.
   j. Psychiatric Inpatient does not treat primary substance use, abuse issues, or chronic pain.
   k. Other medical issues that may be outside of our scope of practice.

4. Due to potential patient health and/or safety issues, no direct admissions will be allowed
5. Patients may not be accepted to the BHU if the unit is at full capacity.
   - The Secure area is full, when a higher acuity bed is needed for the patient.
   - An appropriate room is not available due to the patient's level of acuity, or the acuity on the unit.
   - Current unit staffing does not support an admission, as determined by the charge nurse, in consultation with the admission coordinator or nurse manager.
   - The milieu is too acute to support an admission at that time, as determined by the charge nurse and Medical Director, in consultation with the admission coordinator or nurse manager.

# REFERENCES

- Oregon Health Authority. (2017). Behavioral health services administrative rulebook, chapter 309, division 032. Retrieved from https://www.oregon.gov/oha/HSD/HSDRules/309-032rb062317.pdf

*Formerly known as document number OR.112.2.*

## All Revision Dates

9/19/2022, 11/8/2021, 9/9/2016, 9/9/2014, 10/22/2013, 6/15/2011, 5/7/2009, 5/12/2008

## Approval Signatures

| Step Description | Approver | Date |
|---|---|---|
| Interim Director of Nursing | Barbara Wahl: Prog Dir Behavioral Health Svcs | 9/19/2022 |
| | Barbara Wahl: Prog Dir Behavioral Health Svcs | 9/19/2022 |