**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
STOEL RIVES LLP
730 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  503.294.9466

**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch 10th Floor
Portland, OR  97209
Telephone: 503.727.2000
Facsimile:  503.727.2222

*Attorneys for Intervenors and Plaintiffs*

Honorable Michael W. Mosman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**DECLARATION OF RACHEL MCMAHON IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE** |

4859-9389-0637.1

DECLARATION OF RACHEL MCMAHON IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone:  503.294.9466

1

| | |
|---|---|
| Defendants, <br><br> and <br><br> LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON, <br><br> Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, <br><br> Defendants, <br><br> and <br><br> LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON, <br><br> Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM <br><br> Plaintiffs, | Case No. 6:22-cv-01460-MO (Member Case) |

4859-9389-0637.1

DECLARATION OF RACHEL MCMAHON IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE

2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466

|  |
|---|
| v.<br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br>            Defendant. |

I, Rachel McMahon, declare as follows:

1. I am an Accreditation & Clinical Compliance Consultant at Legacy Health System. This declaration is based on personal knowledge.

2. Attached as Exhibit 1 is a true copy of the certification application that was submitted on behalf of Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health to Terry Schroeder of the Oregon Health Authority in February 2022.

3. As shown on page one of the application, Unity applied to be certified to provide "Hospital Hold and Seclusion Room Services (5-day Hold)."

4. Legacy was directed by Mr. Schroeder that this was the only application needed to renew its certification.

5. Other supporting documents were submitted with the application, but have not been included as they are unnecessary at this procedural stage.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: January 25, 2023

*s/ Rachel McMahon*
Rachel McMahon
Accreditation & Clinical Compliance Consultant
Legacy Health System

4859-9389-0637.1
DECLARATION OF RACHEL MCMAHON IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING JUDICIAL NOTICE AND REQUEST FOR ADDITIONAL JUDICIAL NOTICE
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: 503.294.9466