JANE E. VETTO, OSB 914564
Marion County Legal Counsel
jvetto@co.marion.or.us
555 Court Street N.E.
P.O. Box 14500
Salem, OR 97309
Telephone No.: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE APRIL 7 DEADLINE TO SUBMIT PROPOSED AMENDED ORDER |
| DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES, | |
| Intervenors. | |
| v. | |
| Defendants. | |

Page **1** of **3** – ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE APRIL 7 DEADLINE TO SUBMIT PROPOSED AMENDED ORDER

JAROD BOWMAN and
JOSHAWN DOUGLAS- SIMPSON,

                      Plaintiffs,

    v.

DOLORES MATTEUCCI, Superintendent of the
Oregon State Hospital, in her individual and
official capacity, DAVID BADEN, Director of
the Oregon Health Authority, in his official
capacity, and PATRICK ALLEN in his
individual capacity,

                      Defendants,

    and

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER d/b/a UNITY CENTER FOR
BEHAVIORAL HEALTH LEGACY HEALTH
SYSTEM, PEACEHEALTH, and
PROVIDENCE HEALTH & SERVICES,

                      Intervenors.

LEGACY EMANUEL HOSPITAL & HEALTH
CENTER d/b/a UNITY CENTER FOR
BEHAVIORAL HEALTH; LEGACY HEALTH
SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

                      Plaintiffs,

    v.

DAVID BADEN, in his official capacity as
Director of Oregon Health Authority,

    Defendant.

3:21-CV-01637-MO (Member Case)

6:22-cv-01460-MO (Member Case)

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220 | Fax: 503-373-4367

The Court has reviewed the reasons outlined in the unopposed motion and finds there is good cause to extend the deadline for submitting proposed amendatory language to April 25, 2023. Accordingly, the Court grants the unopposed motion.

_____

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220 | Fax: 503-373-4367