IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**LEGACY HEALTH SYSTEM et al.,**

       Plaintiffs,

v.

**PATRICK ALLEN,**

       Defendant.

No. 6:22-cv-01460-MO

JUDGMENT

**MOSMAN, J.,**

    Pursuant to my Opinion and Order [ECF 88], it is hereby ORDERED AND ADJUDGED that all claims in the above-captioned matter are DISMISSED WITH PREJUDICE. Any pending motions are DENIED as moot.

DATED this 30 day of May, 2023.

                               MICHAEL W. MOSMAN
                               Senior United States District Judge

1 – JUDGMENT