Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Eric J. Neiman, OSB #823513
Eric.Neiman@lewisbrisbois.com
Emma P. Pelkey, OSB #144029
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority; and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY | Case No.: 3:02-cv-00339-MO (Lead Case)<br><br>**DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PLAINTIFFS LEGACY EMANUEL HOSPITAL & HEALTH CENTER D/B/A UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, AND ST. CHARLES HEALTH SYSTEM'S MOTION FOR RECONSIDERATION OF THE MAY 25, 2023 OPINION AND ORDER AND TO VACATE THE MAY 30, 2023 JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

| | |
|---|---|
| HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | |
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>        Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity; PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | Case No.: 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>        Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.: 6:22-cv-01460-MO (Member Case) |

I, Alex Van Rysselberghe, declare as follows:

1. I am an associate attorney at Stoel Rives LLP, and I am one of the attorneys representing Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System ("Plaintiffs") in this action. I am competent to testify about the matters set forth herein and make this declaration based on my personal knowledge. I submit this declaration in support of Plaintiff's Motion for Reconsideration of the May 25, 2023 Opinion and Order and to Vacate the May 30, 2023 Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Second Amended Complaint.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Second Amended Complaint, with redlines.

I hereby declare that the above statement is true and correct to the best of my knowledge and belief and that I understand it is made for use as evidence in court and subject to penalty for perjury.

DATED: June 26, 2023

Respectfully submitted,

STOEL RIVES LLP

*/s/ Alex Van Rysselberghe*
Thomas R. Johnson, OSB #010645
tom.johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
alex.vanrysselberghe@stoel.com

*Attorneys for Plaintiffs*

Page 3 – DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF MOTION FOR RECONSIDERATION AND TO VACATE THE JUDGMENT
120061099.1 0080339-00001