Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Eric J. Neiman, OSB #823513
Eric.Neiman@lewisbrisbois.com
Emma P. Pelkey, OSB #144029
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone:  971.712.2800

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>        Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority; and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>        Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY | Case No.:  3:02-cv-00339-MO (Lead Case)<br><br>**DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PLAINTIFFS LEGACY EMANUEL HOSPITAL & HEALTH CENTER D/B/A UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, AND ST. CHARLES HEALTH SYSTEM'S MOTION FOR RECONSIDERATION OF THE MAY 25, 2023 OPINION AND ORDER AND TO VACATE THE MAY 30, 2023 JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

                Intervenors.

JAROD BOWMAN; and JOSHAWN
DOUGLAS SIMPSON,

                Plaintiffs,

v.

DOLORES MATTEUCCI, Superintendent of
the Oregon State Hospital, in her individual and
official capacity; PATRICK ALLEN, Director
of the Oregon Health Authority, in his
individual and official capacity,

                Defendants,

and

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

                Intervenors.

Case No.: 3:21-cv-01637-MO (Member Case)

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH;
PROVIDENCE HEALTH & SERVICES –
OREGON; and ST. CHARLES HEALTH
SYSTEM,

                Plaintiffs,

v.

PATRICK ALLEN, in his official capacity as
Director of Oregon Health Authority,

                Defendant.

Case No.: 6:22-cv-01460-MO (Member Case)

I, Alex Van Rysselberghe, declare as follows:

1.      I am an associate attorney at Stoel Rives LLP, and I am one of the attorneys representing Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System ("Plaintiffs") in this action. I am competent to testify about the matters set forth herein and make this declaration based on my personal knowledge. I submit this declaration in support of Plaintiff's Motion for Reconsideration of the May 25, 2023 Opinion and Order and to Vacate the May 30, 2023 Judgment.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Second Amended Complaint.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Second Amended Complaint, with redlines.

I hereby declare that the above statement is true and correct to the best of my knowledge and belief and that I understand it is made for use as evidence in court and subject to penalty for perjury.

DATED:  June 26, 2023               Respectfully submitted,

STOEL RIVES LLP

*/s/ Alex Van Rysselberghe*
Thomas R. Johnson, OSB #010645
tom.johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
alex.vanrysselberghe@stoel.com

*Attorneys for Plaintiffs*