Eric J. Neiman, OSB #823513
Eric.Neiman@lewisbrisbois.com
Emma P. Pelkey, OSB #144029
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority; and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>　　　　Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH | **NOTICE OF APPEAL**<br><br>Case No.: 3:02-cv-00339-MO (Lead Case) |

Page 1 - NOTICE OF APPEAL

1160793441.1
120252040.3 0080339-00001

| | |
|---|---|
| SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON, <br><br>         Intervenors. | |
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON, <br><br>         Plaintiffs, <br>v. <br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity; PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, <br><br>         Defendants, <br>and <br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON, <br><br>         Intervenors. | Case No.: 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC. <br><br>         Plaintiffs, <br>v. <br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, <br><br>         Defendant. | Case No.: 6:22-cv-01460-MO (Member Case) |

Page  2  - NOTICE OF APPEAL

Notice is hereby given in the above-captioned case numbered 6:22-cv-01460-MO (which was consolidated in the United States District Court for the District of Oregon with the above-captioned cases numbered 3:02-cv-00339-MO and 3:21-cv-01637-MO, *see* ECF 16, 6:22-cv-01460-MO; ECF 315, 3:02-cv-00339-MO) that the plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services - Oregon, and St. Charles Health System, Inc. (collectively, "Health Systems") appeal to the United States Court of Appeals for the Ninth Circuit from the Opinion and Order (ECF No. 88, 6:22-cv-01460-MO; ECF 395, No. 3:02-cv-00339-MO), signed May 25, 2023 and entered in this action by the Honorable Michael W. Mosman on May 30, 2023; the Judgment (ECF No. 90, No. 6:22-cv-01460-MO), entered in this action by the Honorable Michael W. Mosman on May 30, 2023; and the Order (ECF 101, No. 6:22-cv-01460-MO; ECF 420, No. 3:02-cv-00339-MO), entered in this action by the Honorable Michael W. Mosman on July 13, 2023, in and for the United States District Court for the District of Oregon.[1]

---

[1] This Notice of Appeal is timely under Federal Rule of Appellate Procedure 4 because it is filed 11 days after the Court entered the Order on July 13, 2023 disposing of Health Systems' motion to alter or amend the judgment under Federal Rule of Civil Procedure 59 and motion for relief under Rule 60, which Health Systems' filed on June 26, 2023, less than 28 days after the Court entered the Judgment on May 30, 2023. *See* Fed. R. App. P. 4(a)(4)(A)(iv), (vi).

Page   3   -  NOTICE OF APPEAL

160793441.1
120252040.3 0080339-00001

DATED:  July 24, 2023    Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Eric J. Neiman*
Eric J. Neiman, OSB #823513
Eric.Neiman@lewisbrisbois.com
Emma P. Pelkey, OSB #144029
Emma.Pelkey@lewisbrisbois.com

STOEL RIVES LLP

*/s/ Thomas R. Johnson*
Thomas R. Johnson, OSB #010645
tom.johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
alex.vanrysselberghe@stoel.com

*Attorneys for Plaintiffs*

# REPRESENTATION STATEMENT

Pursuant to 9th Cir. R. 3-2, the following Representation Statement identifies all parties to the actions along with the names, addresses, and telephone numbers of their respective counsel:

| PARTIES TO APPEAL (AND PARTIES TO ACTION 6:22-CV-01460-MO) | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellants Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services - Oregon, and St. Charles Health System, Inc. | Thomas R. Johnson<br>Alex Van Rysselberghe<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224.3380<br>Facsimile: (503) 220.2480<br>Tom.Johnson@stoel.com<br>Alex.VanRysselberghe@stoel.com<br><br>Eric J. Neiman<br>Emma P. Pelkey<br>EPSTEIN BECKER & GREEN, P.C.<br>3439 NE Sandy Blvd, #802<br>Portland, Oregon 97232<br>Telephone: (503) 343.6477<br>Facsimile: (503) 343.6476<br>eneiman@ebglaw.com<br>epelkey@ebglaw.com |
| Defendant-Appellee Patrick Allen | Carla Scott<br>Sheila H. Potter<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us<br>sheila.potter@doj.state.or.us<br><br>Craig M. Johnson<br>Oregon Department of Justice<br>Assistant Attorney General<br>1162 Court St. NE |

|  | Salem, OR 97301<br>Telephone: 503-947-4700<br>Facsimile: 503-947-4792<br>craig.m.johnson@doj.state.or.us |
|---|---|
| Defendant-Appellee James Schroeder | Carla Scott<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us |

| AMICI TO ACTION 6:22-CV-01460-MO | COUNSEL OF RECORD |
|---|---|
| Amici Disability Rights Oregon | Emily R. Cooper<br>Thomas Stenson<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205<br>Telephone: 503-243-2081<br>Fax: 503-243-1738<br>ecooper@droregon.org<br>tstenson@droregon.org |

| PARTIES TO ACTION 3:02-CV-00339-MO | COUNSEL OF RECORD |
|---|---|
| Plaintiff Oregon Advocacy Center, a/k/a Disability Rights Oregon | Emily R. Cooper<br>Thomas Stenson<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205<br>Telephone: 503-243-2081<br>Fax: 503-243-1738<br>ecooper@droregon.org<br>tstenson@droregon.org<br><br>Jesse A. Merrithew<br>Levi Merrithew Horst LLP<br>610 SW Alder St.<br>Suite 415<br>Portland, OR 97205 |

