UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEGACY HEALTH SYSTEM; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>    Defendant - Appellee. | No. 23-35511<br><br>D.C. No. 6:22-cv-01460-MO<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

The judgment of this Court, entered June 05, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT