ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
             Sheila.Potter@doj.state.or.us
             Craig.M.Johnson@doj.state.or.us
             Shaunee.Morgan@doj.oregon.gov

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON, | Case No.  6:22-CV-1460-MO |
| | NOTICE OF ASSOCIATION OF COUNSEL |
| Plaintiffs, | |
| v. | |
| JAMES SCHRADER, in his official capacity as Director of Oregon Health Authority, | |
| Defendant. | |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendant hereby gives notice that Shaunee Morgan, Assistant Attorney General, is now an additional counsel of record in this proceeding.  Carla A. Scott, Senior Assistant Attorney General, continues as lead counsel.

The address for the receipt of all correspondence and pleadings remains the same.

DATED July  5 , 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


   *s/ Shaunee Morgan*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
SHAUNEE MORGAN #194256
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Shaunee.Morgan@doj.oregon.gov
            Of Attorneys for Defendant

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000