**John E. Mansfield**, OSB No. 055390
Senior Assistant County Counsel
john_mansfield@washingtoncountyor.gov
Office of Washington County Counsel
155 N First Avenue, Suite 340, MS #24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Amicus Washington County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | No. 3:02-cv-00339-MO (L) 3:21-cv-01637-MO (M) |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL FOR AMICUS WASHINGTON COUNTY |
| v. | |
| DAVID BADEN, in his official capacity as head of the Oregon health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON, | |
| Intervenors. | |

JAROD BOWMAN, JOSHAWN
DOUGLAS-SIMPSON,

Plaintiffs,

v.

DOLORES MATTEUCCI, Superintendent
of the Oregon State Hospital, in her
individual and official capacity, PATRICK
ALLEN, Director of the Oregon Health
Authority, in his individual and official
capacity,

Defendants,

and

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH, and
PROVIDENCE HEALTH & SERVICES
OREGON,

Intervenors.

_____

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH, and
PROVIDENCE HEALTH & SERVICES
OREGON,

Plaintiffs,

v.

PATRICK ALLEN, in his official capacity
as Director of Oregon Health Authority,

Defendants.

Page 2 –   NOTICE OF WITHDRAWAL OF COUNSEL FOR AMICUS WASHINGTON
COUNTY

The undersigned attorney, John E. Mansfield, hereby withdraws from this case and shall

no longer be associated as counsel of record for *amicus curiae* Washington County.  Eamon

McMahon, from the same office, shall continue as counsel.

DATED: July 23, 2024.


_____*s/John Mansfield*_____
John Mansfield, OSB No. 055390
Senior Assistant County Counsel
john_mansfield@washingtoncountyor.gov