ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Shaunee.Morgan@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority,[1] and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,[2]<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>NOTICE OF SUBSTITUTION OF DEFENDANTS |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs, | Case No.  3:21-cv-01637-AN (Member Case) |

---

[1] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

[2] Pursuant to FRCP 25(d) Dolores Matteucci is automatically substituted with her successor Sara Walker.

Page 1 -    NOTICE OF SUBSTITUTION OF DEFENDANTS
            CAS/a3m/968037814

|  |  |
|---|---|
| v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital,[3] in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority,[4] in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>      Defendants.<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>      Plaintiffs,<br>v.<br><br>SAJEL HATHI, in her official capacity as Director of Oregon Health Authority,[5]<br><br>      Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

Defendants hereby gives notice that Sajal Hathi, in her official capacity as Director of Oregon Health Authority, is now defendant of record in these proceeding in place of David Baden and James Schrader.

---

[3] Pursuant to FRCP 25(d) Dolores Matteucci is automatically substituted with her successor Sara Walker.

[4] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

[5] Pursuant to FRCP 25(d) David Baden is automatically substituted with his successor Sajel Hathi.

Page 2 -   NOTICE OF SUBSTITUTION OF DEFENDANTS
      CAS/a3m/968037814

Additionally, Sara Walker, in her official capacity as Interim Superintendent of the Oregon State Hospital, is now defendant of record in these proceedings in place of Dolores Matteucci in her former official capacity as Superintendent of the Oregon State Hospital.

DATED July 24, 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Carla A. Scott*
        CARLA A. SCOTT #054725
        CRAIG M. JOHNSON #080902
        SHEILA H. POTTER #993485
        Senior Assistant Attorneys General
        SHAUNEE MORGAN # 194256
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Shaunee.Morgan@doj.oregon.gov
        Of Attorneys for Defendants

Page 3 -    NOTICE OF SUBSTITUTION OF DEFENDANTS
    CAS/a3m/968037814

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000