# EXHIBIT 1

| | |
|---|---|
| **From:** | Jon W. Monson <jmonson@cablehuston.com> |
| **Sent:** | Monday, September 30, 2024 7:50 PM |
| **To:** | Johnson, Tom R.; Eric J. Neiman; Nikki Swift |
| **Cc:** | Emma Pelkey; Van Rysselberghe, Alex T. |
| **Subject:** | Re: Legacy v. OHA |
| **Attachments:** | image001.jpg |

**\*\*\* EXTERNAL EMAIL \*\*\***

Tom, confirming our position has not changed and we will not object to the filing of the amended complaint.

Jon W. Monson
Sent from Outlook

**From:** Jon W. Monson <jmonson@cablehuston.com>
**Sent:** Thursday, September 19, 2024 11:59 AM
**To:** Eric J. Neiman <ENeiman@ebglaw.com>; Nikki Swift <nswift@cablehuston.com>
**Cc:** tom.johnson@stoel.com
**Subject:** RE: Legacy v. OHA

*** EXTERNAL EMAIL ***

Thank you, Eric. We consent to the filing of the second amended complaint but reserve all defenses thereto. As discussed, the State plans to file a motion to dismiss the SAC after it is filed, and we will propose a briefing schedule on that motion by next Tuesday.

Best,

Jon W. Monson
Partner | Cable Huston LLP
1455 SW Broadway, Suite 1500 Portland, OR 97201-3412
**Phone** 503-224-3092
**Fax** 503-224-3176
**Web** www.cablehuston.com
**Email** jmonson@cablehuston.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at jmonson@cablehuston.com or by phone at (503) 224-3092 and permanently delete the original and any copy of any e-mail and any printout thereof.

1

**From:** Eric J. Neiman <ENeiman@ebglaw.com>
**Sent:** Thursday, September 19, 2024 11:09 AM
**To:** Jon W. Monson <jmonson@cablehuston.com>; Nikki Swift <nswift@cablehuston.com>
**Cc:** tom.johnson@stoel.com
**Subject:** Legacy v. OHA

Nikki and Jon, thank you for talking with us this morning. Attached are the redline and clean versions of the proposed second amended complaint. We are still fine tuning and there may be a few more changes before we file, but they will not involve additional claims to those in this version.

Please respond to confirm your consent to the second amended complaint being filed.



**Eric J. Neiman** | Bio
t 503.343.6477 | m 503.319.3142 | f 503.343.6476
ENeiman@ebglaw.com

1050 SW 6th Avenue
Suite 1530 | Portland, OR 97204
t 503.343.6475 | www.ebglaw.com

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.