**Eric J. Neiman, OSB #823513**
eneiman@ebglaw.com
**Emma P. Pelkey, OSB #144029**
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1050 SW 6th Avenue, Suite 1530
Portland, OR  97204
Telephone:  503.343.6475

**Thomas R. Johnson, OSB #010645**
Tom.Johnson@stoel.com
**Alex Van Rysselberghe, OSB #174836**
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiffs*

Hon. Adrienne Nelson

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and | Case No.:  3:02-cv-00339-AN (Lead Case)<br><br>**DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Page 1

**EPSTEIN BECKER & GREEN, P.C.**
1050 SW 6th Ave., Ste. 1530
Portland, Oregon 97204
Telephone: 503.334.6475 • Fax: 503.343.6476

**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>　　　　　Intervenors. | |
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SARA WALKER, Superintendent of the Oregon State Hospital, in her individual and official capacity; SEJAL HATHI, Director of the Oregon Health Authority, in her individual and official capacity,<br><br>　　　　　Defendants,<br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>　　　　　Intervenors. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>　　　　　Plaintiffs,<br><br>v. | Case No.: 6:22-cv-01460-AN (Member Case) |

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

I, Eric J. Neiman, hereby declare as follows:

1.    I am one of the attorneys for Plaintiffs in this case. I make this declaration based on personal knowledge.

2.    Attached as Exhibit 1 are two emails from counsel for Defendant on September 19 and 30, 2024, which provide written consent to the filing of the Second Amended Complaint.

3.    Attached as Exhibit 2 is a copy of the proposed Second Amended Complaint.

4.    Attached as Exhibit 3 is a redline showing the differences between the operative Complaint and the proposed Second Amended Complaint.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: October 1, 2024.

                                                *s/ Eric J. Neiman, OSB No. 823513*
                                                Eric J. Neiman, OSB No. 823513

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Page 3

**EPSTEIN BECKER & GREEN, P.C.**
1050 SW 6th Ave., Ste. 1530
Portland, Oregon 97204
Telephone: 503.334.6475 • Fax: 503.343.6476

**STOEL RIVES** LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480