Eric J. Neiman, OSB #823513
eneiman@ebglaw.com
Emma P. Pelkey, OSB #144029
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch St., Suite 500
Portland, OR 97209
Telephone: 503.343.6475

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiffs*

Hon. Adrienne Nelson

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY | Case No.: 3:02-cv-00339-AN (Lead Case)<br><br>NOTICE OF CHANGE OF ADDRESS |

Page 1- NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>　　　　Intervenors. | |
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>　　　　Plaintiffs,<br>v.<br><br>SARA WALKER, Superintendent of the Oregon State Hospital, in her individual and official capacity; SEJAL HATHI, Director of the Oregon Health Authority, in her individual and official capacity,<br>,<br><br>　　　　Defendants,<br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br>　　　　Intervenors. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>　　　　Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>　　　　Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

Page 2- NOTICE OF CHANGE OF ADDRESS

TO:    ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:    CLERK OF THE ABOVE-ENTITLED COURT

**PLEASE TAKE NOTICE**, that effective immediately, the firm address of Epstein Becker & Green, P.C., attorneys of record for Plaintiffs Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System, has changed.

You are further notified that Eric J. Neiman (OSB #823513) and Emma P. Pelkey (OSB #144029) will continue as counsel. This notice shall apply to the Lead Case as well as any Member Case.

Please include the following address for any future communications and filings:

Eric J. Neiman, OSB No. 823513
Emma P. Pelkey, OSB No. 144029
EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, OR  97209
Email: eneiman@ebglaw.com
           epelkey@ebglaw.com

DATED:  November 13, 2024        EPSTEIN BECKER & GREEN, P.C.

　　　　　　　　　　　　　　　　　　　 *s/ Eric J. Neiman, OSB No. 823513*
Eric J. Neiman, OSB No. 823513
Emma P. Pelkey, OSB No. 144029
eneiman@ebglaw.com
epelkey@ebglaw.com

Page 3- NOTICE OF CHANGE OF ADDRESS