**Matthew J. Kalmanson, OSB No. 041280**
Email: mjk@hartwagner.com
**Janet M. Schroer, OSB No. 813645**
Email: jms@hartwagner.com
**Michael R. O'Neil, OSB No. 231715**
Email: mro@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

*Of Attorneys for Proposed Intervenor-Plaintiff National Alliance on Mental Illness*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON and ST. CHARLES HEALTH SYSTEM,<br><br>      Plaintiffs,<br><br>      v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>      Defendant. | Case No. 6:22-cv-01460-AN<br><br>**PROPOSED INTERVENOR-PLAINTIFF NATIONAL ALLIANCE ON MENTAL ILLNESS-OREGON'S MOTION FOR EXTENSION OF TIME** |

Proposed Intervenor-Plaintiff National Alliance on Mental Illness-Oregon ("NAMI-

Oregon") moves for a two week extension of time to file its Reply in support of its Motion to

Page 1– PROPOSED INTERVENOR-PLAINTIFF NATIONAL ALLIANCE ON MENTAL ILLNESS-OREGON'S MOTION FOR EXTENSION OF TIME

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

Intervene, until and including December 16, 2024. The Parties have conferred, and counsel for Defendant, Jon Monson, does not oppose this request.

The reason for the request is that primary counsel for NAMI-Oregon, Matthew Kalmanson, will be on a long-planned family vacation beginning on November 25, 2024 through December 2, 2024. Because of that vacation, the press of other work, and the complexity of the issues that underlie this case, NAMI-Oregon needs two additional weeks to draft and file its Reply in support of its Motion to Intervene.

This Motion is made in good faith and not for purposes of delay.

DATED this 25 day of November 2024

                HART WAGNER LLP

By: */s/ Matthew J. Kalmanson*
Matthew J. Kalmanson, OSB No. 041280
mjk@hartwagner.com
Janet M. Schroer, OSB No. 813645
jms@hartwagner.com
Michael R. O'Neil, OSB No. 231715
mro@hartwagner.com
*Of Attorneys for Proposed Intervenor-Plaintiff National Alliance on Mental Illness*

Trial Attorney: Matthew J. Kalmanson, OSB No. 041280

Page 2– PROPOSED INTERVENOR-PLAINTIFF NATIONAL ALLIANCE ON MENTAL ILLNESS-OREGON'S MOTION FOR EXTENSION OF TIME

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301