**Juan C. Chavez, OSB No. 136428**
Oregon Justice Resource Center
PO Box 5248
Portland, Oregon 97208
Email: jchavez@ojrc.info
Telephone: 503-944-2270
Facsimile: 971-275-1839

**Michael Fuller, OSB No. 093570**
**Nate Haberman, OSB No. 225456**
Underdog Law Office

Of Attorneys for Mental Health Association of Portland

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **LEGACY EMANUEL HOSPITAL & HEALTH CENTER** *et al.* | Case No. 6:22-cv-01460-AN |
| Plaintiffs/Cross-Defendants | **MENTAL HEALTH ASSOCIATION OF PORTLAND'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MENTAL HEALTH ASSOCIATION'S MOTION TO INTERVENE** |
| vs | |
| **SEJAL HATHI, MD** *et al.* | |
| Defendants | |

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, Juan Chavez, counsel for Mental Health Association of Portland, hereby certifies that he conferred with counsel for Hospital Corporation Plaintiffs, and they do not oppose this motion.

### RELIEF REQUESTED

Plaintiff requests an extension of the deadline to file a reply in support of Mental Health Association of Portland's Motion to Intervene.

## ARGUMENT AND AUTHORITY

Case schedules can be modified and extended based upon showings of "good cause." Fed. R. Civ. P. 16(b)(4). The current reply deadline is January 3, 2025. Here, there is good cause for an extension of the reply deadline to January 17, 2025, due to Counsel for Mental Health Association's preplanned time off.

## CONCLUSION

Based on the foregoing, Plaintiff requests that this motion be granted, and that the new deadlines be set.

DATED: January 2, 2025.

*/s/ Juan C. Chavez*
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208

Attorney for Plaintiff