# OSH Forensic Admission and Discharge Dashboard
**November 2024**

### Aid & Assist Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 89 | 14.1 |
| Admitted During the Month | 77 | 27.2 |



### PSRB / GEI Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 4 | 18.8 |
| Admitted During the Month | 4 | 13.5 |



### Aid & Assist No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 91 | 39.2 |
| Discharged for Community Restoration After Having Been Assessed to No Longer Need HLOC | 15 | 49.9 |
| Total Discharged During the Month | 80 | |



### PSRB / GEI No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 50 | 225.2 |
| Conditionally Released to the PSRB After Having Been Assessed to No Longer Need HLOC | 6 | 324.8 |
| Total Discharged During the Month | 7 | |



## Aid & Assist Orders & Readmission Rates







| County | Aid & Assist Orders per Month | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 YTD |
| Baker | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 |
| Benton | 0.3 | 0.8 | 1.1 | 1.9 | 1.8 | 2.8 |
| Clackamas | 2.4 | 1.8 | 4.1 | 4.6 | 6.5 | 4.3 |
| Clatsop | 0.8 | 1.3 | 1.3 | 1.7 | 1.4 | 1.7 |
| Columbia | 0.7 | 0.5 | 1.3 | 1.2 | 1.3 | 0.9 |
| Coos | 2.2 | 2.4 | 2.7 | 1.1 | 2.5 | 2.1 |
| Crook | 0.3 | 0.1 | 0.0 | 0.2 | 0.2 | 0.2 |
| Curry | 0.7 | 1.3 | 1.7 | 1.3 | 1.0 | 1.2 |
| Deschutes | 1.5 | 1.7 | 3.2 | 2.6 | 3.0 | 3.1 |
| Douglas | 1.9 | 1.8 | 3.8 | 3.3 | 3.7 | 4.6 |
| Gilliam | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Grant | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 |
| Harney | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| Hood River | 0.4 | 0.1 | 0.3 | 0.1 | 0.6 | 0.8 |
| Jackson | 4.4 | 3.0 | 4.8 | 4.3 | 5.9 | 7.3 |
| Jefferson | 0.4 | 0.1 | 0.0 | 0.3 | 0.1 | 0.4 |
| Josephine | 1.7 | 0.8 | 1.0 | 1.5 | 1.5 | 1.4 |
| Klamath | 0.4 | 0.6 | 1.4 | 1.3 | 2.1 | 2.5 |
| Lake | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.1 |
| Lane | 7.2 | 5.8 | 9.3 | 11.3 | 15.4 | 16.9 |
| Lincoln | 2.2 | 1.9 | 2.2 | 1.9 | 0.9 | 1.6 |
| Linn | 2.3 | 2.3 | 2.2 | 2.8 | 3.0 | 3.0 |
| Malheur | 0.6 | 0.5 | 0.3 | 0.6 | 0.8 | 0.9 |
| Marion | 5.8 | 7.1 | 8.2 | 9.3 | 8.9 | 9.4 |
| Morrow | 0.1 | 0.2 | 0.2 | 0.4 | 0.1 | 0.0 |
| Multnomah | 9.7 | 9.1 | 9.9 | 10.4 | 15.7 | 20.5 |
| Polk | 1.6 | 1.1 | 1.1 | 2.3 | 2.8 | 2.4 |
| Sherman | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tillamook | 1.0 | 0.7 | 0.6 | 1.3 | 0.8 | 1.0 |
| Umatilla | 0.5 | 0.9 | 1.0 | 1.4 | 1.9 | 1.9 |
| Union | 0.1 | 0.1 | 0.2 | 0.3 | 0.1 | 0.0 |
| Wallowa | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 |
| Wasco | 0.3 | 0.3 | 0.3 | 0.3 | 0.5 | 0.5 |
| Washington | 5.8 | 7.5 | 8.9 | 10.8 | 10.8 | 13.6 |
| Wheeler | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Yamhill | 1.3 | 0.4 | 0.9 | 1.1 | 1.5 | 1.5 |
| **Total** | **56.8** | **54.4** | **72.0** | **79.3** | **94.9** | **97.2** |

