# IRA K. PACKER, Ph.D.

Diplomate in Forensic Psychology,
American Board of Professional Psychology
P.O. Box 469
Sharon, MA 02067
(508) 981-5952
forensictraining@gmail.com

**EDUCATION:**
Columbia University, B.A. in Psychology, 1974.
University of Pennsylvania, M.A. in Psychology, 1976.
University of Pennsylvania, Ph.D. in Psychology, 1979.
Hospital of the University of Pennsylvania, Department of Psychiatry, Psychology Intern, 1976-1978.

**PROFESSIONAL EXPERIENCE:**
**University of Massachusetts Medical School  (UMMS)**
- Professor of Psychiatry Emeritus (2022- present)
- Professor of Psychiatry (2006-2021)
- Associate Professor of Psychiatry (1999-2006)

  - I directed the Postdoctoral Residency Program in Forensic Psychology, which is a nationally known and respected program.  In addition to directing the program, I provided direct clinical supervision of the forensic evaluations performed by the Residents and also supervised Psychiatry trainees. I taught  in the Forensic Mental Health Seminar Series for the Psychology and Psychiatry Forensic Fellows (1999-2021).

  - I directed the Forensic Evaluation Service,  through a contract with the Department of Mental Health. In 2021, this included 10 faculty, and over 900 evaluations a year (2010-2021).

  - Chair of the Massachusetts Designated Forensic Professional Training and Certification Committee (1999-2021) which is responsible  for overseeing the training and credentialling of all psychologists and psychiatrists who provide public-sector forensic evaluations for adults involved in the criminal justice system in the Commonwealth. In this capacity I helped coordinate  the statewide trainings provided to Forensic Professionals and to community providers on issues of forensic practice and violence risk assessment and management.

  - Director, Center for Excellence for Specialty Courts (2014-2021).  The Center provided technical assistance, training, evaluation and research to the Massachusetts Executive Office of the Trial Court to enhance the quality and effectiveness of Specialty Court

  - Director of Forensic Service and Chief of Psychology, Bridgewater State Hospital, 2001- 2007
    In this capacity I oversaw the delivery of forensic evaluations (over 1,000 a year) to the District and Superior Courts in Massachusetts at Bridgewater State

    Hospital, the state's Maximum Security Prison Hospital. These evaluations included both pre-trial evaluations for competence to stand trial, criminal responsibility, and aid in sentencing, as well as evaluations of prisoners transferred from jails, houses of correction, and state prisons. I provided direct services (conducting evaluations, preparing reports, testifying, consulting to treatment teams) and supervised the work of trainees as well as Psychologists and Psychiatrists who worked on the service. I also served on the Hospital Executive Committee at Bridgewater State Hospital, during the period when we successfully attained JCAHO accreditation at the Hospital for the first time. My duties also included serving as Discipline Chief for Psychology, both at the hospital and throughout the prison system.

- Site Director at Bridgewater State Hospital for the Forensic Psychiatry Forensic Fellowship (ACGME accredited, 2003-2007)
  I served as site director for the UMMS Forensic Psychiatry Forensic Fellowship, helping to coordinate the training at Bridgewater State Hospital and also providing direct clinical supervision to the fellows regarding forensic evaluations.

- UMMS Psychology Internship (2001-2007)
  I developed a specialty track for the UMMS, APA-Accredited Internship program in Psychology. This track included rotations at Bridgewater State Hospital and Framingham prison.

- Deputy Mental Health Program Director, Correctional Mental Health Program, (1999-2007).
  I participated in developing and overseeing the delivery of mental health services to the Commonwealth's prison system, which included 18 prison facilities and Bridgewater State Hospital, a maximum security forensic hospital. My responsibilities included: participating in policy development and implementation, as well as the development of a staffing matrix; quality assurance; training of clinical as well as correctional staff; participating in development of a suicide prevention training; involvement in hiring staff and disciplinary procedures.

