**Juan C. Chavez, OSB No. 136428**
Oregon Justice Resource Center
PO Box 5248
Portland, Oregon 97208
Email: jchavez@ojrc.info
Telephone: 503-944-2270
Facsimile: 971-275-1839

**Michael Fuller, OSB No. 093570**
**Nate Haberman, OSB No. 225456**
Underdog Law Office

Of Attorneys for Mental Health Association of Portland

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **LEGACY EMANUEL HOSPITAL & HEALTH CENTER** *et al.* | Case No. 6:22-cv-01460-AN |
| Plaintiffs/Cross-Defendants | **MENTAL HEALTH ASSOCIATION OF PORTLAND'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MENTAL HEALTH ASSOCIATION'S MOTION TO INTERVENE** |
| vs | |
| **SEJAL HATHI, MD** *et al.* | |
| Defendants | |

**LR 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, Juan Chavez, counsel for Mental Health Association of Portland, hereby certifies that he conferred with counsel for Hospital Corporation Plaintiffs, and they do not oppose this motion.

**RELIEF REQUESTED**

Plaintiff requests an extension of the deadline to file a reply in support of Mental Health Association of Portland's Motion to Intervene.

**ARGUMENT AND AUTHORITY**

Case schedules can be modified and extended based upon showings of "good cause." Fed. R. Civ. P. 16(b)(4). The current reply deadline is January 17, 2025. Mental Health Association of Portland requests an extension of the reply deadline to January 21, 2025 to allow adequate time for response drafting. MHAP's counsel is involved in two cases with trials presently scheduled in February 2025. MHAP believes that this extension will be adequate to complete briefing.

**CONCLUSION**

Based on the foregoing, Plaintiff requests that this motion be granted, and that the new deadlines be set.

DATED: January 14, 2025.

/s/ Juan C. Chavez
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208

Attorney for Plaintiff