
DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SHOW CAUSE MOTION |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SHOW
           CAUSE MOTION
    CAS/j3b/981165366

capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

        Plaintiffs,
  v.

SAJEL HATHI, in her official capacity as Director of Oregon Health Authority,

        Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

## CERTIFICATE OF CONFERRAL

Counsel for defendants has conferred with counsel for Plaintiffs and they do not oppose this motion.

## MOTION

Defendants' response to plaintiff DRO's show-case motion seeking a contempt finding and a remedial order (ECF #149) is currently due on January 21, 2025. Defendants request that this deadline be extended one week, to January 28, 2025, because lead defense counsel, Ms. Scott, is out of the office on bereavement leave, and defendants require additional time to prepare their response. Defendants also note that they will be requesting an evidentiary hearing on DRO's motion to be set after briefing is completed. This request is made in good faith and not for purposes of undue delay.

Additionally, defendants' work toward returning to compliance is continuing during this time, and defendants will file a substantive status report on or before 9 a.m. on January 23, 2025.

Page 2 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SHOW CAUSE MOTION
        CAS/j3b/981165366

DATED January 16, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

   *s/ Jill O. Conbere*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SHOW
           CAUSE MOTION
    CAS/j3b/981165366

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000