Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer, OSB # 235450
Dboyer@droregon.org
**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Amicus Curiae Disability Rights Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEGACY EMANUAL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES—OREGON; and ST. CHARLES HEALTH SYSTEM, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, <br><br>　　　**Error! Reference source not found.**. | Case No. 6:22-cv-01460-MO <br> Case No. 3:02-cv-00339-MO (Lead Case) <br> Case No. 3:21-cv-01637-MO (Member Case) <br><br> DECLARATION OF THOMAS STENSON IN SUPPORT OF AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING |

**DECLARATION OF THOMAS STENSON IN SUPPORT OF AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING**

I hereby declare under penalty of perjury:

1. I am a resident of Oregon, over the age of 21, and competent to testify to the following.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the February 2024 report—with minor redactions—of the Centers for Medicare & Medicaid Services regarding EMTALA violations at the Providence Milwaukie Hospital, dated February 15, 2024.

3. Providence Milwaukie Hospital is a hospital operated by Providence Health & Services-Oregon, one of the plaintiffs in this matter.

DATED January 21, 2025.

                              DISABILITY RIGHTS OREGON

                              /s *Thomas Stenson*
                              Emily Cooper OSB # 182254
                              ecooper@droregon.org
                              Thomas Stenson, OSB # 152894
                              tstenson@droregon.org
                              Dave Boyer, OSB # 235450
                              Dboyer@droregon.org
                              511 SW 10th, Suite 200
                              Portland OR 97205
                              Tel:    (503) 243 2081
                              FAX:  (503) 243 1738

                              *Counsel for Plaintiff Disability Rights Oregon*