AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Disability Rights Oregon et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Case No. 3:02-cv-00339-MO |
| Hathi et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Disability Rights Oregon                                                                                              .

Date:    01/23/2025

*Hanah Morin*
*Attorney's signature*

Hanah Morin OSB#230043
*Printed name and bar number*

Disability Rights Oregon
511 SW 10th Ave, Ste 200
Portland, OR 97205

*Address*

hmorin@droregon.org
*E-mail address*

(503)243-2081
*Telephone number*

*FAX number*