Eric J. Neiman, OSB #823513
eneiman@ebglaw.com
Emma P. Pelkey, OSB #144029
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, OR  97209
Telephone:  503.343.6475

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiffs*

Hon. Adrienne Nelson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.: 3:02-cv-00339-AN (Lead Case)<br><br>DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF HOSPITALS' RESPONSE TO DISABILITY RIGHTS OREGON'S AMICUS BRIEF REGARDING MOTIONS TO INTERVENE AND THIRD-PARTY STANDING |

DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DISABILITY RIGHTS OREGON'S AMICUS BRIEF
PAGE  1

EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, Oregon 97209
Phone: 503.334.6475• Fax: 503.343.6476

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480

127803616.1 0080339-00001

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>        Plaintiffs,<br>v.<br><br>SARA WALKER, Superintendent of the Oregon State Hospital, in her individual and official capacity; SEJAL HATHI, Director of the Oregon Health Authority, in her individual and official capacity,<br><br>        Defendants. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>        Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.: 6:22-cv-01460-MO (Member Case) |

I, Alex Van Rysselberghe, declare:

1. I am one of the attorneys for Plaintiffs Legacy Emanuel Hospital & Health Center D/B/A Unity Center for Behavioral Health; Legacy Health System; PeaceHealth; Providence Health & Services – Oregon; And St. Charles Health System. I am over eighteen years of age, and this declaration is based on my personal knowledge.

DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DISABILITY RIGHTS OREGON'S AMICUS BRIEF
PAGE 2

EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, Oregon 97209
Phone: 503.334.6475• Fax: 503.343.6476

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480

127803616.1 0080339-00001

2. Attached as **Exhibit 1** is a true and accurate copy of a memorandum and temporary rule promulgated by OHA amending OAR 309-035-0163 to prioritize aid-and-assist admissions, and de-prioritize civil commitment admissions, in long-term residential treatment facilities and homes.

3. Attached as **Exhibit 2** is a true and accurate copy a transcript of the oral argument that occurred before the Ninth Circuit on May 8, 2024, in the appeal in this case, *Legacy v. Patrick Allen*, Case No. 23-35511. A video recording of the argument is also available at https://www.youtube.com/watch?v=idwUFnMSRLo.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: February 4, 2025.        /s/ *Alex Van Rysselberghe*
                                    Alex Van Rysselberghe

DECLARATION OF ALEX VAN RYSSELBERGHE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DISABILITY RIGHTS OREGON'S AMICUS BRIEF
PAGE 3

**EPSTEIN BECKER & GREEN, P.C.**
1125 NW Couch Street, Suite 500
Portland, Oregon 97209
Phone: 503.334.6475• Fax: 503.343.6476

**STOEL RIVES** LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Phone: 503.224.3380 • Fax: 1.503.220.2480

127803616.1 0080339-00001