**Matthew J. Kalmanson, OSB No. 041280**
Email: mjk@hartwagner.com
**Janet M. Schroer, OSB No. 813645**
Email: jms@hartwagner.com
**Michael R. O'Neil, OSB No. 231715**
Email: mro@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone:  (503) 222-4499
Facsimile:  (503) 222-2301

*Of Attorneys for Proposed Intervenor-Plaintiff National Alliance on Mental Illness*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON and ST. CHARLES HEALTH SYSTEM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>　　　　Defendant. | Case No. 6:22-cv-01460-AN<br><br>**NOTICE OF ASOCIATION OF COUNSEL** |

Notice is hereby given that Michael R. O'Neil of the law firm HART WAGNER, LLP, 1000 SW Broadway, Suite 2000, Portland, Oregon 97205, telephone (503) 222-4499, is

Page 1– **NOTICE OF ASSOCIATION OF COUNSEL**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

associated as counsel for Proposed Intervenor-Plaintiff National Alliance on Mental Illness.

Matthew J. Kalmanson remains as the lead/trial attorney for Proposed Intervenor-Plaintiff National Alliance on Mental Illness.

    DATED this 10th day of March 2025

        HART WAGNER LLP

    By:  */s/ Michael R. O'Neil*
        Matthew J. Kalmanson, OSB No. 041280
        mjk@hartwagner.com
        Janet M. Schroer, OSB No. 813645
        jms@hartwagner.com
        Michael R. O'Neil, OSB No. 231715
        mro@hartwagner.com
        *Of Attorneys for Proposed Intervenor-Plaintiff National Alliance on Mental Illness*

        Trial Attorney: Matthew J. Kalmanson, OSB No. 041280

Page 2– **NOTICE OF ASSOCIATION OF COUNSEL**

**HART WAGNER LLP**
Trial Attorneys
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301