# Preliminary Workplan

PREPARED FOR:    Workgroup on Forensic Behavioral Health
DATE:    December 11, 2024



## Phases

| 2025 Session | | |
|---|---|---|
| | **PHASE 1**<br>December 30, 2024–February 17, 2025 | Subgroups review and recommend consensus items for legislation drafting to workgroup. After each group has had a chance to meet and make recommendations, the larger work group will meet to discuss. |
| | **PHASE 2**<br>February 18, 2025–March 14, 2025 | Final discussions among the larger work group. No small group meetings unless directed by the chair to determine specific issues. Amendment request by March 14. |
| | **PHASE 3**<br>March 14, 2025–April 9, 2025 | Hearing and movement out of first chamber. Additional meetings as needed. |
| 2025 Interim+ | **PHASE 4**<br>June 2025 onward | Continued work group efforts for items that did not resolve in the 2025 session. |

## Goals and Principles

These goals and principles were articulated by workgroup members and should apply to the competency (aid and assist) system, civil commitment, and other forensic populations that may interact with those two components, such as persons under the jurisdiction of the PSRB.

- Clarity and consistency in practices and outcomes across the state
- Modification of outpatient commitment and AOT to avoid escalation and in-patient commitment
- Avoidance of jail as a means of curbing dangerous behavior and accessing services

## Subgroups

- A1: Aid & Assist 2 – OSH Pathways                                           (Custodial)
  - Admission criteria
  - Timelines
  - Recommitment
  - Capacity
  - State hospital evaluations
  - Definition on hospital level of care
- A2: Aid & Assist 1 – Community Restoration & Evaluation          (Community)
  - Statewide bed tracking
  - Evaluation in community
  - Minimum standards for restorations
  - Jail-based restoration
  - Recommitment to state hospital
  - Timelines for restoration
  - Diversion/Deflection
- C1: Civil Commitment 1 – Definitions, Standards, Initiation & Hearing     (Custodial)
  - Definition of mental disorder
  - Threshold for commitment
  - Other definitions
  - Appointment of counsel
  - 14-Day Diversion
  - Hospital Discharge
  - Hold process/NMI/Types
  - Hold criteria
  - Mag holds
- C2: Civil Commitment 2 – Placement, Services, Alternatives          (Community)
  - Diversion/Deflection
  - Early Intervention Services
  - Post-commitment
  - Re-commitment



Declaration of Matthew Greene, Exhibit 3, Page 2 of 4

- o AOT
- o Trial Visits
- o Transportation (sheriffs will need to take it up)
- o Alternatives (declaration for mental health treatment, emergency guardianship, office of public guardian)

## Timeline

WG: Full Workgroup

C1: Subgroup Civil Commitment – Custodial

A1: Subgroup Aid & Assist – Custodial

C2: Subgroup Civil Commitment – Community

A2: Subgroup Aid & Assist – Community

| Week | Meeting | Topic(s) & Tasks | Objectives & Desired Outcomes |
|------|---------|------------------|-------------------------------|
| *12/30* | *C1* | • 14-day diversion<br>• Precommitment hold timelines/hearing timelines | • Agree on whether to extend time period for 14 day intensive treatment (diversion), whether to offer it earlier in process or extend timeline for acceptance<br>• Determine if consensus on extending precommitment hearing timelines, if so, what should it look like |
| *12/30* | *A1* | • Timelines and admission criteria for restoration at OSH | • Determine whether workgroup can adopt consensus of OHA WG on timelines, extensions, and admission to OSH. |
| *1/6* | *C2* | • Avenues for community-services and pre-commitment engagement<br>• Options for jail diversion | • Is there an agreed upon recommendation for providing care and services before commitment is considered?<br>• Look at options for jail diversion/deflection |



| | | | |
|---|---|---|---|
| *1/6* | *A2* | • Standards for CR<br>• Diversion/deflection | • What does it mean to be in CR?  What improvements can be made to make it meaningful?<br>• Is there a process to move a person into a program when competency is questioned to prevent engagement with A&A system? |
| *1/13* | *WG* | • Discuss recommendations from subgroups | • Finalize workplan through March 14 |



Declaration of Matthew Greene, Exhibit 3, Page 4 of 4