## LIST OF EXHIBITS AND WITNESSES

| | |
|---|---|
| **Case No.** | **3:02-cv-00339-AN; 3:21-cv-01637-AN; 6:22-cv-01460-AN** |
| **Title** | **Oregon Advocacy Center et al v. Mink et al;** |
| | |
| **Dates of Hearing/Trial** | 3/12/2025 and 3/13/2025 |
| **Court Reporters** | Bonita Shumway |
| **Deputy Clerk** | Trish Hunt |

**LIST OF WITNESSES**

3:02-cv-00339-AN (Lead)

Case No.                                                                                          Case Name:

| Date | Time | Witness | Called by |
|------|------|---------|-----------|
| 3/12/2025 | 9:04 a.m. to 9:20 | Matters for the Court | |
| | 9:20 to 9:31 | Plaintiffs' opening statements | |
| | 9:31 to 9:34 | Defendants' opening statement | |
| | 9:34 to 10:44 | Direct Witness Dr. Debra A. Pinals | Plaintiff DRO |
| | 10:44 to 10:59 | Break | |
| | 10:59 to 11:37 | Continued direct Witness Dr. Debra A. Pinals | Plaintiff DRO |
| | 11:37 to 11:50 | Continued direct Witness Dr. Debra A. Pinals | Plaintiff MPD |
| | 11:50 to 12:01 | Defendant Cross Witness Dr. Debra A. Pinals Exhibit 1 (R), Exhibit 4 (R), Defendants' Exhibit 6 (R), end cross | Defendants |
| | 12:01 to 12:07 | Plaintiffs' Redirect Witness Dr. Debra A. Pinals | Plaintiff DRO |
| | 12:08 to 12:09 | State Defendants' Oral motion | Defendants |
| | 12:09 to 12:15 | Plaintiff's oral response.  (Exhibits A, B, and C - Received) | Plaintiff DRO |
| | 12:15 to 12:18 | Matters for the Court | |
| | 12:18 to 1:30 | Break | |
| | 1:30 to 1:33 | Matters for the Court | |
| | 1:33 to 2:04 | Direct Witness Dr. Sara Walker Exhibit 2 (R), Exhibit 5 (R), Exhibit 7 (R) | Defendants |
| | 2:04 to 2:39 | Cross Witness Dr. Sara Walker Exhibit E (R), Exhibit F (R) | Plaintiff DRO |
| | 2:39 to 3:27 | Direct Witness Director Ebony Clarke, Exhibit 8 (R) | Defendants |
| | 3:27 to 3:55 | Cross Witness Director Ebony Clarke | |
| | 3:55 to 3:58 | MPD cross Witness Director Ebony Clarke | Plaintiff MPD |
| | 3:58 to 3:59 | Defendant redirect Witness Director Ebony Clarke | |
| | 3:59 to 4:13 | Break | Defendants |
| | 4:13 to 4:19 | Direct Witness Dr. Sejal Hathi | Defendants |
| | 4:19 to 4:26 | Cross Witness Dr. Sejal Hathi | |
| | 4:26 p.m. | Parties rest. Court in recess. | |
| 3/13/2025 | 10:04 to 10:30 | Plaintiff closing statement | |
| | 10:30 to 10:44 | Plaintiff Metropolitan Public Defendant's closing statement | |
| | 10:44 to 11:09 | Defendants' closing statement | |
| | 11:09 to 11:33 | Closing statement by:  Amici Legacy Emanuel Hospital & Health Center, Legacy Healthy Systems, PeaceHealth, Providence Health & Services – Oregon, St. Charles Health System, Inc. | Amici Hospitals |
| | 11:33 to 11:39 | Plaintiff Metropolitan Public Defendant's continued closing statement | |
| 3/13/2025 | 11:39 to 11:47 | Plaintiff final closing statement | |

**LIST OF WITNESSES**

**3:02-cv-00339-AN (Lead)**

Case No.                                                                     Case Name:

| Date | Time | Witness | Called by |
|------|------|---------|-----------|
| 3/13/2025 | 11:47 to 11:50 a.m. | Matters for the Court | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |