# OSH/PSRB Conditional Release Dashboard
## February 2025

## Current Patients at OSH in the Conditional Release Process and Evaluation/Hearing Decisions (as of March 1, 2025)

| Conditional Release Process Stage | Count |
|---|---|
| Meets criteria to start the conditional release process, pending order for community evaluation | 3 |
| Evaluation ordered, pending written evaluation result & plan from community | 18 |
| Evaluation result & plan received, pending hearing request | 2 |
| Hearing requested, pending hearing & result | 4 |
| Conditional release granted, pending conditional release from OSH | 21 |
| **Total patients currently in the conditional release process** | **48** |

| Conditional Release Granted / Pending Release Reason | Count |
|---|---|
| Waiting for bed (SRTF) | 9 |
| Waiting for bed (RTF/RTH) | 12 |
| Waiting for bed (AFH, DOC, Independent, Other) | 0 |
| Other | 0 |
| **Total patients granted conditional release, pending conditional release** | **21** |

Percent of completed community evaluations where the patient is deemed appropriate for placement and accepted

| | |
|---|---|
| February 2025 | 100% (4/4) |
| Since January 2023 | 94.5% (137/145) |

Percent of PSRB hearings where the patient is granted conditional release from OSH

| | |
|---|---|
| February 2025 | 100% (9/9) |
| Since January 2023 | 95.3% (121/127) |

## Percent of Patients Who Complete Each Stage Within the Expected Timeframe

*Please Note: the expected timeframes have been updated effective March 3, 2025, and are reflected in the conditional release process map on page 2. The timeframes shown in the graphs below are based on the previous expectations and will be updated in future versions of the dashboard.*


Meets criteria to start the conditional release process to order submitted for eval (expectation - 30 days) — 66.9%


Evaluation ordered to received written evaluation result and plan (expectation - 60 days) — 47.5%


Evaluation result and plan received to hearing request submitted (expectation - 7 days) — 77.4%


Hearing request submitted to hearing result received (expectation - 60 days) — 92.3%


Conditional release granted to conditional release (expectation - 14 days) — 49.5%


Full process - meets criteria to conditional release (expectation - 171 days) — 44.9%

OAC v. MINK
3:02-cv-00339-AN
DRO EX. F


# Conditional Release Process Map



# GLOSSARY

**Conditional Release:** the circumstance in which a patient is permitted to leave the hospital and live in the community under the jurisdiction of the Psychiatric Security Review Board (PSRB). The designated PSRB CMHP assumes supervision of the patient in accordance with the specified conditions, including placement, treatment, reporting responsibilities, and other special conditions as are in the best interests of justice, the protection of society and the welfare of the person (ORS 161.336(1) and OAR 859-070-0015).

**(Hospital Request for) Conditional Release Hearing:** A hearing scheduled by the PSRB to find whether a person can be adequately supervised in the community, with treatment as a condition of release.

**Conditional Release Readiness (CRR):** designation by the internal OSH risk review process that a patient has stabilized with treatment; authorizes the patient's treatment team to submit a request to PSRB to order a residential placement evaluation.

**PSRB County Mental Health Program (CMHP):** A local mental health program designated by the PSRB and subject to contractual requirements to conduct community evaluations, develop conditional release requirements, operate conditional release programs, implement conditions of release, report progress and compliance to the PSRB, and provide PSRB with jurisdictional opinions.

**Residential Placement Evaluation:** An assessment ordered by the PSRB and conducted by a Qualified Mental Health Professional (QMHP) from a Community Mental Health Program (CMHP) in accordance with OAR 309-019-0160. The evaluation determines whether the person can be appropriately managed in the community with the necessary treatment and supervision.

**Residential Placement Options:**
- Secure Residential Treatment Facility (SRTF): A level of care at which a person resides in a licensed residential treatment facility that is approved to restrict an individual's exit from the facility.
- Residential Treatment Home (RTH): A level of care at which a person resides in a licensed residential facility that provided 24-hour services for up to 5 individuals.
- Residential Treatment Facility (RTF): A level of care at which a person resides in a licensed residential facility that provides 24-hour services for 6 – 16 individuals.
- Adult Foster Home (AFH): A level of care at which a person resides in a licensed single-family residence that provides care in a home-like setting for up to 5 individuals.
- DOC: Department of Corrections
- Independent: A level of care at which a person resides on their own with limited services and supports outside of the home.
- Semi-Independent – A level of care at which a person independently or in shared living space with limited, on-site services and supports.
- Intensive Case Management (ICM): A level of care at which a person resides in their own housing and which the program provides community-based case management and support services appropriate to the person's risk and clinical needs.

**Summary of Conditional Release Plan ("Plan"):** The "verified plan" required under ORS 161.341(1), which stems from the recommendations made in the community evaluation conducted by the Qualified Mental Health Professional (QMHP). The plan includes the proposed placement and conditions for the person's conditional release and accompanies the community evaluation.

**Treatment Team:** interdisciplinary treatment team at OSH, comprised of specialists in psychiatry, psychology, social work, nursing, and other clinicians.