# A&A Orders and Percent Change since 2013

| Year | Orders per Month | Percent Change |
|---|---|---|
| 2012 | 30.5 | |
| 2013 | 35.7 | 16.9% |
| 2014 | 38.4 | 7.7% |
| 2015 | 45.3 | 17.8% |
| 2016 | 51.9 | 14.7% |
| 2017 | 50.8 | -2.1% |
| 2018 | 60.8 | 19.5% |
| 2019 | 56.8 | -6.6% |
| 2020 | 54.4 | -4.1% |
| 2021 | 72.0 | 32.3% |
| 2022 | 79.3 | 10.1% |
| 2023 | 94.9 | 19.8% |
| 2024 | 97.4 | 2.6% |

# A&A Orders and Percent Change since 2013



