Oregon State Hospital

**Office of the Superintendent**

Tina Kotek, Governor



OREGON HEALTH AUTHORITY

[date], 2025

## Request for Oregon State Hospital Expedited Consultation/Admission
## PATIENTS ON THE OSH ADMISSION LIST UNDER FORENSIC COMMITMENTS

### Purpose of this document:

This document sets forth protocols and processes for referral for expedited consultation and possible early admission of individuals under a forensic commitment awaiting admission to Oregon State Hospital from local jails. OSH and OHA are working with community partners to increase timely access to OSH. To achieve equitable efficiencies and maximum timeliness for all admissions, only in very limited circumstances would an expedited admission be approved.

### Role of OSH for forensic patients:

OSH has a role in caring for individuals sent via courts who are either in need of restoration to competence to stand trial, are found Guilty Except for Insanity, or are committed under an Extremely Dangerous Persons civil commitment and are found to warrant care and treatment at OSH. These legal categories (A/A, GEI and EDP) are referred to as "forensic" as they involve criminal court processes. OSH treatment providers have substantial expertise in the treatment of people with severe and persistent mental illness and can provide helpful informal consultation by telephone regarding the management of individuals waiting for OSH admission.

### Protocol:

**Individuals eligible to request expedited clinical or systems consultation/admission:**
Courts, jail personnel, the individual's assigned defense attorney(s), case prosecutor(s), or anyone who, in their professional capacity, has concerns about the mental health condition of individuals in the categories listed below.

2600 Center St. NE, Salem, OR, 97301 | Voice: 503-945-8962 | Fax: 503-947-2900
All relay calls accepted | osh.oregon.gov

**Individuals eligible for expedited consultation/admission:**

An individual being held in custody and ordered by a court to be committed to OSH and placed on the OSH admission list, and who is forensically committed pursuant to any of the following statutes:

- ORS 161.370: order for restoration of fitness to proceed;
- ORS 161.365: order for admission for up to 30 days of observation as initiated by OSH;
- ORS 161.327 or ORS 161.328: An individual found guilty except for insanity (GEI); or
- ORS 426.701: An individual judicially committed as an extremely dangerous person with mental illness.

**Qualifying Criteria for Expedited Admission:**

Individuals may be considered for expedited consultation/admission if they are currently at serious risk of harm to self, specifically where:

- There have been instances of severe self-harm such as suicide attempts, significant self-inflicted injury, or refusal based on psychiatric reasons of medical interventions necessary to prevent death, disability, or severe pain; OR

- Such harm would have occurred but for the timely intervention of staff. A single extremely severe event may meet criteria, or multiple significant but less catastrophic events may also meet criteria; OR

- They are unable, due to an apparent psychiatric condition, to meet their own basic nutritional needs such that their *immediate* health and safety are at risk.

**The individual must also remain at ongoing high risk to themselves due to mental illness or other serious mental disorder despite best efforts of jail staff and available providers.**

**Eligibility Evidenced by Documentation:**

Documentation demonstrating that, due to symptoms of mental illness or other serious mental disorder, *at least two* of the following are present:

2600 Center St. NE, Salem, OR, 97301 | Voice: 503-945-8962 | Fax: 503-947-2900
All relay calls accepted | osh.oregon.gov

1. The individual has engaged in behavior resulting in significant risk of harm to self or actual harm or injury to self;
2. The individual is experiencing significant medical issues related to their mental illness (such as dehydration due to catatonia, or pressure sores from laying immobile for extended periods of time);
3. The individual is refusing medical care that would prevent death, disability, or severe pain to the person (e.g., evaluation and treatment of fracture or other serious injury, antibiotics, IV fluids, etc.) or, if a pregnant person, to the fetus;
4. The individual has required special treatment to minimize self-harm (e.g. placing individual in a dry cell, suicide smock, etc.);
5. The individual is not maintaining adequate nutrition and/or hydration (e.g. observed weight loss, decreased urination, dry and/or cracked skin, beverages and food trays repeatedly untouched, etc.).

**Disqualifying Criteria for Expedited Admission:** An individual who meets the eligibility criteria above but who has *an active medical condition that requires stabilization at a primary medical center* is not eligible for admission to OSH. Once medical stabilization at a primary medical center has occurred, if the individual still meets expedited criteria for admission to OSH, a request for consultation is encouraged before expedited admission can be considered. Consultation is also available while the individual is being stabilized medically to ensure timely transport and admission.

### Process:

There are 2 processes for referrals for expedited admission: 1) Rapid Response Consultation/Admission and 2) Expedited Consultation/Admission.

**A request for expedited admission is not meant to replace medical treatment of adults in custody and services that are currently required within jail facilities, including emergency medical care. In an emergency, it is the jail's responsibility to treat the individual at the local site and transport the individual for emergency medical care at a local community/acute care hospital as needed.**

**Rapid Response Consultation/Admission:** A telephone consultation is encouraged if there is an urgent health and safety risk which meets the above criteria AND may require OSH

2600 Center St. NE, Salem, OR, 97301 | Voice: 503-945-8962 | Fax: 503-947-2900
All relay calls accepted | osh.oregon.gov

Defendants' Exhibit 6, Page 3 of 5

admission within two (2) business days, possibly following emergency stabilization at a primary medical center local to the jail.

1. **Referring party must contact the OSH Admissions Department at 503-945-9265 (phone) with follow-up documentation to OSH.Admissions@odhsoha.oregon.gov (email).**

2. Telephone consultation only, though OSH may contact the jail for additional documentation, as described below.

3. OSH response occurs within one (1) business day.

4. If further assessment of the individual is needed before a determination can be made, OSH will work with jail personnel or, if appropriate, with OHA (who will engage community mental health providers) to conduct such an assessment.

**Expedited Consultation/Admission:** A consultation and/or referral for expedited admission is encouraged when there is a health and safety risk which meets the above criteria but is *not* likely to require OSH admission within two (2) business days.

1. **Written referrals must be sent to the OSH Admissions Department at OSH.Admissions@odhsoha.oregon.gov (email)** and include the following:

    a. a written explanation of
        - the clinical concerns that require more immediate attention and, specifically, require expedited admission; and
        - a description of interventions and supports that have already been implemented or attempted; and

    b. additional documentation provided by the jail, which may include but is not limited to:
        - documentation of medical assessment and treatment provided at the jail, emergency department, or other medical provider
        - medication administration record
        - food/fluid consumption log
        - incident reports regarding the individual's behavior

2. OSH response occurs within two (2) business days.

2600 Center St. NE, Salem, OR, 97301 | Voice: 503-945-8962 | Fax: 503-947-2900
All relay calls accepted | osh.oregon.gov

3. **If a telephone consult is preferred, contact the OSH Admissions Department at 503-945-9265.**

4. OSH may also contact the jail to request additional documentation.

**Requests for consultation/expedited admission will be reviewed by the Chief Medical Officer or designee during business hours (0800-1700) Monday through Friday.**

The reviewer may contact the submitting jail or referral source to arrange consult by phone or video if additional information is needed.

Within one (1) business day of receiving all necessary information, the CMO or designee will communicate back to the referring party related to consultation/admission considerations.

**Admissions Department contact information:**
Phone: 503-945-9265
FAX: 503-945-9839
Email: OSH.Admissions@odhsoha.oregon.gov

**Hours of operation:**
Monday through Friday
8:00 AM to 5:00 PM



2600 Center St. NE, Salem, OR, 97301 | Voice: 503-945-8962 | Fax: 503-947-2900
All relay calls accepted | osh.oregon.gov