## OSH Data from 2021 to Present Regarding Admissions Under Expedited Admissions Policies

**2021**

| Total= 24 | Approved | Denied |
|---|---|---|
| .370 = 8 | 1 | 7 |
| .365= 1 | 0 | 1 |
| GEI= 4 | 1 | 3 |
| Civil= 11 | 4 | 7 |

**2022**

| Total= 66 | Approved | Denied |
|---|---|---|
| .370 = 46 | 20 | 26 |
| .365 = 2 | 1 | 1 |
| GEI= 1 | 1 | 0 |
| Civil= 17 | 7 | 10 |

**2023**

| Total = 45 | Approved | Denied |
|---|---|---|
| .370 = 19 | 9 | 10 |
| .365 = 0 | 0 | 0 |
| GEI= 1 | 0 | 1 |
| Civil = 25 | 15 | 10 |

**2024**

| Total = 91 | Approved | Denied |
|---|---|---|
| .370 = 31 | 18 | 13 |
| .365 = 0 | 0 | 0 |
| GEI= 0 | 0 | 0 |
| Civil= 60 | 35 | 25 |

**2025**

| Total= 17 | Approved | Denied |
|---|---|---|
| .370 = 4 | 3 | 1 |
| Civil = 13 | 6 | 8 |