

## Behavioral Health Division

Senate Bill 5525 (2023) Budget Note Supplemental Report – February 2025

# Oregon Health Authority Behavioral Health Residential Facility Investment Update - Supplemental Report (2/26/25)

Report to the Oregon State Legislature in satisfaction of SB 5525 (2023 Regular Session)

As a supplement to the Behavioral Health Residential Facility Investment Report submitted January 29, 2025, OHA has added additional information to better highlight the impact of the funding described in the earlier report and progress towards goals from the OHA Behavioral Health Residential + Facility Study (Residential + Study) completed by PCG in June 2024.

The goal is to clearly show added bed capacity by trauma system area (TSA) as a result of multiple funding streams, as well as additional capacity that will be added once construction is completed.

This supplement uses the same focus and geographic schema as the Residential + Study. As a result, much of the impact demonstrated focuses on licensed residential settings. However, the funds under consideration also purchased non-licensed housing settings such as recovery and supportive housing. OHA does not have specific goals for capacity in those categories, so the information is not presented as progress towards a specific goal but is listed by TSA in appendix B of this supplement.

## Trauma Service Areas

The following diagrams illustrate the locations of the TSAs.



**Area 1 – Portland / North Coast**
Clackamas County; Clatsop County; Columbia County; Multnomah County; Tillamook County (except zip codes 97122, 97149 and 97368); Washington County; and Yamhill County (zip codes 97115, 97119, 97123, 97132, 97140 and 97148 only)



**Area 2 – Mid-Willamette Valley / North-Central Coast**
Benton County; Lincoln County; Linn County; Polk County; Marion County; Tillamook County (zip codes 97122, 97149 and 97368 only); and Yamhill County (except zip codes 97115, 97119, 97123, 97132, 97140 and 97148)




**Area 3 – South Willamette Valley / South-Central Coast**
Coos County; Curry County (zip codes 97450, 97465, and 97476 only);
Douglas County; and Lane County;



**Area 5 – Southern Oregon / South Coast**
Curry County (except zip codes 97450, 97465 and 97476); Jackson County;
and Josephine County



**Area 6 – Columbia Gorge**
Gilliam County; Hood River County; Sherman County; and Wasco County
(except zip codes 97001, 97057 and 97761)



**Area 7 –Central Oregon**
Crook County; Deschutes County; Grant County; Harney County; Jefferson
County; Klamath County; Lake County; Wasco County (zip codes 97001,
97057 and 97761 only); and Wheeler County

**Area 9 – Eastern Oregon**
Baker County, Malheur County, Morrow County; Umatilla County; Union
County; and Wallowa County

# Behavioral Health Facility Investments

At this point in time, OHA has seen considerable growth in capacity across all licensed facility types. The chart below shows the number of confirmed beds with known and anticipated occupancy dates. The solid line represents beds that have come online through the first quarter of 2025. The dashed line shows expected capacity through the fourth quarter of 2026, based on expected completion dates of funded projects.

Grants distributed to date will result in 538 additional beds across Oregon by December 2026.
*This chart shows licensed facilities only (MH Res, Secure Res, SUD Treatment, and Withdrawal Treatment)*



To provide more detail, the charts below break each residential facility type into:

- **Baseline capacity:** Number of beds available to the public **before** any grant funding was distributed
- **Added capacity:** Number of added beds **available to use** before 1/28/2025 **because of grant funding.**
- **In development:** Number of beds **not yet available** to the public as of 1/28/2025 but will be available in the future because of grant funding.
- **Progress towards goal:** The total for the first three bullets as a percentage of the final goal capacity based on estimates from the PCG Res+ Study from June 2024.
- **Funds distributed:** Estimated dollars across all funding sources spent on specific facility type.

Much of the development documented in this report was done prior to the Res + study publication. In some cases, this created misalignment in investments, so we have overshoot capacity need for treatment homes and facilities, while undershooting secure facilities. Moving forward the Res+ report and community engagement will focus investments to fill in capacity in documented gaps.

## Mental Health Residential Treatment Facilities/Homes

Residential treatment facilities (RTF) and residential treatment homes (RTF and RTH) are two different facility types mainly differentiated in size. RTHs include 1-5 beds, while RTFs include 6-16 beds. Neither locked facilities. The progress towards the goal clearly demonstrates that the state is close to satisfying capacity needs. I. TSA 3 is the only area requiring additional beds.



| Statewide totals: | Baseline | Added capacity | In development | Progress toward goal | Funds distributed |
|---|---|---|---|---|---|
| | 810 | 232 | 283 | 117% | $89.9 million |

## Secure Residential Treatment Facilities

Secure Residential Facilities (SRTF) are locked facilities with up to 16 beds with more intensive service requirements than RTFs and RTHs. OHA is further away from its goal for this facility type and the demand is increasing enough that the goal may need to be revised.



