# Oregon State Hospital

## Oregon State Hospital- Department of Admissions

Tina Kotek, Governor

Date: 9/2/2025

Jail Commander,

As you may be aware, Oregon State Hospital has been under a long-standing federal injunction to admit in-custody aid and assist defendants within 7 days.

When a bed is available for admission at OSH, compliance with the federal injunction relies on jails to provide timely transport to OSH when OSH notifies the jail that it is ready to admit the defendant.

Please confirm that you will transport (Pt.Name) on (Day), (Date) for admission to OSH.

Thank you,

*[signed]* Brandy Eurto on behalf of

James A. Diegel, Interim Superintendent
Oregon State Hospital

*See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO

2600 Center St. NE, Salem, OR, 97301 | Voice: xxx-xxx-xxxx | Fax: xxx-xxx-xxxx
All relay calls accepted | osh.oregon.gov

Declaration of Brandy Eurto
Exhibit 3, Page 1 of 1