# Licensed Capacity by Quarter



# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Cascadia Health (174th) | $2,395,000 | Multnomah | RTF | 10 | 10/1/2025 | Q4 2025 |
| Cascadia Health (122nd Melody Court) | $2,410,000 | Multnomah | SRTF | 10 | 3/30/2027 | Q1 2027 |
| CGCH II, Inc. (300) | $1,318,756 | Marion | RTF | 10 | 8/31/2026 | Q3 2026 |
| CGCH II, Inc. (301) | $2,201,962 | Marion | RTF | 10 | 10/31/2026 | Q4 2026 |
| ColumbiaCare Services, Inc. | $1,103,221 | Lane | RTF | 7 | 4/14/2025 | Q2 2025 |
| Community Counseling Solutions | $927,371 | Umatilla | SRTF | 6 | 2/29/2024 | Q1 2024 |
| Community First Solutions LLC | $13,141,661 | Marion | SRTF | 16 | 9/30/2025 | Q3 2025 |
| New Foundations, LLC (8th St) | $616,700 | Polk | RTH | 5 | 10/1/2025 | Q4 2025 |
| New Narrative | $1,615,593 | Multnomah | RTF | 11 | 12/1/2025 | Q4 2025 |
| Ohana Ventures New Wave RTH, LLC (Terrell Dr) | $264,883 | Jackson | RTH | 5 | 9/30/2023 | Q3 2023 |
| Ohana Ventures New Wave RTH, LLC (Centurion) | $864,000 | Jackson | RTH | 5 | 8/25/2025 | Q3 2025 |
| NIBBUS COMBINED CARE LLC (Bryson's House) | $879,900 | Jackson | RTH | 5 | 5/14/2024 | Q2 2024 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Ohana Ventures New Wave RTH, LLC (Peach St) | $814,000 | Jackson | RTH | 5 | 2/10/2025 | Q1 2025 |
| Ohana Ventures New Wave RTH, LLC (Sunrise Garden) | $864,000 | Jackson | RTH | 5 | 9/30/2025 | Q3 2025 |
| Ohana Ventures New Wave RTH, LLC (King Hwy) | $864,000 | Jackson | RTH | 5 | 9/3/2024 | Q3 2024 |
| Sequoia Mental Health Services, Inc. (87th Ave) | $900,000 | Washington | RTH | 5 | 6/15/2024 | Q2 2024 |
| The Shangri-La Corporation (Regency Dr) | $1,372,616 | Lane | RTH | 5 | 9/1/2024 | Q3 2024 |
| The Shangri-La Corporation (Macleay Rd) | $1,720,737 | Marion Area2 | RTH | 5 | 10/1/2024 | Q4 2024 |
| ColumbiaCare Services, Inc. | $1,876,335 | Jackson | RTF | 8 | 5/30/2023 | Q2 2023 |
| Live. Grow. Share. LLC | $2,891,574 | Lane | RTF | 16 | 7/31/2025 | Q3 2025 |
| The Shangri-La Corporation (Harlow House) | $935,271 | Lane | RTH | 5 | 12/30/2023 | Q4 2023 |
| New Narrative (Mill St) | $2,178,392 | Multnomah | RTF | 11 | 6/30/2024 | Q2 2024 |
| New Narrative (Pacific St) | $2,141,196 | Multnomah | RTF | 11 | 4/30/2024 | Q2 2024 |
| Telecare Mental Health Services of Oregon, Inc. | $1,574,593 | Multnomah | RTH | 5 | 9/1/2023 | Q3 2023 |
| Sequoia Mental Health Services, Inc. (Juniper) | $525,530 | Washington | RTH | 5 | 4/30/2024 | Q2 2024 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $350,000 | Umatilla | AFH | 5 | 12/1/2022 | Q4 2022 |
| Community Counseling Solutions | $10,000 | Umatilla | SRTF | 15 | 3/4/2024 | Q1 2024 |
| Coos County | $250,000 | Coos | AFH | 5 | 9/30/2025 | Q3 2025 |
| Deschutes County | $1,425,000 | Deschutes | AFH | 5 | 12/31/2025 | Q4 2025 |
| Deschutes County | $1,425,000 | Deschutes | AFH | 5 | TBD | TBD |
| Klamath Basin Behavioral Health | $1,847,255.63 | Klamath | RTF | 16 | 12/1/2025 | Q4 2025 |
| Lane County | $231,744.79 | Lane | AFH | 5 | 9/1/2025 | Q3 2025 |
| Lane County | $1,577,447.26 | Lane | RTH | 5 | 2/28/2026 | Q1 2026 |
| Lifeways Inc. (Malheur) | $678,524 | Malheur | RTH | 5 | TBD | TBD |
| Marion County | $1,093,327 | Marion | RTH | 5 | 12/9/2024 | Q4 2024 |
| Marion County | $749,956 | Marion | RTH | 5 | 10/15/2024 | Q4 2024 |
| Marion County | $1,487,003 | Marion | RTF | 12 | TBD | TBD |

