Victoria K. Baker, OSB #225400
E-mail:  victoria.baker@bakersterchi.com
BAKER STERCHI COWDEN & RICE LLC
<u>Mailing Address</u>:
2100 Westlake Avenue, N., Suite 206
Seattle, Washington  98109
<u>Physical Address</u>:
1120 SE Madison Street
Portland, Oregon  97214
Telephone:  (971) 374-5580

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants.<br>(*caption continued next page*) | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>**Case No. 6:22-cv-01460-AN (Member Case)**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>      Plaintiffs,<br><br>    v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity; DOLORES MATTEUCCI, in her individual capacity; SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity,<br><br>      Defendants. | Case No. 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority,<br><br>      Defendant. | Case No. 6:22-cv-01460-AN (Member Case) |

PLEASE TAKE NOTICE that pursuant to Local Rule 83-11(b), the undersigned attorney, Victoria K. Baker, hereby withdraws as co-counsel for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority, in Case No. 6:22-cv-01460-AN, and shall no longer be associated as counsel of record.  Defendant Sejal Hathi, MD remains represented by Jon W. Monson and Nicole M. Swift of Cable Huston LLP, and by

Carla A. Scott, Sheila H. Potter, Craig M. Johnson, and Shaunee Morgan of the Oregon

Department of Justice.  This withdrawal shall take effect immediately.


        DATED:  September 10, 2025.

                                BAKER STERCHI COWDEN & RICE, LLC


                                By   _s/ Victoria K. Baker_____
                                    Victoria K. Baker, OSB #225400
                                    E-mail:  victoria.baker@bakersterchi.com
                                    Telephone:  (971) 374-5580

                                    **Mailing Address:**
                                    **2100 Westlake Avenue, N., Suite 206**
                                    **Seattle, Washington  98109**
                                    Physical Address:
                                    1120 SE Madison Street
                                    Portland, Oregon  97214

                                    ***Withdrawing Attorney for Defendant Sejal***
                                    ***Hathi, MD, in her official capacity as***
                                    ***Director of Oregon Health Authority***


4925-2808-6120, v. 1