DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>Case No. 6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' FOURTH FINE CALCULATION REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her | Case No. 3:21-cv-01637-AN (Member Case) |

Page 1 -   DEFENDANTS' FOURTH FINE CALCULATION REPORT
CAS/j3b/999338856
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

    Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

    Plaintiffs,
 v.

SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

    Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

 Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 is the full August monthly dashboard and the bi-weekly report containing data between September 1 and September 14, 2025.

 The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. The Order "imposes monetary sanctions in the amount of $500.00 per class member per day." *Id.*, p. 17. Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from August 15 through September 14, 2025, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, excepting any days that resulted from late transmittal of a commitment order from the committing court or jail transport delays after timely and appropriate communication with the jail and court. Pursuant to this Court's direction, Defendants have calculated fines in the amount of $184,000, for the period of August 15 through September 14, 2025. The chart attached as Exhibit 2 reflects Defendants' calculations.

Page 2 -   DEFENDANTS' FOURTH FINE CALCULATION REPORT
CAS/j3b/999338856
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants' calculations note in red delays akin to those for which this Court granted Defendants' request to exclude. Defendants have provided initial documentation related to the delays noted in red to Dr. Pinals and met with Dr. Pinals. Dr. Pinals had some questions, which Defendants are in the process of answering with a chart containing specified data points along with some supplemental documentation. Defendants will submit a supplement to this report by September 25, 2025, indicating Dr. Pinals' final decision as to those days and noting any needed adjustments to Defendants' calculations.

Additionally, in beginning the fine calculation process with Dr. Pinals' review of fine exclusions, Defendants have, in consultation with Dr. Pinals, concluded that additional time is needed between the cut-off of the fine calculation period and the submission of Defendants' proposed fine calculations to this Court. After conferring with Plaintiffs and Dr. Pinals, Defendants intend to submit a request to this Court adjusting the timeline of reporting to allow for sufficient time for Dr. Pinals and Plaintiffs to review Defendants' proposed fine exclusions.

DATED September <u>15</u>, 2025.

                                             Respectfully submitted,

                                             DAN RAYFIELD
                                             Attorney General

                                             <u>*s/ Jill L. Conbere*</u>
                                             CARLA A. SCOTT #054725
                                             CRAIG M. JOHNSON #080902
                                             SHEILA H. POTTER #993485
                                             Senior Assistant Attorneys General
                                             JILL CONBERE # 193430
                                             Assistant Attorney General
                                             Trial Attorneys
                                             Tel (971) 673-1880
                                             Fax (971) 673-5000
                                             Carla.A.Scott@doj.oregon.gov
                                             Sheila.Potter@doj.oregon.gov
                                             Craig.M.Johnson@doj.oregon.gov
                                             Jill.Conbere@doj.oregon.gov
                                             Of Attorneys for Defendants

Page 3 -    DEFENDANTS' FOURTH FINE CALCULATION REPORT
        CAS/j3b/999338856                        Department of Justice
                                          100 SW Market Street
                                          Portland, OR 97201
                                   (971) 673-1880 / Fax: (971) 673-5000