| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/15/2025 | Lane | Circuit Court | Felony B | 08/06/25 | 08/06/25 | 0 | 9 | 2 | $1,000 | |
| 2 | 08/15/2025 | Benton | Circuit Court | Felony C | 08/06/25 | 08/06/25 | 0 | 9 | 2 | $1,000 | |
| 3 | 08/15/2025 | Lane | Circuit Court | Felony B | 08/06/25 | 08/06/25 | 0 | 9 | 2 | $1,000 | |
| 4 | 08/15/2025 | Lane | Municipal Court | Misdemeanor A | 08/06/25 | 08/06/25 | 0 | 9 | 2 | $1,000 | |
| 5 | 08/18/2025 | Lane | Circuit Court | Felony C | 08/07/25 | 08/07/25 | 0 | 11 | 4 | $2,000 | |
| 6 | 08/19/2025 | Jackson | Circuit Court | Felony A | 08/06/25 | 08/06/25 | 0 | 13 | 5 | $2,500 | bed offered 8/18, county declined (1 day and $500 removed from fine calculation) |
| 7 | 08/19/2025 | Josephine | Circuit Court | Felony B | 08/06/25 | 08/07/25 | 0 | 12 | 5 | $2,500 | |
| 8 | 08/19/2025 | Jackson | Circuit Court | Felony C | 08/06/25 | 08/06/25 | 0 | 13 | 5 | $2,500 | bed offered 8/18, county declined (1 day and $500 removed from fine calculation) |
| 9 | 08/19/2025 | Jackson | Circuit Court | Misdemeanor A | 08/06/25 | 08/06/25 | 0 | 13 | 5 | $2,500 | bed offered 8/18, county declined (1 day and $500 removed from fine calculation) |
| 10 | 08/19/2025 | Jackson | Circuit Court | Felony C | 08/06/25 | 08/06/25 | 0 | 13 | 5 | $2,500 | bed offered 8/18, county declined (1 day and $500 removed from fine calculation) |
| 11 | 08/19/2025 | Coos | Circuit Court | Felony C | 08/07/25 | 08/07/25 | 0 | 12 | 4 | $2,000 | bed offered 8/18, county declined (1 day and $500 removed from fine calculation) |
| 12 | 08/19/2025 | Marion | Circuit Court | Misdemeanor A | 08/08/25 | 08/08/25 | 0 | 11 | 4 | $2,000 | |
| 13 | 08/20/2025 | Clatsop | Circuit Court | Felony-U (Unclassified) | 08/14/25 | 08/15/25 | 1 | 6 | 0 | $0 | |
| 14 | 08/20/2025 | Clackamas | Circuit Court | Felony C | 08/11/25 | 08/11/25 | 0 | 9 | 2 | $1,000 | |
| 15 | 08/20/2025 | Washington | Circuit Court | Felony A | 08/12/25 | 08/13/25 | 1 | 8 | 1 | $500 | |
| 16 | 08/20/2025 | Multnomah | Circuit Court | Felony A | 08/08/25 | 08/11/25 | 3 | 12 | 5 | $2,500 | |
| 17 | 08/20/2025 | Lane | Municipal Court | Misdemeanor A | 08/12/25 | 08/12/25 | 0 | 8 | 1 | $500 | |
| 18 | 08/20/2025 | Clackamas | Circuit Court | Felony C | 08/11/25 | 08/11/25 | 0 | 9 | 2 | $1,000 | |
| 19 | 08/21/2025 | Washington | Circuit Court | Felony C | 08/12/25 | 08/13/25 | 1 | 9 | 2 | $1,000 | |
| 20 | 08/21/2025 | Tillamook | Circuit Court | Misdemeanor A | 08/12/25 | 08/12/25 | 0 | 9 | 2 | $1,000 | |
| 21 | 08/21/2025 | Washington | Circuit Court | Misdemeanor A | 08/12/25 | 08/13/25 | 1 | 9 | 2 | $1,000 | |
| 22 | 08/21/2025 | Multnomah | Circuit Court | Felony B | 08/12/25 | 08/12/25 | 0 | 9 | 2 | $1,000 | |
