DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
       Sheila.Potter@doj.oregon.gov
       Craig.M.Johnson@doj.oregon.gov
       Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>    Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>UNOPPOSED MOTION TO ADJUST DEADLINES FOR SUBMITTING DEFENDANTS' PROPOSED FINE CALCULATIONS |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -  UNOPPOSED MOTION TO ADJUST DEADLINES FOR SUBMITTING DEFENDANTS' PROPOSED FINE CALCULATIONS
       CAS/j3b/1000402165

capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

       Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

       Plaintiffs,

  v.

SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

       Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. 7-1(a), counsel for Defendants certified that they conferred with counsel for Plaintiff Disability Rights Oregon (DRO), and Plaintiff DRO does not oppose this motion.

## MOTION

This Court's June 6, 2025, Order requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. On September 8, 2025, this Court held a status conference during which the Court ruled that Defendants may exclude from their fine calculations (1) admission delays resulting from state court clerks' failure to timely send commitment orders to the Oregon State Hospital (OSH); and (2) admission delays resulting from counties' failure to transport persons from jail to OSH, so long as Defendants can show they provided timely notice to the county jail, issued a constitutional rights directive to the jail, and informed the committing court of the circumstances. ECF No. 664.

Page 2 -   UNOPPOSED MOTION TO ADJUST DEADLINES FOR SUBMITTING DEFENDANTS' PROPOSED FINE CALCULATIONS
CAS/j3b/1000402165

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

This Court further ruled on the record during the status hearing that the Court Monitor, Dr. Debra Pinals, shall decide whether Defendants have made the requisite showing to exclude such fines from their proposed calculations.

Defendants recently completed the process of submitting the necessary proof to Dr. Pinals for the fine reporting period of August 15 through September 15, 2025, and will file on October 1, 2025, Defendants' supplemental proposed fine calculations for that time period with Dr. Pinals's decisions regarding requested exclusions reflected in that proposed fine calculation. During that process, it became apparent to Defendants and Dr. Pinals that some additional time is needed from the date Defendants' proposed fine calculations are currently due to the Court (the 15th of each month) for Dr. Pinals and Plaintiffs to review Defendants' proposed exclusions and supporting documentation before Dr. Pinals makes her decision as to whether to grant any exclusions.

After consulting with Dr. Pinals and Plaintiffs, Defendants ask the schedule for submitting their proposed fine calculations be adjusted to the following schedule:

- By the 15th of each month, Defendants shall submit their proposed fine calculations for the preceding fine period (the 15th to the 15th) to Dr. Pinals and Plaintiffs, noting any requested exclusions along with supporting documentation.
- By the first of each month, Defendants shall file with the Court their proposed fine calculations for the preceding fine period (the 15th to the 15th) including Dr. Pinals's decisions as to any requested exclusions.

This motion is made in good faith and not for purposes of delay.

Page 3 -   UNOPPOSED MOTION TO ADJUST DEADLINES FOR SUBMITTING
           DEFENDANTS' PROPOSED FINE CALCULATIONS
CAS/j3b/1000402165

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

DATED October 1 , 2025.

                                              Respectfully submitted,

                                              DAN RAYFIELD
                                              Attorney General

                                              *s/ Carla A. Scott*
                                              CARLA A. SCOTT #054725
                                              CRAIG M. JOHNSON #080902
                                              SHEILA H. POTTER #993485
                                              Senior Assistant Attorneys General
                                              JILL CONBERE # 193430
                                              Assistant Attorney General
                                              Trial Attorneys
                                              Tel (971) 673-1880
                                              Fax (971) 673-5000
                                              Carla.A.Scott@doj.oregon.gov
                                              Sheila.Potter@doj.oregon.gov
                                              Craig.M.Johnson@doj.oregon.gov
                                              Jill.Conbere@doj.oregon.gov
                                              Of Attorneys for Defendants

Page 4 -    UNOPPOSED MOTION TO ADJUST DEADLINES FOR SUBMITTING DEFENDANTS' PROPOSED FINE CALCULATIONS

CAS/j3b/1000402165

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000