DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' REVISED FOURTH FINE CALCULATION REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -    DEFENDANTS' REVISED FOURTH FINE CALCULATION REPORT
          CAS/j3b/999338856
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                           (971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>            Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>            Plaintiffs,<br>  v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>            Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 is the full August monthly dashboard and the bi-weekly report containing data between September 1 and September 14, 2025.

The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. The Order "imposes monetary sanctions in the amount of $500.00 per class member per day." *Id.*, p. 17. Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from August 15 through September 14, 2025, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, excepting any days that resulted from late transmittal of a commitment order from the committing court or jail transport delays after timely and appropriate communication with the jail and court. Pursuant to this Court's direction, Defendants have calculated fines in the amount of $187,000, for the period of August 15 through September 14, 2025. The chart attached as Exhibit 2 reflects Defendants' calculations.

Page 2 -   DEFENDANTS' REVISED FOURTH FINE CALCULATION REPORT

    Defendants' calculations note in red delays resulting from late sent commitment orders and admission delays caused by jail transport delays for which Defendants have provided documentation to Dr. Pinals and Plaintiffs for their review. The calculation chart in Exhibit 2 notes whether Dr. Pinals approved each requested exclusion, and Defendants' calculated total reflects those decisions.

    DATED October 1, 2025.

    Respectfully submitted,

    DAN RAYFIELD
    Attorney General

    *s/ Jill L. Conbere*
    CARLA A. SCOTT #054725
    CRAIG M. JOHNSON #080902
    SHEILA H. POTTER #993485
    Senior Assistant Attorneys General
    JILL CONBERE # 193430
    Assistant Attorney General
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    Carla.A.Scott@doj.oregon.gov
    Sheila.Potter@doj.oregon.gov
    Craig.M.Johnson@doj.oregon.gov
    Jill.Conbere@doj.oregon.gov
    Of Attorneys for Defendants

Page 3 -   DEFENDANTS' REVISED FOURTH FINE CALCULATION REPORT
    CAS/j3b/999338856
    Department of Justice
    100 SW Market Street
    Portland, OR 97201
    (971) 673-1880 / Fax: (971) 673-5000