Page   6   -  NOTICE OF APPEAL

| | |
|---|---|
| | Telephone: 971-229-1241<br>Fax: 971-544-7092<br>jesse@lmhlegal.com |
| Plaintiffs Metropolitan Public Defenders Incorporated and A.J. Madison | Jesse A. Merrithew<br>Levi Merrithew Horst LLP<br>610 SW Alder St.<br>Suite 415<br>Portland, OR 97205<br>Telephone: 971-229-1241<br>Fax: 971-544-7092<br>jesse@lmhlegal.com |
| Defendants Patrick Allen and Dolores Matteucci | Carla Scott<br>Sheila H. Potter<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us<br>sheila.potter@doj.state.or.us<br><br>Craig M. Johnson<br>Oregon Department of Justice<br>Assistant Attorney General<br>1162 Court St. NE<br>Salem, OR 97301<br>Telephone: 503-947-4700<br>Facsimile: 503-947-4792<br>craig.m.johnson@doj.state.or.us |
| Defendant James Schroeder | Carla Scott<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us |

Page   7   - NOTICE OF APPEAL

| AMICI TO ACTION 3:02-CV-00339-MO | COUNSEL OF RECORD |
|---|---|
| Amicus Washington County | Thomas A. Carr<br>Washington County Counsel<br>155 N First Avenue<br>MS 24<br>Suite 340<br>Hillsboro, OR 97124<br>Telephone: 503-846-8605<br>Fax: 503-846-8636<br>tom_carr@washingtoncountyor.gov |
| Amicus Marion County | Jane E. Vetto<br>Marion County Legal Counsel<br>PO Box 14500<br>Salem, OR 97309<br>Telephone: 503-588-5220<br>Fax: 503-373-4367<br>jvetto@co.marion.or.us |
| Amici Washington County District Attorney, Clackamas County District Attorney, and Marion County District Attorney | Billy Williams<br>Josh Newton<br>Best Best & Krieger LLP<br>360 SW Bond Street<br>Suite 400<br>Bend, OR 97702<br>Telephone: 541-382-3011<br>Fax: 541-388-5410<br>billy.williams@bbklaw.com<br>josh.newton@bbklaw.com |
| Amici Judges Matthew J. Donohue, Audrey J. Broyles, Jonathan R. Hill, Kathleen Proctor, and Nan G. Waller | Keith M. Garza<br>Law Office of Keith M. Garza<br>PO Box 68106<br>Oak Grove, OR 97268<br>Telephone: 503-344-4766<br>Fax: 503-344-4767<br>keithgarza@comcast.net |
| Amici Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services - Oregon, and St. Charles Health System, Inc. | Thomas R. Johnson<br>Alex Van Rysselberghe<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224.3380 |

Page   8   - NOTICE OF APPEAL

|  | Facsimile: (503) 220.2480<br>Tom.Johnson@stoel.com<br>Alex.VanRysselberghe@stoel.com<br><br>Eric J. Neiman<br>Emma P. Pelkey<br>EPSTEIN BECKER & GREEN, P.C.<br>3439 NE Sandy Blvd, #802<br>Portland, Oregon 97232<br>Telephone: (503) 343.6477<br>Facsimile: (503) 343.6476<br>eneiman@ebglaw.com<br>epelkey@ebglaw.com |
|---|---|

| PARTIES TO ACTION 3:21-CV-01637-MO | COUNSEL OF RECORD |
|---|---|
| Plaintiffs Jarod Bowman, Joshawn Douglas-Simpson, and Metropolitan Public Defender Services Inc. | Jesse A. Merrithew<br>Ethan Levi<br>Norah Van Dusen<br>Levi Merrithew Horst LLP<br>610 SW Alder St.<br>Suite 415<br>Portland, OR 97205<br>Telephone: 971-229-1241<br>Fax: 971-544-7092<br>jesse@lmhlegal.com<br>ethan@lmhlegal.com<br>norah@lmhlegal.com |
| Defendants Dolores Matteucci and Patrick Allen | Carla Scott<br>Sheila H. Potter<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us<br>sheila.potter@doj.state.or.us<br><br>Craig M. Johnson<br>Oregon Department of Justice<br>Assistant Attorney General<br>1162 Court St. NE<br>Salem, OR 97301 |

Page 9 - NOTICE OF APPEAL

|  | Telephone: 503-947-4700<br>Facsimile: 503-947-4792<br>craig.m.johnson@doj.state.or.us |
|---|---|
| Defendant James Schroeder | Carla Scott<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Facsimile: 971-673-5000<br>carla.a.scott@doj.state.or.us |

Page   10  -  NOTICE OF APPEAL