## Aid & Assist

| County | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | No Longer Needing HLOC (as of last day of month) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | | | | | 3 | 28.0 | 27 | 29 | 2 | | | | 1 | 1 | | 46.5 | | | | | | | | |
| Clackamas | 5 | 8.8 | 6 | 13 | 4 | 24.5 | 23 | 25 | 4 | | | | 2 | 2 | | 43.0 | | | | | | | | |
| Clatsop | 3 | 8.3 | 2 | 18 | | | | | 1 | | | | | 1 | | 9.0 | | | | | | | | |
| Columbia | 1 | 23.0 | 23 | 23 | | | | | | | | | | | | | | | | | | | | |
| Coos | 1 | 10.0 | 10 | 10 | | | | | 3 | | | 1 | 1 | 1 | | 17.3 | 2 | | | | | 2 | | 32.5 |
| Crook | | | | | | | | | 1 | 1 | | | | | | 39.0 | | | | | | | | |
| Curry | 1 | 4.0 | 4 | 4 | | | | | 2 | | | | | 2 | | 24.5 | | | | | | | | |
| Deschutes | 5 | 13.0 | 5 | 27 | 3 | 30.7 | 28 | 32 | 1 | | | | | 1 | | 16.0 | | | | | | | | |
| Douglas | 4 | 16.3 | 6 | 25 | 5 | 29.8 | 12 | 38 | 5 | | | | 1 | 4 | | 28.6 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | 1 | | | | | 1 | | 16.0 | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | 1 | 9.0 | 9 | 9 | | | | | 1 | | | | 1 | | | 26.0 | 1 | | | | 1 | | | 13.0 |
| Jackson | 7 | 15.0 | 6 | 25 | 6 | 29.5 | 28 | 30 | 5 | | | | 1 | 4 | | 37.8 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | | | | | | | | | |
| Josephine | 1 | 13.0 | 13 | 13 | 1 | 22.0 | 22 | 22 | 1 | | | | | 1 | | 10.0 | | | | | | | | |
| Klamath | 1 | 18.0 | 18 | 18 | 2 | 25.0 | 24 | 26 | 6 | | | 2 | | 3 | 1 | 33.8 | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 12 | 10.7 | 2 | 27 | 9 | 26.6 | 25 | 29 | 20 | | | | 7 | 11 | 2 | 42.5 | 4 | | | 2 | 1 | 1 | | 57.5 |
| Lincoln | 1 | 18.0 | 18 | 18 | 1 | 28.0 | 28 | 28 | 3 | | | | 2 | 1 | | 25.7 | | | | | | | | |
| Linn | 3 | 21.7 | 16 | 30 | 1 | 25.0 | 25 | 25 | 1 | | | | | 1 | | 59.0 | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | | | | | | | | | |
| Marion | 8 | 16.0 | 9 | 23 | 4 | 27.8 | 25 | 29 | 7 | | | 1 | 3 | 3 | | 75.6 | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 19 | 14.6 | 5 | 26 | 18 | 26.9 | 6 | 29 | 14 | | | | 6 | 8 | | 35.6 | 3 | | | | | 3 | | 76.3 |
| Polk | 3 | 11.7 | 4 | 27 | 3 | 26.0 | 25 | 28 | 2 | | | | | 2 | | 70.5 | 1 | | | | 1 | | | 12.0 |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | 1 | 10.0 | 10 | 10 | 2 | 25.0 | 25 | 25 | | | | | | | | | | | | | | | | |
| Umatilla | 1 | 24.0 | 24 | 24 | | | | | 3 | | | 1 | 1 | 1 | | 23.7 | | | | | | | | |
| Union | | | | | | | | | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | | | | | | | | | |
| Washington | 11 | 16.9 | 5 | 30 | 12 | 27.0 | 24 | 29 | 6 | | | | 1 | 3 | 2 | 40.0 | 4 | | | 2 | 1 | 1 | | 50.0 |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | 3 | 29.0 | 29 | 29 | 2 | | | | | 2 | | 42.5 | | | | | | | | |
| **Total** | **89** | **14.1** | **2** | **30** | **77** | **27.2** | **6** | **38** | **91** | **0** | **1** | **6** | **29** | **52** | **3** | **39.2** | **15** | **0** | **0** | **4** | **4** | **7** | **0** | **49.9** |

## PSRB / GEI

| County | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | Patients Conditionally Released to PSRB | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Level of Care Needed | | | | | | |
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | 1 | 4.0 | 4 | 4 | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | 1 | | 1 | | | | | 217.0 |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | 1 | | 1 | | | | | 97.0 |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | 1 | 1.0 | 1 | 1 | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | 1 | 23.0 | 23 | 23 | 2 | 1 | 1 | | | | | 515.5 |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | 1 | 32.0 | 32 | 32 | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | 1 | 1.0 | 1 | 1 | 1 | 1 | | | | | | 263.0 |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | 1 | 9.0 | 9 | 9 | 1 | 29.0 | 29 | 29 | 1 | | 1 | | | | | 341.0 |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | 1 | 30.0 | 30 | 30 | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | | | | | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **4** | **18.8** | **4** | **32** | **4** | **13.5** | **1** | **29** | **6** | **2** | **4** | **0** | **0** | **0** | **0** | **324.8** |

*Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.
    **Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.
    **Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.
    **Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month. For Aid & Assist patients, only those discharged to community restoration are included.
    **Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.
    **1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.
    **2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.
    **3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.
    **4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.
    **5** – RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.
    **6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness. The PSRB mission is community and public safety therefore the driver for placement is safety to the community.
    **SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.
    **DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.
    **Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.
    **Other** – Patients who have a more uncommon level of need not identified in the other categories.