**Private Practice** (1985-present)
I have provided forensic evaluation services and consultations, including providing expert testimony, in state and federal courts in areas including: competence to stand trial; criminal responsibility; aid in sentencing; civil commitment; personal injury; standards of practice (including cases involving jail and prison suicide; standards of practice in correctional settings; negligent discharge; use of restraints); violence risk assessment; and transfer of juveniles to adult court. In addition, I have been retained to provide training and consultation to a variety of state systems across the country, including Arkansas, California, Illinois, Maine, New Mexico, New York, Utah, and Washington. This work includes consulting on system issues regarding management of forensic patients and prison/jail inmates, providing quality assurance and training regarding issues such as competence to stand trial, criminal responsibility, violence risk assessment.

In addition, I have participated in consultations to state and local jurisdictions on issues related to: provision of Forensic Mental Health Services; improving efficiency of Competence to Stand Trial evaluations; developing Outpatient Competency Restoration services; Quality Assurance of Forensic Reports; diversion of mentally ill individuals from the criminal justice system (Washington State, California, Alabama, Los Angeles County, Philadelphia Courts).

**Senior Vice President for Operations, Forensic Health Services, Inc**., Natick, MA., 1996- 1999.
I provided operational oversight of contracts to provide mental health services and system consultation in inpatient forensic settings, correctional facilities, DYS programs, and community settings. My responsibilities also included the development and implementation of Continuous Quality Improvement measures. In addition, I provided clinical supervision and also performed forensic evaluations and consultations.

**Assistant Commissioner for Forensic Mental Health, Massachusetts Department of Mental Health**, Boston, MA, 1993-1996
I was responsible for overseeing provision of mental health services to the courts, jails, and houses of correction throughout Massachusetts. Responsibilities included: administrative responsibility for mental health services provided to the criminal justice system (courts, jails, and houses of correction) and to mental health clients involved with this system; program development; budget development and management; oversight of vendor contracts; supervising management personnel; developing and maintaining a Continuous Quality Improvement system; liaison to other branches of government, including the judiciary and legislature; interface with inpatient and community programs regarding risk assessment and risk management; educating and informing the public about issues related to forensic mental health.

**Director, Forensic Services, Behavioral Health Network**, Springfield, MA, 1985-1993
I had administrative, clinical, and supervisory responsibilities for a community forensic program serving several counties in Western Massachusetts. Services included: overseeing mental health services to three County Correctional Facilities; overseeing the provision of court-ordered evaluations for adults and juveniles involved with the courts. In addition to my supervisory and and administrative duties, I provided direct service to the courts and the Houses of Correction.

**Director of Psychological Services, Child Guidance Clinic**, Springfield, MA, 1991-92.
The responsibilities for this position included: administering the Psychological Services Unit which provides psychological assessments and testing for children, adolescents, and adults; supervising doctoral level psychologists; chairing the Assessment Team meetings and the Quality Assurance/ Utilization Review meetings. My time was evenly distributed between this position and the Forensic Services position. I also served on the Executive Committee of the agency.

**Forensic Psychologist, Center for Forensic Psychiatry**, Ann Arbor, MI, 1979-1985.
In this position I was involved in the evaluation and treatment of individuals referred by the courts and Department of Correction. This position involved both inpatient and outpatient work. The inpatient treatment was done in a secure treatment setting with state

prison inmates as well as individuals found incompetent to stand trial or Not Guilty by Reason of Insanity (both male and female). The outpatient work involved evaluations for: competency to stand trial, criminal responsibility, civil commitment, and sentencing recommendations.

## ACADEMIC EXPERIENCE:

**University of Massachusetts Medical School,** 1999 - present
Professor of Psychiatry (through 2021)
Emeritus Professor of Psychiatry (2022- present)

**Adjunct Faculty, University of Massachusetts, Lowell** 2006 - 2020
    I taught Master's Level course in Forensic Psychology in the Criminology Dept.