| Statewide totals: | Baseline | Added capacity | In development | Progress toward goal | Funds distributed |
|---|---|---|---|---|---|
| | 510 | 51 | 58 | 94% | $24.9 million |

## Substance Use Disorder Treatment Facilities

Substance use disorder (SUD) treatment facilities show the greatest amount of need across the state, however some of the funds will bring additional facilities online in TSA 1 and 5. No other facilities have been added or are in development at this time.



| Statewide totals: | Baseline | Added capacity | In development | Progress toward goal | Funds distributed |
|---|---|---|---|---|---|
| | **1,374** | **0** | **144** | **40%** | **$26.8** million |

## Withdrawal Treatment Facilities

Similar to SUD treatment facilities, the state is in great need of withdrawal management facilities. To this point no additional beds have been added, however 36 are in development.



| Statewide totals: | Baseline | Added capacity | In development | Progress toward goal | Funds distributed |
|---|---|---|---|---|---|
| | **301** | **0** | **36** | **38%** | **$5.0** million |

# Summary of Progress toward meeting goals, by Area

*Progress is measured as baseline + current facilities + in development*

### Area 1 – Portland Metro and North Coast



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 76% |
| SUD Residential | 42% |
| Withdrawal Management | 33% |

### Area 2 – North Willamette Valley and North Coast



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 86% |
| SUD Residential | 19% |
| Withdrawal Management | 29% |



### Area 3 – Central Willamette Valley and Central Coast



| | |
|---|---|
| Mental Health Residential | 76% |
| Secure Residential Treatment | 73% |
| SUD Residential | 39% |
| Withdrawal Management | 41% |

### Area 5 – South Willamette Valley and South Coast



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 82% |
| SUD Residential | 47% |
| Withdrawal Management | 56% |

### Area 6 – Columbia Gorge



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 100% |
| SUD Residential | 0% |
| Withdrawal Management | 0% |

### Area 7 – Central and South-Central Oregon



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 43% |
| SUD Residential | 40% |
| Withdrawal Management | 63% |

### Area 9 – Eastern Oregon



| | |
|---|---|
| Mental Health Residential | 100% |
| Secure Residential Treatment | 100% |
| SUD Residential | 66% |
| Withdrawal Management | 41% |

# Projected Facilities per 1,000 residents

Projected facilities (baseline, added capacity, and in-development) per 1,000 residents

## Mental Health Residential

☐ 0.0     ☐ 0.1-0.9     ▨ 1.0-1.9     ▨ 2.0-2.9     ▨ 3.0-3.9     ■ 4.0-4.9



## Secure Residential

☐ 0.0     ▨ 0.1-0.9     ■ 1.0-1.9



## SUD Residential



## Withdrawal Management



# Appendix A: County Tables

The following pages show baseline, added capacity, and facilities in development by county. The tables also show baseline and projected rates, which are rates per 1,000 residents. "Projected rate" is based on 1) added capacity and 2) facilities in development as of 1/28/2025. This provides details of the data shown in the supplement.

Counties are grouped by Treatment Service Areas (TSAs). **Totals may differ slightly from TSA totals shown in the bar charts earlier in this report** because TSAs are based on ZIP code and do not always follow county boundaries.