4

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Washington County | $2,300,000 | Washington | SUD RTF | 48 | 11/15/2025 | Q4 2025 |
| Lincoln County Health and Human Services | $2,948,917 | Lincoln | SUD RTF | 16 | 6/24/2024 | Q3 2025 |
| Jackson House | $749,900 | Multnomah | SRTF | 14 | 6/21/2024 | Q3 2024 |
| Parrot Creek Child & Family Services | $8,000,000 | Clackamas | SUD RTF | 40 | 5/23/2024 | Q3 2025 |
| Central City Concern (1) | $6,000,000 | Multnomah | SUD RTF | 74 | 4/1/2024 | Q4 2025 |
| Transformations Wellness Center | $2,359,204 | Klamath | SUD RTF | 25 | 1/1/2026 | Q1 2026 |
| Transformations Wellness Center | $0 | Klamath | Withdrawal Management | 8 | 1/1/2026 | Q1 2026 |
| NARA NW Youth Residential Treatment Center | $7,400,000 | Multnomah | SUD RTF | 24 | 1/1/2026 | Q1 2026 |
| New Directions Northwest, Inc. | $1,500,000 | Baker | SUD RTF | 12 | 9/1/2025 | Q3 2025 |
| Wasco County | $4,500,000 | Wasco | SUD RTF | 16 | TBD | TBD |
| Family Recovery, Inc (Milestones) | $1,100,000 | Benton | SUD RTF | 12 | 11/1/2025 | Q4 2025 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Best Care Treatment Services, Inc. | $1,100,000 | Deschutes | Withdrawal Management | 21 | TBD | TBD |
| Best Care Treatment Services, Inc. | $1,900,000 | Deschutes | SUD RTF | 16 | 12/18/2026 | Q4 2026 |
| OnTrack Inc | $10,558,181 | Jackson | SUD RTF | 43 | 6/1/2026 | Q2 2026 |
| Lifeways Inc. | $5,571,185 | Malheur | SRTF | 16 | 8/31/2026 | Q3 2026 |
| Lifeways Inc. | $9,440,000 | Malheur | SUD RTF | 48 | 8/31/2026 | Q3 2026 |
| Lifeways Inc. | $0 | Malheur | Withdrawal Management | 8 | 8/31/2026 | Q3 2026 |
| Addictions Recovery Center Inc. | $4,515,000.00 | Jackson | SUD RTF | 24 | 4/1/2026 | Q2 2026 |
| Columbia Community Mental Health | $4,400,000.00 | Columbia | Withdrawal Management | 10 | 1/2/2027 | Q1 2027 |
| Community First Solutions LLC | $10,876,615.00 | Marion | SRTF | 16 | 12/1/2026 | Q4 2026 |
| Fora Health Treatment & Recovery | $4,000,000.00 | Multnomah | SUD RTF | 46 | 10/1/2026 | Q4 2026 |
| BH-OR-OPCO MLK Center, LLC Lifeworks NW | $749,900.00 | Multnomah | SRTF | 16 | 8/30/2026 | Q3 2026 |
| Lifeworks NW | $300,000.00 | Washington | RTH | 5 | 8/31/2025 | Q3 2025 |

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lifeworks NW | $1,200,000 | Washington | RTH | 5 | 8/30/2026 | Q3 2026 |
| Cameron Care | $2,508,796 | Multnomah | RTF | 16 | 8/30/2027 | Q3 2027 |
| Nexus Family Health | $3,000,000 | Lane | Youth Secure In Patient | 14 | 5/30/2026 | Q2 2026 |