| 23 | 08/21/2025 | Multnomah | Circuit Court | Felony B | 08/19/25 | 08/19/25 | 0 | 2 | 0 | $0 | |
| 24 | 08/22/2025 | Multnomah | Circuit Court | Felony C | 08/12/25 | 08/12/25 | 0 | 10 | 3 | $1,500 | |
| 25 | 08/22/2025 | Multnomah | Circuit Court | Felony B | 08/12/25 | 08/13/25 | 1 | 10 | 3 | $1,500 | |
| 26 | 08/25/2025 | Multnomah | Circuit Court | Felony A | 08/12/25 | 08/12/25 | 0 | 13 | 6 | $3,000 | |
| 27 | 08/25/2025 | Multnomah | Circuit Court | Felony C | 08/19/25 | 08/20/25 | 1 | 6 | 0 | $0 | |
| 28 | 08/25/2025 | Washington | Circuit Court | Felony B | 08/12/25 | 08/13/25 | 1 | 13 | 6 | $3,000 | |
| 29 | 08/25/2025 | Washington | Circuit Court | Felony C | 08/12/25 | 08/13/25 | 1 | 13 | 6 | $3,000 | |
| 30 | 08/26/2025 | Polk | Circuit Court | Felony C | 08/14/25 | 08/15/25 | 1 | 12 | 5 | $2,500 | |
| 31 | 08/26/2025 | Washington | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 8 | 1 | $500 | |
| 32 | 08/26/2025 | Polk | Circuit Court | Felony C | 08/14/25 | 08/15/25 | 1 | 12 | 5 | $2,500 | |
| 33 | 08/26/2025 | Jackson | Circuit Court | Felony C | 08/13/25 | 08/13/25 | 0 | 13 | 6 | $3,000 | |
| 34 | 08/26/2025 | Josephine | Circuit Court | Felony C | 08/13/25 | 08/13/25 | 1 | 12 | 5 | $2,500 | |
| 35 | 08/26/2025 | Lane | Circuit Court | Misdemeanor A | 08/13/25 | 08/13/25 | 0 | 13 | 6 | $3,000 | |
| 36 | 08/26/2025 | Douglas | Circuit Court | Felony B | 08/13/25 | 08/13/25 | 0 | 13 | 6 | $3,000 | |
| 37 | 08/27/2025 | Washington | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 9 | 2 | $1,000 | |
| 38 | 08/27/2025 | Lane | Circuit Court | Felony C | 08/21/25 | 08/21/25 | 0 | 6 | 0 | $0 | |
| 39 | 08/27/2025 | Lane | Circuit Court | Felony C | 08/18/25 | 08/18/25 | 1 | 9 | 2 | $1,000 | |
| 40 | 08/27/2025 | Clackamas | Circuit Court | Misdemeanor-U (Unclassified) | 08/18/25 | 08/18/25 | 0 | 9 | 2 | $1,000 | |
| 41 | 08/27/2025 | Douglas | Circuit Court | Felony C | 08/14/25 | 08/14/25 | 0 | 13 | 6 | $3,000 | |
| 42 | 08/27/2025 | Washington | Circuit Court | Felony A | 08/18/25 | 08/19/25 | 1 | 9 | 2 | $1,000 | |
| 43 | 08/28/2025 | Clatsop | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 10 | 3 | $1,500 | |
| 44 | 08/28/2025 | Washington | Circuit Court | Felony-U (Unclassified) | 08/18/25 | 08/18/25 | 1 | 10 | 3 | $1,500 | |
| 45 | 08/28/2025 | Washington | Circuit Court | Felony C | 08/12/25 | 08/13/25 | 1 | 16 | 9 | $4,500 | |
| 46 | 08/28/2025 | Linn | Circuit Court | Felony A | 08/18/25 | 08/18/25 | 0 | 10 | 3 | $1,500 | |
| 47 | 08/28/2025 | Lane | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 10 | 3 | $1,500 | |
| 48 | 08/28/2025 | Marion | Circuit Court | Misdemeanor A | 08/19/25 | 08/19/25 | 0 | 9 | 2 | $1,000 | |