**Adjunct Faculty, University of Massachusetts at Boston,** 2000.
    I taught Introduction to Forensic Psychology (Master's level).

## CURRENT GRANTS:

Massachusetts Department of Probation:  Assessing Dangerousness (2022-2024). Role: Co-Investigator

Massachusetts Parole Board: Risk Needs Assessment Project (2023-2025). Role: Co-Investigator

## SCHOLARLY CONTRIBUTIONS:

**THESES:**
M.A. Thesis, University of Pennsylvania, 1975: Some cognitive and affective characteristics associated with conjugate lateral eye movements.

Ph.D. Thesis, University of Pennsylvania, 1979: The relationship between individual differences in hemispheric activation and cognitive performance.

**PUBLICATIONS:**

**Books:**
Packer, I.K. (2009). Evaluation of Criminal Responsibility. New York, NY: Oxford University Press.

Packer, I.K. and Grisso, T. (2011). Specialty Competencies in Forensic Psychology. New York, NY: Oxford University Press.

**Articles:**
Sackeim, H.A., Packer, I.K., & Gur,R.C. (1977). Hemisphericity, cognitive set and susceptibility to subliminal perception. Journal of Abnormal Psychology, 86, 624-630.

Gur, R.C., Packer, I.K., Hungerbuhler, J.P., Reivich,M., Obrist, W.D., Amarnek, J.S., & Sackeim,H.A. (1980). Differences in the distribution of gray and white matter in human cerebral hemispheres. Science, 207, 1226-1228.

Packer, I.K. (1981). The use of hypnotic techniques in the evaluation of criminal defendants. Journal of Psychiatry & Law, 9, 313-327.

Packer, I.K. (1982). The uses and abuses of psychiatry in the legal system. Contemporary Psychiatry, 1, 158-160.

Packer, I.K. (1983). Ethical issues in the medical treatment of children. Contemporary Psychiatry, 2, 195-196.

Packer, I.K. (1983). Post-traumatic stress disorder and the insanity defense: A critical analysis. Journal of Psychiatry & Law, 11, 125-136.

Packer, I.K. (1984). Hypnosis in the courtroom. American Journal of Forensic Psychiatry, 5, 29-32.

Petrella, R.C., Benedek, E.P., Bank, S.C., & Packer, I.K. (1985). Examining the application of the guilty but mentally ill verdict in Michigan. Hospital and Community Psychiatry, 36, 254-259.

Packer, I.K. (1985). Insanity acquittals in Michigan, 1969-1983; The effects of legislative and judicial changes. Journal of Psychiatry & Law, 13, 419-434.

Packer, I.K. (1987). Homicide and the insanity defense: A comparison of sane and insane murderers. Behavioral Sciences & the Law, 5, 25-35.

Packer, I.K. (1990).Domestic violence: the role of the mental health expert. Medicine & Law, 9, 1274-1276.

Packer, I.K.(1994). The court clinic system in Massachusetts: A therapeutic vs. rights-oriented approach. New England Journal of Civil and Criminal Confinement, 20, 291-300.

Packer, I.K. (1998). Privatized Managed Care and Forensic Mental Health Services. Bulletin of the American Academy of Psychiatry and Law, 26, 123-129.

Fisher,W.H.,Packer,I.K.,Grisso,T.,McDermeit,M.& Brown,J.M.(2000). From case management to court clinic: Examining forensic system involvement of persons with severe mental illness. Mental Health Services Research , 2,41-49.

Fisher, W.H., Packer,I.K., Simon,L.J., & Smith, D. (2000). Community mental health services and the prevalence of severe mental illness in local jails: Are they related? Administration and Policy in Mental Health, 6, 371-382.

Appelbaum, K.L., Hickey, J.H., & Packer, I.K. (2001). The role of correctional officers in multidisciplinary mental health care in prisons. Psychiatric Services, 52, 1343-1347.