Mental Health Residential Facilities, by County

| TSA | County | Baseline | Added capacity | In development | Baseline rate | Projected rate |
|---|---|---|---|---|---|---|
| Area 1 | Clackamas | 68 | 16 | 56 | 0.2 | 0.3 |
| | Clatsop | 16 | - | - | 0.4 | 0.4 |
| | Columbia | 25 | - | - | 0.5 | 0.5 |
| | Multnomah | 243 | 64 | 28 | 0.3 | 0.4 |
| | Tillamook | - | - | - | - | - |
| | Washington | 67 | 20 | 20 | 0.1 | 0.2 |
| | Total | 419 | 100 | 104 | 0.2 | 0.3 |
| Area 2 | Benton | 21 | - | 12 | 0.2 | 0.3 |
| | Lincoln | 4 | - | 16 | 0.1 | 0.4 |
| | Linn | 24 | - | - | 0.2 | 0.2 |
| | Marion | 54 | 27 | 48 | 0.2 | 0.4 |
| | Polk | 21 | 5 | - | 0.2 | 0.3 |
| | Yamhill | 16 | - | - | 0.1 | 0.1 |
| | Total | 140 | 32 | 76 | 0.2 | 0.3 |
| Area 3 | Coos | 11 | - | - | 0.2 | 0.2 |
| | Douglas | - | - | - | - | - |
| | Lane | 73 | 26 | 17 | 0.2 | 0.3 |
| | Total | 84 | 26 | 17 | 0.2 | 0.2 |
| Area 5 | Curry | 13 | - | - | 0.6 | 0.6 |
| | Jackson | 10 | 38 | - | - | 0.2 |
| | Josephine | 15 | - | - | 0.2 | 0.2 |
| | Total | 38 | 38 | 0 | 0.1 | 0.2 |
| Area 6 | Gilliam | - | - | - | - | - |
| | Hood River | - | - | - | - | - |
| | Sherman | - | - | - | - | - |
| | Wasco | - | - | 24 | 0.0 | 0.9 |
| | Total | 0 | 0 | 24 | 0.0 | 0.4 |
| Area 7 | Crook | - | - | - | - | - |
| | Deschutes | 20 | 16 | 16 | 0.1 | 0.2 |
| | Grant | - | - | - | - | - |
| | Harney | 10 | - | 2.0 | 1.3 | 1.6 |
| | Jefferson | - | - | - | - | - |
| | Klamath | 36 | - | 16 | 0.5 | 0.7 |
| | Lake | - | - | - | - | - |
| | Wheeler | - | - | - | - | - |
| | Total | 66 | 16 | 34 | 0.2 | 0.3 |
| Area 9 | Baker | - | - | 8 | 0.3 | 0.8 |
| | Malheur | - | 20 | 20 | - | 1.3 |
| | Morrow | 12 | - | - | 0.9 | 0.9 |
| | Umatilla | 15 | - | - | 0.2 | 0.2 |
| | Union | - | - | - | - | - |
| | Wallowa | 31 | - | - | 4.1 | 4.1 |

| | Total | 63 | 20 | 28 | 0.4 | 0.6 |

Secure Residential Treatment Facilities, by County

| TSA | County | Baseline | Added capacity | In development | Baseline rate | Projected rate |
|---|---|---|---|---|---|---|
| Area 1 | Clackamas | 28 | - | - | 0.1 | 0.1 |
| | Clatsop | - | - | - | - | - |
| | Columbia | - | - | - | - | - |
| | Multnomah | 99 | 14 | 26 | 0.1 | 0.2 |
| | Tillamook | - | - | - | - | - |
| | Washington | - | - | - | - | - |
| | Total | 127 | 14 | 26 | 0.1 | 0.1 |
| Area 2 | Benton | - | - | - | - | - |
| | Lincoln | - | - | - | - | - |
| | Linn | - | - | - | - | - |
| | Marion | 106 | - | 16 | 0.3 | 0.4 |
| | Polk | - | - | - | - | - |
| | Yamhill | - | - | - | - | - |
| | Total | 106 | 0 | 16 | 0.1 | 0.1 |
| Area 3 | Coos | - | - | - | - | - |
| | Douglas | - | - | - | - | - |
| | Lane | 115 | - | - | 0.3 | 0.3 |
| | Total | 115 | 0 | 0 | 0.2 | 0.2 |
| Area 5 | Curry | - | - | - | - | - |
| | Jackson | 46 | - | - | 0.2 | 0.2 |
| | Josephine | 26 | - | - | 0.3 | 0.3 |
| | Total | 72 | 0 | 0 | 0.2 | 0.2 |
| Area 6 | Gilliam | - | - | - | - | - |
| | Hood River | - | - | - | - | - |
| | Sherman | - | - | - | - | - |
| | Wasco | - | 16 | 16 | - | 1.2 |
| | Total | 0 | 16 | 0 | 0.0 | 0.3 |
| Area 7 | Crook | - | - | - | - | - |
| | Deschutes | 16 | - | - | 0.1 | 0.1 |
| | Grant | 13 | - | - | 1.8 | 1.8 |
| | Harney | - | - | - | - | - |
| | Jefferson | - | - | - | - | - |
| | Klamath | 19 | - | - | 0.3 | 0.3 |
| | Lake | - | - | - | - | - |
| | Wheeler | - | - | - | - | - |
| | Total | 48 | 0 | 0 | 0.1 | 0.1 |
| Area 9 | Baker | - | - | - | - | - |
| | Malheur | - | - | - | - | - |
| | Morrow | 10 | - | - | 0.8 | 0.8 |
| | Umatilla | 32 | 21 | - | 0.4 | 0.7 |
| | Union | - | - | - | - | - |