# Non-Licensed Capacity by Quarter



Declaration of Ebony Clarke
Exhibit 1, Page 8 of 15

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt Integrated Health Care | $2,700,000 | Curry | Supportive Housing | 9 | 09/01/2026 | Q3 2026 |
| Center for Hope & Safety | $1,200,000 | Marion | Supportive Housing | 4 | 10/30/2024 | Q4 2024 |
| Creating Housing Coalition | $1,600,000 | Linn | Supportive Housing | 8 | 12/15/2024 | Q4 2024 |
| Crossroads Communities | $2,700,000 | Linn | Supportive Housing | 9 | 09/30/2024 | Q3 2024 |
| Lincoln County Health & Human Services | $2,700,000 | Lincoln | Supportive Housing | 9 | 07/01/2026 | Q3 2026 |
| Mid-Willamette Valley Community Action Agency, Inc. | $2,700,000 | Polk | Supportive Housing | 9 | 10/31/2025 | Q4 2025 |
| New Foundations, LLC (Birch St) | $996,800 | Polk | Supportive Housing | 5 | 10/01/2025 | Q4 2025 |
| Restoration House, Inc. | $1,489,088 | Clatsop | Supportive Housing | 10 | 10/01/2026 | Q4 2026 |
| Housing Authority of Yamhill County | $2,400,000 | Yamhill | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Clatsop Behavioral Healthcare | $2,700,000 | Clatsop | Supportive Housing | 9 | 09/30/2026 | Q3 2026 |
| Adapt (Hammond House) | $709,340 | Curry | Supportive Housing | 4 | 07/01/2024 | Q3 2024 |
| Adapt (Lucky Lane) | $996,660 | Curry | Supportive Housing | 4 | 11/01/2025 | Q4 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt (Douglas) | $2,953,467 | Douglas | Supportive Housing | 23 | 04/01/2025 | Q2 2025 |
| Best Care (Crook) | $76,312.91 | Crook | Supportive Housing | 5 | 03/13/2026 | Q1 2026 |
| Best Care (Jefferson) | $98,497.43 | Jefferson | Supportive Housing | 5 | 12/15/2025 | Q4 2025 |
| Clackamas County (Transcending Hope) | $950,862.7 | Clackamas | Recovery Home | 10 | 06/01/2024 | Q2 2024 |
| Clatsop | $78,924.99 | Clatsop | Supportive Housing | 2 | TBD | TBD |
| Columbia Community Mental Health | $2,524,129 | Columbia | Transitional Housing | 16 | 05/01/2027 | Q2 2027 |
| Community Counseling Solutions | $995,000 | Umatilla | Transitional Housing | 12 | 02/01/2023 | Q1 2023 |
| Community Counseling Solutions | $1,123,680 | Umatilla | Transitional Housing | 7 | 11/01/2022 | Q4 20222 |
| Community Counseling Solutions | $320,000 | Umatilla | Transitional Housing | 3 | 08/01/2025 | Q3 2025 |
| Community Counseling Solutions | $315,570.57 | Morrow | Transitional Housing | 3 | 02/17/2025 | Q1 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 07/01/2025 | Q3 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 07/01/2025 | Q3 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $243,303.53 | TBD | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $350,000 | Grant | Transitional Housing | 3 | 04/01/2025 | Q2 2025 |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Community Counseling Solutions | $460,000 | Wheeler | Transitional Housing | 4 | 08/01/2025 | Q3 2025 |
| Community Counseling Solutions | $318,000 | Gilliam | Transitional Housing | 4 | 07/01/2025 | Q3 2025 |
| Jackson County | $316,000 | Jackson | Recovery Housing | 6 | 06/01/2025 | Q2 2025 |
| Jackson County | $650,000 | Jackson | Transitional Housing | 8 | 04/01/2025 | Q2 2025 |
| Outback Strong | $751,295.86 | Lake | Supportive Housing | 4 | TBD | TBD |
| Lane County (Laurel Hill Center) | $865,000 | Lane | Supportive Housing | 65 | 2028 | TBD |
| Lifeways | $460,000 | Ontario | Supportive Housing | 5 | 05/27/2025 | Q2 2025 |
| Linn County | $2,500,000 | Linn | Supportive Housing | 9 | 07/01/2025 | Q3 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Mid Columbia Center for Living | $1,250,000 | Wasco | Supportive Housing | 20 | 10/01/2023 | Q4 2023 |
| Mid Columbia Center for Living | $1,950,000 | Wasco | Supportive Housing | 22 | Fall 2025 | TBD |
| Multnomah County (Holistic Healing) | $734,000 | Multnomah | Transitional Housing | 12 | TBD | TBD |
| Multnomah County (Bridges to Change) | $219,255 | Multnomah | Transitional Housing | 9 | 09/01/2024 | Q3 2024 |
| Multnomah County (Miracles Club) | $250,114 | Multnomah | Transitional Housing | 11 | 07/01/2024 | Q3 2024 |
| Multnomah County (VOA Recovery) | $778,540 | Multnomah | Transitional Housing | 13 | 06/15/2023 | Q2 2023 |
| Multnomah County (Iron Tribe Network) | $900,000 | Multnomah | Transitional Housing | 6 | TBD | TBD |
| New Directions | $36,9181.28 | Baker | Transitional Housing | 2 | 12/15/2024 | Q4 2024 |
| New Directions (Men's Home) | $268,715.99 | Baker | Transitional Housing | 8 | 08/01/2023 | Q3 2023 |
| New Directions (Women's Home) | $411,416.61 | Baker | Transitional Housing | 8 | 08/01/2023 | Q3 2023 |
| Options | $457,272.25 | Josephine | Transitional Housing | 3 | TBD | TBD |
| Options | $2,065,782.38 | Josephine | Transitional Housing | 10 | 06/30/2025 | Q2 2025 |