| 49 | 08/28/2025 | Deschutes | Circuit Court | Misdemeanor A | 08/18/25 | 08/19/25 | 1 | 10 | 3 | $1,500 | |
| 50 | 08/29/2025 | Douglas | Circuit Court | Felony C | 08/20/25 | 08/20/25 | 0 | 9 | 2 | $1,000 | |
| 51 | 08/29/2025 | Multnomah | Circuit Court | Felony C | 08/19/25 | 08/20/25 | 1 | 10 | 3 | $1,500 | |
| 52 | 08/29/2025 | Multnomah | Circuit Court | Misdemeanor A | 08/19/25 | 08/20/25 | 1 | 10 | 3 | $1,500 | |
| 53 | 08/29/2025 | Marion | Circuit Court | Felony C | 08/19/25 | 08/19/25 | 0 | 10 | 3 | $1,500 | |
| 54 | 08/29/2025 | Multnomah | Circuit Court | Felony C | 08/19/25 | 08/19/25 | 1 | 10 | 3 | $1,500 | |
| 55 | 09/02/2025 | Multnomah | Circuit Court | Felony-U (Unclassified) | 08/28/25 | 08/28/25 | 0 | 5 | 0 | $0 | |
| 56 | 09/02/2025 | Washington | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 15 | 3 | $1,500 | Bed offered 8/28 and 8/29, county declined (5 days and $2,500 removed from fine calculation) |
| 57 | 09/02/2025 | Lane | Circuit Court | Felony C | 08/22/25 | 08/22/25 | 0 | 11 | 4 | $2,000 | |
| 58 | 09/02/2025 | Washington | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 15 | 3 | $1,500 | Bed offered 8/28 and 8/29, county declined (5 days and $2,500 removed from fine calculation) |
| 59 | 09/03/2025 | Washington | Circuit Court | Felony C | 08/18/25 | 08/19/25 | 1 | 16 | 3 | $1,500 | Bed offered 8/28 and 8/29, county declined (6 days and $3,000 removed from fine calculation) |
| 60 | 09/03/2025 | Clackamas | Circuit Court | Misdemeanor A | 08/25/25 | 08/25/25 | 0 | 9 | 2 | $1,000 | |
| 61 | 09/03/2025 | Jackson | Circuit Court | Felony C | 08/19/25 | 08/20/25 | 1 | 15 | 3 | $1,500 | bed offered 8/29, county declined (5 days and $2,500 removed from fine calculation) |
| 62 | 09/03/2025 | Jackson | Circuit Court | Felony C | 08/20/25 | 08/20/25 | 0 | 14 | 3 | $1,500 | bed offered 8/29, county declined (4 days and $2,000 removed from fine calculation) |
| 63 | 09/03/2025 | Polk | Circuit Court | Felony C | 08/21/25 | 08/22/25 | 1 | 13 | 6 | $3,000 | |
| 64 | 09/03/2025 | Washington | Circuit Court | Misdemeanor A | 08/18/25 | 08/19/25 | 1 | 16 | 3 | $1,500 | Bed offered 8/28 and 8/29, county declined (6 days and $3,000 removed from fine calculation) |
| 65 | 09/04/2025 | Clackamas | Circuit Court | Felony C | 08/25/25 | 08/25/25 | 0 | 10 | 3 | $1,500 | |
| 66 | 09/04/2025 | Washington | Circuit Court | Felony B | 08/25/25 | 08/25/25 | 0 | 10 | 3 | $1,500 | |
| 67 | 09/04/2025 | Marion | Circuit Court | Felony A | 08/22/25 | 08/25/25 | 3 | 13 | 6 | $3,000 | |
| 68 | 09/04/2025 | Marion | Circuit Court | Felony A | 08/25/25 | 08/25/25 | 0 | 10 | 3 | $1,500 | |

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 09/04/2025 | Marion | Circuit Court | Felony A | 08/21/25 | 08/21/25 | 0 | 14 | 7 | $3,500 | |