Packer, I.K. (2001). Competence to act as one's own attorney. Chapter in K. Heilbrun, G.R. Marczyk, DeMatteo, D. (eds). Forensic Mental Health Assessment: A Casebook. New York: Oxford University Press.

Packer, I.K.,Cheney, E. & Casey, K. (2001). Suicide Prevention Training in Massachusetts. Correctional Health Care Report.

Tillbrook, C. and Packer, I.K. (2001) Civil Liability, Foreseeability of a Patient's Elopement Attempt. Journal of American Academy of Psychiatry and Law, 29, 255-256.

Leguizamo, A. and Packer, I.K. (2001).  Testamentary Capacity.  Journal of American Academy of Psychiatry and Law, 29, 243-244.

Domino, M. and Packer, I.K. (2002) Psychological Testimony on the Diagnosis of Mental Illness and Relation to Violent Behavior.  Journal of American Academy of Psychiatry and Law .

Flores, G. and Packer, I.K. (2002) Gender Identity Disorder: Sex Reassignment Surgery May Be Excluded Under Medicaid. Journal of American Academy of Psychiatry and Law.

Dudek, J. and Packer, I.K. (2002). Persons With Mental Retardation Possess Protected Liberty Interest Regarding Procreation/Contraception. Journal of American Academy of Psychiatry and Law .

Marioni, N. and Packer, I.K. (2002). Privilege, Exception to Psychotherapist - Patient Privilege. Journal of American Academy of Psychiatry and Law.

Fisher, W.H., Dickey, B., Normand, S., Packer, I.K., Grudzinskas, A., and  Azeni, H. (2002). Use of a state inpatient forensic system under managed mental health  are. Psychiatric Services, 53, 447-451.

Fisher W.H., Packer I.K., Banks S.M., Smith D., Simon L.J., and Roy-Bujnowski K. (2002). Self-reported lifetime psychiatric hospitalization histories of jail detainees with mental disorders: Comparison with a non-incarcerated national sample. Journal of Behavioral Health Services & Research, 29,458-465.

Packer, I.K. and Borum, R.(2003). Forensic training and practice. In A.M. Goldstein (Ed).  Handbook of psychology: Forensic psychology, Vol. 11. New York: John Wiley & Sons, Inc.

Vitacco, M.J and  Packer, I.K. (2003).Civil Commitment. Journal of the American Academy of Psychiatry & the Law, 31, 264-266.

Cleveland, J. and Packer, I.K. (2003). Mental Injury and Workers' Compensation. Journal of the American Academy of Psychiatry & the Law, 31, 259-261.

Bryant, L.M. and Packer, I.K. (2003). Sex Offender Laws. Journal of the American Academy of Psychiatry & the Law, 31, 255- 256.

Vitacco, M.J and Packer, I.K. (2004). Mania and Insanity: An analysis of legal standards and recommendations for clinical practice. Journal of Forensic Psychology Practice, 4, 83-95.

Pinals D.A., Packer I,K., Fisher W., and Roy-Bujnowski. K. (2004).Relationship between race and ethnicity and forensic clinical triage dispositions. Psychiatric Services, 55, 873-878.

Amato, J.M. & Packer, I.K. (2006). Battered-Child Syndrome. Journal of the American Academy of Psychiatry and Law, 34,414 - 416.

Brown, J. & Packer, I.K. (2006). Competence Requirements for Sexually Violent Predator Hearings. Journal of the American Academy of Psychiatry and Law, 34,420 - 422.

Bank, S.C. & Packer, I.K. (2007). Expert witness testimony: Law, ethics, and practice. In A.M. Goldstein (ed.). Forensic Psychology: Emerging topics and expanding roles. Hoboken, NJ: John Wiley and Sons.

Eudy, K. & Packer, I.K. (2007). The Speedy Trial Act: Implications for mentally ill defendants. Journal of the American Academy of Psychiatry and the Law, 35, 393-395.