| | Wallowa | - | - | | - | - |
| | Total | 42 | 21 | 0 | 0.4 | 0.7 |

Substance Use Disorder (SUD) Treatment Facilities, by County

| TSA | County | Baseline | Added capacity | In development | Baseline rate | Projected rate |
|-----|--------|----------|----------------|---------------|---------------|----------------|
| Area 1 | Clackamas | - | - | - | - | - |
| | Clatsop | 47 | - | - | 1.1 | 1.1 |
| | Columbia | 16 | - | - | 0.3 | 0.3 |
| | Multnomah | 457 | - | 120 | 0.6 | 0.7 |
| | Tillamook | - | - | - | - | - |
| | Washington | 33 | - | - | 0.1 | 0.1 |
| | Total | 553 | 0 | 120 | 0.4 | 0.4 |
| Area 2 | Benton | 45 | - | - | 0.5 | 0.5 |
| | Lincoln | - | - | - | - | - |
| | Linn | 16 | - | - | 0.1 | 0.1 |
| | Marion | 39 | - | - | 0.1 | 0.1 |
| | Polk | - | - | - | - | - |
| | Yamhill | 86 | - | - | 0.8 | 0.8 |
| | Total | 186 | 0 | 0 | 0.3 | 0.3 |
| Area 3 | Coos | - | - | - | - | - |
| | Douglas | 22 | - | - | 0.2 | 0.2 |
| | Lane | 180 | - | - | 0.5 | 0.5 |
| | Total | 202 | 0 | 0 | 0.4 | 0.4 |
| Area 5 | Curry | - | - | - | - | - |
| | Jackson | 97 | - | 24 | 0.4 | 0.5 |
| | Josephine | 19 | - | - | 0.2 | 0.2 |
| | Total | 116 | 0 | 24 | 0.4 | 0.5 |
| Area 6 | Gilliam | - | - | - | - | - |
| | Hood River | - | - | - | - | - |
| | Sherman | - | - | - | - | - |
| | Wasco | - | - | - | - | - |
| | Total | 0 | 0 | 0 | 0.0 | 0.0 |
| Area 7 | Crook | 24 | - | - | 0.9 | 0.9 |
| | Deschutes | 25 | - | - | 0.1 | 0.1 |
| | Grant | - | - | - | - | - |
| | Harney | - | - | - | - | - |
| | Jefferson | 13 | - | - | 0.5 | 0.5 |
| | Klamath | 65 | - | - | 0.9 | 0.9 |
| | Lake | - | - | - | - | - |
| | Wheeler | - | - | - | - | - |
| | Total | 127 | 0 | 0 | 0.4 | 0.4 |
| Area 9 | Baker | 64 | - | - | 3.8 | 3.8 |
| | Malheur | 60 | - | - | 1.9 | 1.9 |
| | Morrow | - | - | - | - | - |
| | Umatilla | 66 | - | - | 0.8 | 0.8 |

| | | Baseline | | |
|---|---|---|---|---|
| | Union | - | - | - | - | - |
| | Wallowa | - | - | - | - | - |
| | Total | 190 | 0 | 0 | 1.5 | 1.5 |

Withdrawal Management Facilities, by County

| TSA | County | Baseline | Added capacity | In development | Baseline rate | Projected rate |
|---|---|---|---|---|---|---|
| | Clackamas | 11 | - | - | 0.0 | 0.0 |
| | Clatsop | 11 | - | - | 0.3 | 0.3 |
| | Columbia | - | - | - | - | - |
| Area 1 | Multnomah | 84 | - | - | 0.1 | 0.1 |
| | Tillamook | - | - | - | - | - |
| | Washington | 20 | - | - | 0.0 | 0.0 |
| | Total | 126 | 0 | 0 | 0.1 | 0.1 |
| | Benton | - | - | - | - | - |
| | Lincoln | 16 | - | - | 0.3 | 0.3 |
| | Linn | - | - | - | - | - |
| Area 2 | Marion | 27 | - | - | 0.1 | 0.1 |
| | Polk | - | - | - | - | - |
| | Yamhill | 13 | - | - | 0.1 | 0.1 |
| | Total | 56 | 0 | 0 | 0.1 | 0.1 |
| | Coos | - | - | - | - | - |
| Area 3 | Douglas | 11 | - | - | 0.1 | 0.1 |
| | Lane | 44 | - | - | 0.1 | 0.1 |
| | Total | 55 | 0 | 0 | 0.1 | 0.1 |
| | Curry | - | - | - | - | - |
| Area 5 | Jackson | 12 | - | - | 0.1 | 0.1 |
| | Josephine | - | - | - | - | - |
| | Total | 12 | 0 | 0 | 0.0 | 0.0 |
| | Gilliam | - | - | - | - | - |
| | Hood River | - | - | - | - | - |
| Area 6 | Sherman | - | - | - | - | - |
| | Wasco | - | - | - | - | - |
| | Total | 0 | 0 | 0 | 0.0 | 0.0 |
| | Crook | - | - | - | - | - |
| | Deschutes | 20 | - | - | 0.1 | 0.1 |
| | Grant | - | - | - | - | - |
| | Harney | - | - | - | - | - |
| Area 7 | Jefferson | - | - | - | - | - |
| | Klamath | 16 | - | - | 0.2 | 0.2 |
| | Lake | - | - | - | - | - |
| | Wheeler | - | - | - | - | - |
| | Total | 36 | 0 | 0 | 0.1 | 0.1 |
| | Baker | 4 | - | - | 0.2 | 0.2 |
| Area 9 | Malheur | - | - | - | - | - |
| | Morrow | - | - | - | - | - |