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Options | $500,000 | Josephine | Supportive Housing | 4 | 06/01/2023 | Q2 2023 |
| Symmetry | $472,525 | Harney | Supportive Housing | 4 | 09/01/2024 | Q3 2024 |
| Tillamook | $1,418,504.65 | Tillamook | Supportive Housing | 5 | 05/01/2024 | Q2 2024 |
| Wallowa | $1,109,467 | Wallowa | Transitional Housing | 11 | 01/30/2024 | Q1 2024 |
| Wallowa | $250,000 | Wallowa | Transitional Housing | 2 | 05/15/2024 | Q2 2024 |
| Washinton County | $2,500,000 | Washington | Supportive Housing | 16 | 09/01/2026 | Q3 2026 |
| Yamhill County | $500,000 | Yamhill | Transitional Housing | 70 | TBD | TBD |
| Cascadia Health (Rosewood) | $750,000 | Multnomah | Supportive Housing | 5 | 12/30/2025 | Q4 2025 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 8 | 09/30/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 09/30/2024 | Q3 2024 |
| Free on the Outside, Inc. | $850,000 | Deschutes | Recovery Home | 14 | 04/01/2025 | Q2 2025 |
| Free on the Outside, Inc. | $750,000 | Washington | Recovery Home | 12 | 02/01/2025 | Q1 2025 |

Case 6:22-cv-01460-AN   Document 274-1   Filed 09/05/25   Page 14 of 15

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Free on the Outside, Inc. | $720,000 | Clackamas | Recovery Home | 10 | 12/15/2024 | Q4 2024 |
| Iron Tribe Network | $750,000 | Multnomah | Recovery Home | 9 | 07/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Columbia | Recovery Home | 6 | 08/15/2024 | Q3 2024 |
| Iron Tribe Network | $650,000 | Marion | Recovery Home | 7 | 12/31/2024 | Q4 2024 |
| Juntos NW, Inc. | $226,900 | Washington | Recovery Home | 6 | 09/30/2024 | Q3 2024 |
| The Lasko Refuge, LLC | $211,000 | Multnomah | Recovery Home | 12 | 10/31/2024 | Q4 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 09/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 09/30/2024 | Q3 2024 |
| Painted Horse Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 09/30/2024 | Q3 2024 |
| Transcending Hope | $915,177 | Multnomah | Recovery Home | 40 | 10/01/2024 | Q4 2024 |
| Transcending Hope | $1,020,000 | Washington | Recovery Home | 9 | 09/01/2024 | Q3 2024 |
| Transcending Hope | $350,000 | Clackamas | Recovery Home | 10 | 04/01/2025 | Q2 2025 |

14

Declaration of Ebony Clarke
Exhibit 1, Page 14 of 15

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Tillamook Family Counseling Center, Inc. | $900,000 | Tillamook | Recovery Home | 5 | 12/15/2024 | Q4 2024 |
| Jackson Street Youth Services | $749,999 | Benton | Transitional Housing | 18 | TBD | TBD |
| Miracles Club MLK Limited Partnership | $50,000 | Multnomah | Recovery Home | 6 | 1/15/2025 | Q1 2025 |
| Northwest Regional Re-Entry Center | $4,000,000 | Multnomah | Re-Entry Program | 20 | 8/30/2026 | Q3 2026 |