| 70 | 09/05/2025 | Benton | Circuit Court | Misdemeanor A | 08/22/25 | 08/22/25 | 0 | 14 | 7 | $3,500 | |
| 71 | 09/05/2025 | Benton | Circuit Court | Felony A | 08/22/25 | 08/22/25 | 0 | 14 | 7 | $3,500 | |
| 72 | 09/05/2025 | Multnomah | Circuit Court | Felony C | 08/26/25 | 08/27/25 | 1 | 10 | 3 | $1,500 | |
| 73 | 09/05/2025 | Clackamas | Circuit Court | Felony C | 08/25/25 | 08/25/25 | 0 | 11 | 4 | $2,000 | |
| 74 | 09/08/2025 | Washington | Circuit Court | Misdemeanor A | 08/25/25 | 08/25/25 | 0 | 14 | 7 | $3,500 | |
| 75 | 09/08/2025 | Washington | Circuit Court | Felony C | 08/25/25 | 08/25/25 | 0 | 14 | 7 | $3,500 | |
| 76 | 09/09/2025 | Linn | Circuit Court | Misdemeanor A | 08/26/25 | 08/27/25 | 1 | 14 | 7 | $3,500 | |
| 77 | 09/09/2025 | Multnomah | Circuit Court | Misdemeanor A | 08/26/25 | 08/27/25 | 1 | 14 | 7 | $3,500 | |
| 78 | 09/09/2025 | Multnomah | Circuit Court | Felony B | 08/26/25 | 08/27/25 | 1 | 14 | 7 | $3,500 | |
| 79 | 09/09/2025 | Multnomah | Circuit Court | Felony C | 08/26/25 | 08/27/25 | 1 | 14 | 7 | $3,500 | |
| 80 | 09/09/2025 | Jackson | Circuit Court | Felony C | 08/27/25 | 08/27/25 | 0 | 13 | 6 | $3,000 | |
| 81 | 09/09/2025 | Linn | Circuit Court | Felony C | 08/26/25 | 08/27/25 | 1 | 14 | 7 | $3,500 | |
| 82 | 09/10/2025 | Lane | Municipal Court | Misdemeanor A | 08/27/25 | 08/27/25 | 0 | 14 | 7 | $3,500 | |
| 83 | 09/10/2025 | Coos | Circuit Court | Felony C | 08/28/25 | 08/29/25 | 1 | 13 | 6 | $3,000 | |
| 84 | 09/10/2025 | Yamhill | Circuit Court | Felony B | 08/27/25 | 08/28/25 | 1 | 14 | 7 | $3,500 | |
| 85 | 09/10/2025 | Marion | Circuit Court | Felony B | 08/28/25 | 08/28/25 | 0 | 13 | 6 | $3,000 | |
| 86 | 09/10/2025 | Coos | Circuit Court | Misdemeanor A | 08/28/25 | 08/29/25 | 1 | 13 | 6 | $3,000 | |
| 87 | 09/10/2025 | Yamhill | Circuit Court | Misdemeanor-U (Unclassified) | 08/28/25 | 08/29/25 | 1 | 13 | 6 | $3,000 | |
| 88 | 09/10/2025 | Coos | Circuit Court | Felony A | 08/28/25 | 08/29/25 | 1 | 13 | 6 | $3,000 | |
| 89 | 09/11/2025 | Multnomah | Circuit Court | Felony A | 08/12/25 | 09/10/25 | 29 | 30 | 0 | $0 | Readmission based on a previous court order, readmission order received on 9/10 |
| 90 | 09/12/2025 | Lane | Circuit Court | Misdemeanor A | 08/29/25 | 08/29/25 | 0 | 14 | 7 | $3,500 | |
| 91 | 09/12/2025 | Lane | Municipal Court | Misdemeanor A | 09/02/25 | 09/02/25 | 0 | 10 | 3 | $1,500 | |
| 92 | 09/12/2025 | Washington | Circuit Court | Misdemeanor A | 09/02/25 | 09/02/25 | 0 | 10 | 3 | $1,500 | |
| 93 | 09/12/2025 | Lane | Circuit Court | Felony C | 08/29/25 | 08/29/25 | 0 | 14 | 7 | $3,500 | |
| | | | | | | | | | 368 | $184,000 | |

Level 3 - Restricted