Packer, I.K. (2008). Postdoctoral Residencies in Forensic Psychology. Encyclopedia of Psychology and Law.

Packer, I.K. (2008). Specialized practice in Forensic Psychology: Opportunities and obstacles. Professional Psychology: Research and Practice, 39, 245-249.

Smith, M.S., Kalbeitzer, R., & Packer, I.K. (2009). Diminished capacity and the right to refuse mental examination. Journal of the American Academy of Psychiatry and the Law. 37, 401 - 404.

Sharpe,C.A., Kirsch, L.G., & Packer, I.K. (2010). Procedures governing the disclosure of psychological reports and evidence in a pretrial competency hearing. Journal of the American Academy of Psychiatry and the Law, 38, 420 - 422.

Lloyd, K. P. & Packer, I.K. (2011). Jury instructions in a case with a defense of not guilty by reason of insanity. Journal of the American Academy of Psychiatry and the Law, 39,424-425.

Packer, I.K. (2012). Evaluation of criminal responsibility. In R.  Roesch & P.A. Zapf (eds.). *Forensic assessments in criminal and civil law: A Handbook for Lawyers.*  New York: Oxford University Press.

Guy, L. S., Packer, I. K., & Warnken, W. (2012). Assessing risk of violence using structured professional judgment guidelines. Journal of Forensic Psychology Practice, *12*(3), 270–283.

Hess, D.T., & Packer, I.K. (2012) .Treatment disclosures in sex offender civil commitment evaluations. Journal of the  American Academy of Psychiatry and theLaw, 40,424-426.

Packer, I.K. & Borum, R.(2013). Forensic training and practice. In R.K. Otto (Ed). *Handbook of psychology: Forensic psychology, Vol. 11, 2nd edition..* New York: John Wiley & Sons, Inc.

Goldstein, A.M., Morse, S.J., & Packer, I.K. (2013). Evaluation of criminal responsibility. In R.K. Otto (Ed).  *Handbook of psychology: Forensic psychology, Vol. 11, 2nd edition.* New York: John Wiley & Sons, Inc.

Dimisa, S.E., & Packer, I.K. (2013). The Adam Walsh Child Protection and Safety Act of 2006: Civil commitment and supervised release for sexually dangerous persons. Journal of the  American Academy of Psychiatry and theLaw, 41, 451-453.

Dinsmore, A., Phillips, T., & Packer, I.K. (2014). Mental Retardation (Intellectual Disability) and the Death Penalty: Factors to Consider. Journal of the  American Academy of Psychiatry and the Law, 42, 387-389.

Gowensmith, W.M., Murrie, D.C., & Packer, I.K. (2014). Forensic Mental Health Consultant Final Report. Prepared for the State of Washington's Department of Social and Health Services. https://www.dshs.wa.gov › files › BHSIA › WSH

Packer, I.K., and Phillips, T.  (2015) . Psychological testing. In R. Trestman, K. Appelbaum, & J. Metzner (Eds.). *Oxford Textbook of Correctional Psychiatry*. Oxford University Press.

Packer, I.K. (2015). Legal insanity and *mens rea* defenses. In B.L. Cutler, and P.A. Zapf (Eds). *APA Handbook of forensic psychology.* American Psychological Association.

Murray, A.A. & Packer, I.K. (2015). Due process rights: Considerations for child witness testimony. Journal of the American Academy of Psychiatry and the Law, 43, 381-383.

Young, J.W., and Packer, I.K. (2016). Redaction of court-order competence to stand trial evaluations. Journal of the American Academy of Psychiatry and the Law, 44, 384-386.

Lapin, J.S., and Packer, I.K. (2017).Raising the issue of competence to stand trial postconviction. Journal of the American Academy of Psychiatry and the Law , 45, 384-385.

Klinoff, V., and Packer, I.K. (2018). Deliberate Indifference to Inmate Suicide Risk and Qualified Immunity in Correctional Settings. Journal of the American Academy of Psychiatry and the Law, 46, 375-378.