| | | | | | |
|---|---|---|---|---|---|
| Umatilla | 12 | - | - | 0.1 | 0.1 |
| Union | - | - | - | - | - |
| Wallowa | - | - | - | - | - |
| Total | 16 | 0 | 0 | 0.1 | 0.1 |

# Appendix B: Other Investments in non-Licensed Housing, such as recovery and transitions housing, by Area

## Area 1

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|---|---|---|---|---|---|---|
| Clackamas | TBD | Bridges to Change, Inc. | | | $1,555,275 | |
| Clackamas | Crisis Center & Shelter | Clackamas County | | | $4,000,000 | 10/1/2025 |
| Clackamas | Operations/Administrative/Other Costs | Clackamas County Behavioral Health Division | | | $1,514,282 | |
| Clackamas | Recovery Housing | Clackamas County Behavioral Health Division | 6 | | $895,000 | 6/1/2024 |
| Clackamas | Transitional Housing | Clackamas County Behavioral Health Division | 25 | | $2,295,555 | |
| Clackamas | Recovery Housing | Free on the Outside, Inc. | 10 | | $720,000 | 2/1/2025 |
| Clackamas | Drop-in Center | Iron Tribe Network | | | $1,200,000 | |
| Clackamas | Recovery Housing | Transcending Hope for Above and Beyond | 10 | | $350,000 | 2/1/2025 |
| Clatsop | Supportive Housing | Clatsop Behavioral Healthcare | | 9 | $2,700,000 | 6/15/2025 |
| Clatsop | Withdrawal Management Residential Treatment | Clatsop Behavioral Healthcare | | | $500,000 | |
| Clatsop | Operations/Administrative/Other Costs | Clatsop County Behavioral Healthcare | | | $575,000 | |
| Clatsop | Supportive Housing | Clatsop County Behavioral Healthcare | | 2 | $78,925 | |
| Clatsop | Supportive Housing | Clatsop County Behavioral Healthcare | | | $1,700,000 | 10/1/2025 |
| Clatsop | Supportive Housing | Restoration House, Inc. | | 10 | $1,489,088 | 12/31/2025 |
| Columbia | Crisis Center Withdrawal Management | Columbia Community Mental Health | 10 | | $4,400,000 | 12/11/2026 |
| Columbia | TBD | Columbia Community Mental Health | | | $1,262,064 | |
| Columbia | Transitional Housing | Columbia Community Mental Health | 16 | | $1,262,064 | 8/1/2027 |
| Columbia | Recovery Housing | Iron Tribe Network | 6 | | $750,000 | 8/15/2024 |
| Multnomah | Adolescent SUD Treatment Facility | 4D Recovery Center | | | $4,000,000 | |
| Multnomah | Recovery Housing | 4D Recovery, Inc. | 14 | | $1,400,000 | 9/30/2024 |
| Multnomah | TBD | Bridges to Change, Inc. | | | $1,555,274 | |
| Multnomah | Behavioral Health Treatment Clinic | Cascade AIDS Project | | | $618,000 | 6/29/2024 |
| Multnomah | Therapy Rooms | Cascade AIDS Project | | | $4,000,000 | 6/1/2024 |
| Multnomah | Supportive Housing | Cascadia Health | | 5 | $750,000 | 12/30/2025 |