MacLean, N. and Packer, I.K. (2019). Requiring abstinence from substance use as a condition of probation. Journal of the American Academy of Psychiatry and the Law, 47, 365-367.

DeMatteo, D., Hart, S. D., Heilbrun, K., Boccaccini, M. T., Cunningham, M. D., Douglas, K. S., Dvoskin, J. A., Edens, J. F., Guy, L. S., Murrie, D. C., Otto, R. K., Packer, I. K., & Reidy, T. J. (2020). Statement of Concerned Experts on the Use of the Hare Psychopathy Checklist—Revised in Capital Sentencing to Assess Risk for Institutional Violence. Psychology, Public Policy, and Law, 26, 133–144.

DeMatteo, D., Hart, S. D., Heilbrun, K., Boccaccini, M. T., Cunningham, M. D., Douglas, K. S., Dvoskin, J. A., Edens, J. F., Guy, L. S., Murrie, D. C., Otto, R. K., Packer, I. K. & Reidy, T. J. (2020). Death is different: Reply to Olver et al. (2020). Psychology, Public Policy, and Law, 26, 511-518.

Packer, I.K. & Grisso, T. (2021). The Designated Forensic Professional Program in Massachusetts. In Heilbrun, K., Wright II, H.J., Giallella, C. & David DeMatteo, D. (Eds.). *University and Public Behavioral Health Organization CollaborationModels for Success in Justice Contexts.* Oxford University Press.

Packer, I.K. & Kois, L. E. (2021). Criminal responsibility evaluations. In D. DeMatteo & K. Scherr (Eds). *Oxford handbook of psychology and law*. Oxford University Press.

Rodriguez-Monguio, R., Montgomery, B., Drawbridge, D., Packer, I., & Vincent, G. (2021). Substance use treatment services utilization and outcomes among probationers in drug courts compared to a matched cohort of probationers in traditional courts. The American Journal on Addictions, 30, 505-513.

Murrie, D.C., Gowensmith, W.N., Kois, L.E., & Packer, I.K. (2023). Evaluations of competence to stand trial are evolving amid a national "competency crisis." Behavioral Sciences & the Law, 41, 310-325.   https://doi.org/10.1002/bsl.2620

Kois L.E., Murrie D.C., Gowensmith W.N., & Packer, I.K.(2023). A public health perspective to reform the competence to stand trial system. Psychiatric Services, 74, 1289-1290.: https://doi.org/10.1176/appi.ps.20230079

Montgomery, B.W., Aldridge, A., Drawbridge, D., Packer, I., Vincent, G.M. & Rodriguez-Monguio, R. (2024).  Healthcare expenditures for people with substance use disorders in drug courts compared to their peers in traditional courts. Drug and Alcohol Dependence Reports. doi:https://doi.org/10.1016/j.dadr.2024.100258

Maddux, J. & Packer, I.K. (2024). Testing. In Kelley, E. (Ed.).*Representing People with Mental Disabilities: A Practical Guide for Criminal Defense Lawyers, Second Edition.* ABA Publishing.

Murrie, D.C. Gowensmith, N.G., Kois, L.E., & Packer, I. (in press). In P. A. Zapf, A. Alexander, T. Daftary-Kapur, A. Fanniff, & D. Sivasubramaniam (Eds.), *APA Handbook of Forensic Psychology (2nd ed.): Vol. 1:*  Individual and Situational Influences in Criminal and Civil Contexts.  American Psychological Association.

**PRESENTATIONS AT CONFERENCES**:

Gur, R.C., Sackeim, H.A., Packer, I.K., & Liran, J. (1977). Hypnosis as a tool for studying motivational effects on cognition. Presented at the  Annual Convention of the American Psychological Association.

Packer, I.K. & Gur, R.C. (1978). Individual differences in  cognitive performance related to hemispheric activation. Presented at the  Annual Convention of the American Psychological Association.