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| Multnomah | Recovery Housing | Iron Tribe Network | 9 | | $750,000 | 7/30/2024 |
| Multnomah | Recovery Housing | Juntos NW, Inc. | 6 | | $500,000 | 9/30/2024 |
| Multnomah | Youth Psychiatric Residential Treatment Facility | Madrona Recovery | | | $4,000,000 | |
| Multnomah | Supportive Housing & Crisis Center | Mental Health & Addiction Association of OR | | | $2,900,000 | 1/1/2025 |
| Multnomah | Supportive Housing & Crisis Center | Mental Health & Addiction Association of OR | | | $1,000,000 | 1/1/2025 |
| Multnomah | Recovery Home | Miracles Club | 6 | | $50,000 | 1/15/2025 |
| Multnomah | Recovery Housing | Miracles Club MLK Limited Partnership | 16 | | $1,000,000 | 9/30/2024 |
| Multnomah | Sober Center Coordinated Care Pathway | Multnomah County | 50 | | $10,000,000 | 2/15/2025 |
| Multnomah | Crisis Center & Supportive Housing | Multnomah County Health Department | | 32 | $4,000,000 | 1/1/2025 |
| Multnomah | Operations/Administrative/Other Costs | Multnomah County Health Department | | | $2,810,371 | |
| Multnomah | Transitional Housing | Multnomah County Health Department | 25 | | $2,450,000 | |
| Multnomah | Transitional Housing | Multnomah County Health Department | 24 | | $240,114 | 7/1/2024 |
| Multnomah | Transitional Housing | Multnomah County Health Department | 8 | | $214,745 | 9/1/2024 |
| Multnomah | Re-Entry Program | Northwest Regional Re-Entry Center | 20 | | $4,000,000 | 8/30/2026 |
| Multnomah | Recovery Housing | Painted Horse Recovery, Inc. | 6 | | $700,000 | 9/30/2024 |
| Multnomah | N/A (Outreach Services) | Portland Opportunities Industrialization Center | | | $1,000,000 | |
| Multnomah | Recovery Housing | The Lasko Refuge, LLC | 14 | | $211,000 | 1/30/2025 |
| Multnomah | Recovery Housing | Transcending Hope | 40 | | $915,177 | 10/1/2024 |
| Multnomah | Detox Services | Women First Transition and Referral Center | 4 | | $150,000 | 10/31/2024 |
| Tillamook | Operations/Administrative/Other Costs | Tillamook Family Counseling Center | | | $322,560 | |
| Tillamook | Supportive Housing | Tillamook Family Counseling Center | | 5 | $1,418,505 | 5/1/2024 |
| Tillamook | Recovery Housing | Tillamook Family Counseling Center, Inc. | 5 | | $900,000 | 12/15/2024 |
| Washington | TBD | Bridges to Change, Inc. | | | $1,555,274 | |
| Washington | Recovery Housing | Free on the Outside, Inc. | 12 | | $750,000 | 2/1/2025 |
| Washington | Recovery Housing | Transcending Hope Familias Transcendiendo | 9 | | $1,020,000 | 9/1/2024 |
| Washington | SUD Residential Treatment Withdrawal Man. | Wash. Co. Behavioral Health Division | 26 | | $8,900,000 | 11/15/2025 |
| Washington | Supportive Housing | Wash. Co. Dept of Health and Human Services | | | $1,131,317 | |
| Washington | Supportive Housing | Wash. Co. Dept of Health and Human Services | | 16 | $2,500,000 | 11/1/2025 |
| Washington | Withdrawal Man. & SUD Residential Facility | Wash. Co. Dept of Health and Human Services | 48 | | $2,300,000 | 10/1/2025 |

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| TOTAL | | | 425 | 79 | $97,259,590 | |

## Area 2

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|--------------|--------------|--------------|---------------|----------------|----------------|
| Benton | Crisis Center | Benton County | 6 | | $1,126,592 | 6/20/2025 |
| Benton | N/A (Service/Operation Only) | Benton County Health Dept Behavioral Health | | | $5,000,000 | |
| Benton | Operations/Administrative/Other Costs | Benton County Health Dept Behavioral Health | | | $2,780,841 | |
| Benton | Transitional Housing | Jackson Street Youth Services (Corvallis) | 15 | | $745,000 | 12/31/2025 |
| Lincoln | Supportive Housing | Lincoln County Health and Human Services | | 20 | $2,700,000 | 10/1/2025 |
| Lincoln | Operations/Administrative/Other Costs | Lincoln County Health and Human Services | | | $47,926 | |
| Lincoln | Supportive Housing | Lincoln County Health and Human Services | | | $2,550,000 | 12/1/2025 |
| Lincoln | Supportive Housing | Lincoln County Health and Human Services | | | $3,500,000 | 8/1/2026 |
| Linn | Supportive Housing | Creating Housing Coalition | | 8 | $1,600,000 | 12/15/2024 |
| Linn | Supportive Housing | Crossroads Communities | | 9 | $2,700,000 | 9/30/2024 |
| Linn | Crisis Center | Jackson Street Youth Services (Albany) | | | $745,000 | 7/1/2025 |
| Linn | Operations/Administrative/Other Costs | Linn County | | | $187,000 | |
| Linn | Supportive Housing | Linn County | | 9 | $2,500,000 | 7/1/2025 |
| Marion | Residential Treatment Facility Withdrawal Man. | Bridgeway Recovery Services Inc | 16 | | $11,500,000 | 3/1/2026 |
| Marion | Supportive Housing | Center for Hope & Safety | | 4 | $1,200,000 | 10/30/2024 |
| Marion | Recovery Housing | Iron Tribe Network | 7 | | $650,000 | 12/31/2024 |
| Marion | Crisis Center | Marion County Health & Human Services | | | $2,937,125 | 9/1/2025 |
| Marion | Operations/Administrative/Other Costs | Marion County Health and Human Services | | | $3,134,192 | |
| Polk | Supportive Housing | Mid-Willamette Valley Comm. Action Agency | | 9 | $2,700,000 | 10/31/2025 |
| Polk | Supportive Housing | New Foundations, LLC | | 5 | $996,800 | 5/30/2024 |
| Polk | Crisis Stabilization Center | Polk County Health Services | | | $2,456,372 | 10/1/2025 |
| Yamhill | Supportive Housing | Housing Authority of Yamhill County | | 10 | $2,400,000 | 12/31/2026 |
| Yamhill | Operations/Administrative/Other Costs | Yamhill County Health and Human Services | | | $1,598,947 | |
| Yamhill | Transitional Housing | Yamhill County Health and Human Services | 70 | | $1,230,000 | |
| **TOTAL** | | | **114** | **74** | **$56,985,795** | |