Gur, R.C., Packer, I.K., Reivich, M. & Weinberger, J.(1978). Cognitive task effects on hemispheric blood flow in humans. Presented at the  Annual Convention of the American Psychological Association.

Packer, I.K. (1983). Vietnam veterans, Post-Traumatic Stress Disorder, and the Insanity Defense. Presented at the Michigan Psychological Association Academic Conference.

Packer, I.K. (1983). The Guilty but Mentally Ill verdict in Michigan: Its history and practice. Presented at the American Psychology-Law Society Convention.

Packer, I.K. (1985). The Guilty but Mentally Ill verdict in Michigan: Practical considerations. Presented at the Annual Convention of the American Psychological Association.

Packer, I.K. (1985). An empirical evaluation of the insanity defense in Michigan. Presented at the Annual Convention of the American Psychological Association.

Howard, R.C., Haynes, J. & Packer, I.K. (1986). Insanity recommendations and outcomes. Presented at the American Psychology-Law Society Convention.

Packer, I.K. (1988). The Insanity Defense. Participation in a panel presentation at the American Society of Criminology.

Packer, I.K. (1989). Domestic violence: The role of the mental health expert. Presented at the International Congress of Law and Mental Health.

Packer,I.K. (1990). Training and credentialling for forensic examiners in the criminal justice system: A national survey. Presented at the American Psychology-Law Society Convention.

Packer, I.K. (1991). Models of forensic training and credentialling: The Massachusetts model. Presented at the Annual Meeting of the National Association of State Forensic Mental Health Directors.

Packer, I.K. (1993). The court clinic system in Massachusetts: A systems analysis. Presented at the International Conference on Diversion of Mentally Disordered Offenders.

Packer, I.K. (1994). An analysis of juvenile forensic inpatient evaluations. Presented at the Annual Meeting of the National Association of State Forensic Mental Health Directors.

Packer, I.K., Benedict, P.E., Lester, H. & Durfee, K. (1995). Court and jail-based mental health services: Innovative programs and outcome measures. Presented at the Annual Meeting of the American Psychological Association.

Packer, I.K. (1995). Sexually Dangerous Offenders: The Massachusetts Experience. Presented at the Annual Meeting of the National Association of State Forensic Mental Health Directors.

Packer, I.K. (1995). Forensic issues in the seriously mentally ill population. Presented at the DMH conference on Serious Mental Illness and Violence.

Packer, I.K. and Richardson, M.H. (1995). The Massachusetts Court Clinic model. Presented at the Annual Meeting of the National Association of State Mental Health Legal Advisors.

Fisher, W., Grisso, T., McDermeit, M., Packer, I.K., and Williams, D. (1996). Analysis of DMH clients involved with the criminal justice system in Massachusetts. Presented at the Annual Meeting of the National Association of State Mental Health Program Directors.

Packer, I.K., Fisher, W.H., and Benedict, P.E. (1997). Jails and the Mentally Ill: Research and Application. Symposium presented at Annual Meeting of the National Association of State Mental Health Forensic Directors

Packer, I.K. (1998). Risk Assessment of Delinquent Juveniles. Presented at the Biennial meeting of the American Psychology-Law Society.

Packer, I.K. and Leavitt, M. (1998). Designing and implementing a Quality Assurance Process for Forensic Evaluations. Presented at the Biennial meeting of the American Psychology-Law Society.

Pinals, D.A., Packer, I.K., Norniella R., Fisher W.H.,  & Roy-Bujnowski K. (2000). Race and ethnicity: Impact on forensic decisions. Presented at the 31st Annual Meeting of the American Academy of Psychiatry and the Law, Vancouver, BC.

Appelbaum, K.A., Trestman, R., Packer, I.K. and Lewis, C. (2001). Difficult cases in the Correctional Mental Health System . Panel presentation at American Academy of Psychiatry and Law, Boston, MA

Packer, I.K. (2002). Use of Structured Risk Assessment Instruments: A National Survey. Presented at the Biennial meeting of the American Psychology-Law Society.