# Area 3

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| Coos | Adult Foster Home | Coos County Health & Wellness | 5 | | $300,000 | 3/1/2025 |
| Coos | Supportive Housing | Coos County Health & Wellness | | 20 | $2,462,431 | |
| Coos | Sobering Center | Coos Health and Wellness | 5 | | $400,000 | 3/1/2025 |
| Douglas | Operations/Administrative/Other Costs | Adapt Integrated Health | | | $354,970 | |
| Douglas | Supportive Housing | Adapt Integrated Health | | 23 | $2,953,467 | 4/1/2025 |
| Douglas | Detox Services SUD Residential Treatment Supportive Housing | Adapt Integrated Health Care | 96 | 64 | $5,000,000 | 10/1/2025 |
| Lane | Adult Foster Home | Lane County | 5 | | $231,745 | 6/1/2025 |
| Lane | Operations/Administrative/Other Costs | Lane County | | | $1,292,809 | |
| Lane | Supportive Housing | Lane County | | 65 | $865,000 | 6/30/2028 |
| Lane | Youth Psychiatric Residential Treatment Facility | Nexus Family Health | 12 | | $3,000,000 | 2/28/2026 |
| Lane | Licensed SUD Residential Treatment Withdrawal Management Services Sobering Services | Willamette Family Inc | 33 | | $4,000,000 | 7/1/2025 |
| **TOTAL** | | | **156** | **172** | **$20,860,422** | |

## Area 5

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| Curry | Supportive Housing | Adapt | | 9 | $2,700,000 | 12/31/2025 |
| Curry | Operations/Administrative/Other Costs | Adapt Integrated Health | | | $177,183 | |
| Curry | Supportive Housing | Adapt Integrated Health | | 4 | $709,340 | 7/1/2024 |
| Curry | Supportive Housing | Adapt Integrated Health | | | $996,660 | 12/31/2024 |
| Jackson | Sobering Center (Services/Operations) | Addictions Recovery Center Inc | | | $500,000 | |
| Jackson | SUD Residential Facility | Addictions Recovery Center Inc. | 24 | | $4,515,000 | 3/1/2026 |
| Jackson | Operations/Administrative/Other Costs | Jackson County Behavioral Health Services | | | $2,165,650 | |
| Jackson | Outpatient SUD Services | Kairos Northwest | | | $600,000 | 1/1/2025 |
| Jackson | SUD Residential Facility | OnTrack Inc | 43 | | $10,558,181 | 6/1/2026 |
| Josephine | Operations/Administrative/Other Costs | Options for Southern OR's Behavioral Health | | | $314,008 | |
| Josephine | Supportive Housing | Options for Southern OR's Behavioral Health | | 4 | $500,000 | 6/1/2023 |
| Josephine | Transitional Housing | Options for Southern OR's Behavioral Health | 3 | | $625,000 | |
| Josephine | Transitional Housing | Options for Southern OR's Behavioral Health | 10 | | $1,633,804 | 1/1/2025 |
| **TOTAL** | | | **80** | **17** | **$25,994,826** | |

## Area 6

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| Gilliam | Transitional Housing | Community Counseling Solutions | 4 | | $450,000 | |
| Wasco | TBD | Bridges to Change, Inc. | | | $600,000 | |
| Wasco | Operations/Administrative/Other Costs | Mid Columbia Center for Living | | | $600,000 | |
| Wasco | Supportive Housing | Mid Columbia Center for Living | | 23 | $289,544 | |
| Wasco | Supportive Housing | Mid Columbia Center for Living | | 20 | $3,200,000 | 10/1/2023 |
| **TOTAL** | | | **4** | **43** | **$5,139,544** | |