Packer, I.K. (2004). Forensic Training and Certification: Data from Massachusetts. Presented at the American Psychology-Law Society Annual Conference.

Packer, I.K., Vincent, G., and Pinals, D.A.(2005). Use of the PCL-SV in treatment planning. Presented at the American Psychology-Law Society Annual Conference.

Packer, I.K. (2008). Forensic Psychology as a recognized specialty: Opportunities and obstacles. Invited award  presentation at the American Psychology-Law Society Annual Conference.

Packer, I.K. and Pinals, D.A. (2010).  Mood disorders and disability. Presented at the Annual Eastern Claims Conference.

Packer, I.K. (2011). Postdoctoral training in Forensic Psychology. Presented at the American Psychology-Law Society Annual Conference.

Packer, I.K. (2011). From research to practice: Developing protocols for violence risk assessment in the public sector. Presented at the International Association of Forensic Mental Health Services Annual Conference.

Packer, I.K. (2013). Treatment for Post Traumatic Stress Disorder.  Presented at the Annual Eastern Claims Conference.

Guy, L.S., Kusaj, C., Packer, I.K., and Douglas, K.S. (2013). Contribution of structured tools to parole suitability decisions among inmates with indeterminate life sentences. Presented at the American Psychology-Law Society Annual Conference.

Packer, I.K. (2014). Training and Certification of Forensic Psychologists in Massachusetts. Presented at annual AP-LS Conference, New Orleans, March, 2014.

Packer, I.K. (2015). Forensic Psychology Postdoctoral Training. Presented at Annual AP-LS Conference, San Diego, March 2015.

Packer, I.K. (2018). Competence to Stand Trial: State and National Trends. Presented at Massachusetts DMH Annual Forensic Conference, June 2018.

**Selected Worskshops and invited presentations:**
Workshop and invited presentations have included the following topics:

Mental health services in Corrections
Ethical issues in forensic practice
Competence to stand trial

Criminal responsibility
Risk liability management
Suicide assessment and prevention
Risk management approaches to documentation
Violence risk assessment
Developing and implementing quality improvement for forensic reports
Confidentiality and privilege issues in forensic settings
Preparing for the diplomate examination in Forensic Psychology
Providing ethical and effective expert witness testimony
Uses and misuses of psychological testing in forensic evaluations


**AWARDS:**
Award for Distinguished Contributions to Forensic Psychology – presented by the American Academy of Forensic Psychology, 2007

Mentoring Award, University of Massachusetts Medical School Department of Psychiatry, 2014

**LICENSURES AND CERTIFICATIONS:**
Diplomate in Forensic Psychology, American Board of Professional Psychology.
License to Practice Psychology - Health Service Provider, Commonwealth of Massachusetts.

**NATIONAL AND STATEWIDE LEADERSHIP POSITIONS:**

| | |
|---|---|
| American Board of Forensic Psychology: | President, 1998-1999<br>Vice President, 1996-1998<br>Recording Secretary, 1995-1996<br>Chair of Examinations, 1989 -1994 |
| American Academy of Forensic Psychology: | President (1990-1992)<br>Vice President (1988-1990) |
| American Psychology- Law Society: | Convention Program chair, 1997<br>Convention Program co-chair, 1996 |
| Massachusetts Psychological Association: | Fellow<br>Board of Directors, 1997-2000 |
| Forensic Specialty Council | Chair, 2004- 2009 |
| Council of Specialties in Professional Psychology | 2004-2009<br>President: 2008-2009<br>Vice President: 2007<br>Secretary/Treasurer: 2005-2006 |

| | |
|---|---|
| Massachusetts Department of Mental Health Designated Forensic Professional Committee | Chair: 1999 - 2021 |
| Editor, Best Practices in Forensic Mental Health Series, Oxford University Press | 2023 - present |