# Area 7

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|---------------|--------------|--------------|---------------|----------------|----------------|
| Crook | Operations/Administrative/Other Costs | BestCare Treatment Services | | | $1,435,600 | |
| Crook | Supportive Housing | BestCare Treatment Services | | 5 | $76,313 | 10/1/2025 |
| Deschutes | Adult Foster Home | Deschutes County | 10 | | $2,850,000 | |
| Deschutes | Operations/Administrative/Other Costs | Deschutes County | | | $1,051,471 | |
| Deschutes | N/A (Service/Operation Only) | Deschutes Co. Comm. Mental Health Program | | | $1,500,000 | |
| Deschutes | Recovery Housing | Free on the Outside, Inc. | | | $850,000 | |
| Grant | Transitional Housing | Community Counseling Solutions | 9 | | $1,125,000 | |
| Harney | Operations/Administrative/Other Costs | Symmetry Care | | | $927,475 | |
| Harney | Supportive Housing | Symmetry Care | | 4 | $472,525 | 9/1/2024 |
| Jefferson | Operations/Administrative/Other Costs | BestCare Treatment Services | | | $1,410,600 | |
| Jefferson | Supportive Housing | BestCare Treatment Services | | 5 | $98,497 | 9/1/2025 |
| Jefferson | Supportive Housing | Warm Springs | | 10 | $1,500,000 | |
| Klamath | Crisis Stabilization Center | Klamath Basin Behavioral Health | | | $0 | 10/31/2025 |
| Klamath | Operations/Administrative/Other Costs | Klamath Basin Behavioral Health | | | $790,620 | |
| Klamath | Crisis Center Residential Treatment Facility | Klamath Basin Behavioral Health | | | $2,400,000 | 12/1/2025 |
| Klamath | Withdrawal Management SUD Res. Treatment | Transformations Wellness Center | | | $2,500,000 | 6/1/2026 |
| Klamath | SUD Residential Facility & Withdrawal Man. | Transformations Wellness Center | 33 | | $2,359,204 | 1/1/2026 |
| Lake | Operations/Administrative/Other Costs | Outback Strong | | | $610,746 | |
| Lake | Supportive Housing | Outback Strong | | 4 | $876,296 | |
| Malheur | Withdrawal Management SUD Residential Facility Secure Residential Treatment Facility Transitional Housing | Lifeways (Malheur County) | 76 | | $15,011,185 | 8/31/2026 |
| Wheeler | Transitional Housing | Community Counseling Solutions | 4 | | $460,000 | |
| **TOTAL** | | | **132** | **28** | **$38,305,532** | |

# Area 9

| County | Facility Type | Organization | Bed Capacity | Unit Capacity | Funding Amount | Occupancy Date |
|--------|--------------|--------------|--------------|---------------|----------------|----------------|
| Baker | Crisis Center Withdrawal Management | New Directions Northwest | | | $600,000 | 9/15/2025 |
| Baker | Operations/Administrative/Other Costs | New Directions Northwest, Inc. | | | $400,205 | |
| Baker | Transitional Housing | New Directions Northwest, Inc. | 16 | | $680,133 | 8/1/2023 |
| Baker | Transitional Housing | New Directions Northwest, Inc. | 2 | | $369,181 | 12/15/2024 |
| Malheur | Campus Model | Lifeways Inc | | | $5,750,000 | |
| Morrow | Transitional Housing | Community Counseling Solutions | 6 | | $700,000 | |
| Morrow | Transitional Housing | Community Counseling Solutions | 3 | | $350,000 | 1/1/2025 |
| Umatilla | Supportive Housing | Community Counseling Solutions | | 4 | $1,146,600 | |
| Umatilla | Adult Foster Home | Community Counseling Solutions | 5 | | $350,000 | 12/1/2022 |
| Umatilla | Transitional Housing | Community Counseling Solutions | 3 | | $320,000 | |
| Umatilla | Transitional Housing | Community Counseling Solutions | 7 | | $1,123,680 | 11/1/2022 |
| Umatilla | Transitional Housing | Community Counseling Solutions | 12 | | $995,000 | 2/1/2023 |
| Union | Operations/Administrative/Other Costs | Center for Human Development | | | $1,068,354 | |
| Union | Supportive Housing | Center for Human Development | | | $501,662 | |
| Wallowa | Operations/Administrative/Other Costs | Wallowa Valley Center for Wellness | | | $67,490 | |
| Wallowa | Transitional Housing | Wallowa Valley Center for Wellness | 11 | | $1,109,467 | 1/30/2024 |
| Wallowa | Transitional Housing | Wallowa Valley Center for Wellness | 2 | | $250,000 | 5/15/2024 |
| Wallowa | Transitional Housing | Wallowa Valley Center for Wellness | | | $333,000 | |
| **TOTAL** | | | **67** | **4** | **$16,114,772** | |