DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
         Sheila.Potter@doj.oregon.gov
         Craig.M.Johnson@doj.oregon.gov
         Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DECLARATION OF EBONY CLARKE |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her | |

Page 1 -   DECLARATION OF EBONY CLARKE

individual capacity, SEJAL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,

    v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

I, Ebony Clarke, do hereby declare:

1.      I am the Behavioral Health Director at the Oregon Health Authority (OHA).

2.      I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of business.

3.      The most direct way for OHA to ensure compliance with the *Mink* Injunction is to build enough capacity in the community to place patients who are ready to discharge from OSH or to divert them from entering OSH in the first instance.

4.      Building such capacity takes time and those efforts have been ongoing for many years.  On average most projects take between 24-48 months to complete.  The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, or new construction.  Due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensing.

Page 2 -   DECLARATION OF EBONY CLARKE

5.      The attached Exhibit 1 contains narrative along with charts and graphs that show OHA-driven capacity building from 2022 to the present to create beds in the community for patients to discharge to when they are ready to leave OSH or to divert them from admitting to OSH in the first instance.  As described in more detail in Exhibit 1, OHA has worked to secure legislative appropriations for several years and has been using the appropriated funds to build capacity throughout the behavioral health system, including in residential treatment homes, secure residential facilities, and supportive housing.

6.      Occupancy dates for those projects contained in Exhibit 1 go back to 2022 and are projected through 2028.  From the fourth quarter of 2022 to the present OHA has established approximately 816 new beds to serve the populations discharging from OSH or to divert persons from entering OSH in the first instance.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December  5 , 2025.


_____

EBONY CLARKE

Page 3 -    DECLARATION OF EBONY CLARKE



**Updated 11/21/2025**

# Behavioral Health Investments

# Licensed & Non-Licensed

# Capacity by Quarter

# Overview

The following slides display the increase in licensed and non-licensed capacity by calendar quarter resulting from investments below:

- House Bill 5024 ($130M with $20M Tribal Set-Aside from the 2021-2023 biennia)

- House Bill 5202 ($100M from the 2021-2023 biennia)

- Senate Bill 5525 ($15M with $1.5M Tribal Set Aside from the 2021-2023 biennia)

- House Bill 5030 ($50M with $5M Tribal Set Aside from the 2023-2025 biennia)

- Senate Bill 1530 ($18M from the 2023-2025 biennia)

- House Bill 2059 ($65M from the 2025-2027 biennia)

Please note, due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensure.

The BHI team is actively involved in monitoring all phases of project development to address barriers to support risk mitigation. Additionally, preliminary project reviews are being done with the licensing teams to ensure the organizations plans are viable and meet licensing standards to support a smooth licensure process upon project completion. **On average most projects take between 24-48 months to complete. The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, and/or new construction.**

2

Declaration of Ebony Clarke
Exhibit 1, Page 2 of 20

# Housing & Facility Types

**Licensed Facility Types:**

- Secure Residential Treatment Facility (SRTF)

- Residential Treatment Facility (RTF)

- Residential Treatment Home (RTH)

- Substance Use Disorder Residential Treatment Facility (SUD Res)

- Withdrawal Management (WM)

- Adult Foster Home (AFH) *please note: this facility type resulted from HB 5202 investments and is not reflected in the Dashboard visuals.*

- Inpatient Psychiatric

**Non-Licensed Housing/Facility Types:**

- Supportive Housing (SH)

- Transitional Housing (TH)

- Recovery Housing

- Re-Entry Program

3

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|----------------|--------|---------------|----------|----------------|---------|
| Community Counseling Solutions | $350,000 | Umatilla | AFH | 5 | 12/1/2022 | Q4 2022 |
| ColumbiaCare Services, Inc. | $1,876,335 | Jackson | RTF | 8 | 5/30/2023 | Q2 2023 |
| Ohana Ventures New Wave RTH, LLC (Terrell Dr) | $264,883 | Jackson | RTH | 5 | 9/30/2023 | Q3 2023 |
| Telecare Mental Health Services of Oregon, Inc. | $1,574,593 | Multnomah | RTH | 5 | 9/1/2023 | Q3 2023 |
| The Shangri-La Corporation (Harlow House) | $935,271 | Lane | RTH | 5 | 12/30/2023 | Q4 2023 |
| Community Counseling Solutions | $927,371 | Umatilla | SRTF | 6 | 2/29/2024 | Q1 2024 |
| Community Counseling Solutions | $10,000 | Umatilla | SRTF | 15 | 3/4/2024 | Q1 2024 |
| New Foundations, LLC (8th St) | $616,700 | Polk | RTH | 5 | 5/1/2024 | Q2 2024 |
| NIBBUS COMBINED CARE LLC (Bryson's House) | $879,900 | Jackson | RTH | 5 | 5/14/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (87th Ave) | $900,000 | Washington | RTH | 5 | 6/15/2024 | Q2 2024 |
| New Narrative (Mill St) | $2,178,392 | Multnomah | RTF | 11 | 6/30/2024 | Q2 2024 |
| New Narrative (Pacific St) | $2,141,196 | Multnomah | RTF | 11 | 4/30/2024 | Q2 2024 |

4

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Sequoia Mental Health Services, Inc. (Juniper) | $525,530 | Washington | RTH | 5 | 4/30/2024 | Q2 2024 |
| Ohana Ventures New Wave RTH, LLC (King Hwy) | $864,000 | Jackson | RTH | 5 | 9/3/2024 | Q3 2024 |
| The Shangri-La Corporation (Regency Dr) | $1,372,616 | Lane | RTH | 5 | 9/1/2024 | Q3 2024 |
| Jackson House | $749,900 | Multnomah | SRTF | 14 | 9/1/2024 | Q3 2024 |
| The Shangri-La Corporation (Macleay Rd) | $1,720,737 | Marion Area2 | RTH | 5 | 10/1/2024 | Q4 2024 |
| Marion County | $1,093,327 | Marion | RTH | 5 | 12/9/2024 | Q4 2024 |
| Marion County | $749,956 | Marion | RTH | 5 | 10/15/2024 | Q4 2024 |
| Ohana Ventures New Wave RTH, LLC (Peach St) | $814,000 | Jackson | RTH | 5 | 2/10/2025 | Q1 2025 |
| ColumbiaCare Services, Inc. | $1,103,221 | Lane | RTF | 7 | 4/14/2025 | Q2 2025 |
| Cascadia Health (174th) | $2,395,000 | Multnomah | RTF | 10 | 8/1/2025 | Q3 2025 |
| Ohana Ventures New Wave RTH, LLC (Maple Court) | $864,000 | Jackson | RTH | 5 | 9/4/2025 | Q3 2025 |
| Coos County | $550,000 | Coos | AFH | 5 | 9/30/2025 | Q3 2025 |

5

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lane County | $231,744.79 | Lane | AFH | 5 | 9/1/2025 | Q3 2025 |
| Community First Solutions LLC | $13,141,661 | Marion | SRTF | 16 | 10/15/2025 | Q4 2025 |
| New Narrative | $1,615,593 | Multnomah | RTF | 11 | 12/1/2025 | Q4 2025 |
| Ohana Ventures New Wave RTH, LLC (Sunrise Garden) | $864,000 | Jackson | RTH | 5 | 10/31/2025 | Q4 2025 |
| Live. Grow. Share. LLC | $2,891,574 | Lane | RTF | 16 | 11/30/2025 | Q4 2025 |
| Deschutes County | $1,425,000 | Deschutes | AFH | 5 | 12/31/2025 | Q4 2025 |
| Klamath Basin Behavioral Health | $1,847,255.63 | Klamath | RTF | 16 | 12/1/2025 | Q4 2025 |
| Washington County | $2,300,000 | Washington | SUD RTF | 48 | 11/15/2025 | Q4 2025 |
| Lincoln County Health and Human Services | $2,948,917 | Lincoln | SUD RTF | 16 | 10/27/2025 | Q4 2025 |
| Central City Concern | $6,000,000 | Multnomah | SUD RTF | 74 | 10/3/2025 | Q4 2025 |
| Family Recovery, Inc (Milestones) | $1,100,000 | Benton | SUD RTF | 12 | 11/1/2025 | Q4 2025 |
| Lifeworks NW | $300,000 | Washington | RTH | 5 | 12/31/2025 | Q4 2025 |

6

Declaration of Ebony Clarke
Exhibit 1, Page 6 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|---------------|--------|--------------|----------|----------------|---------|
| Sanctuary Agency, LLC | $200,000 | Marion | RTF | 9 | 12/31/2025 | Q4 2025 |
| CGCH II, Inc. (300) | $1,318,756 | Marion | RTF | 10 | 1/31/2026 | Q1 2026 |
| Lane County | $1,577,447.26 | Lane | RTH | 5 | 2/28/2026 | Q1 2026 |
| New Directions Northwest, Inc. | $1,500,000 | Baker | SUD RTF | 12 | 3/16/2026 | Q1 2026 |
| Addictions Recovery Center Inc. | $4,515,000 | Jackson | SUD RTF | 24 | 4/1/2026 | Q2 2026 |
| BH-OR-OPCO MLK Center, LLC | $749,900 | Multnomah | SRTF | 16 | 8/30/2026 | Q3 2026 |
| Lifeworks NW | $1,200,000 | Washington | RTH | 5 | 8/30/2026 | Q3 2026 |
| CGCH II, Inc. (301) | $2,201,962 | Marion | RTF | 10 | 10/31/2026 | Q4 2026 |
| Transformations Wellness Center | $2,359,204 | Klamath | SUD RTF | 25 | 12/1/2026 | Q4 2026 |
| Transformations Wellness Center | $0 (included in award above) | Klamath | Withdrawal Management | 8 | 12/1/2026 | Q4 2026 |
| Best Care Treatment Services, Inc. | $1,900,000 | Deschutes | SUD RTF | 16 | 12/18/2026 | Q4 2026 |
| OnTrack Inc | $10,558,181 | Jackson | SUD RTF | 43 | 11/7/2026 | Q4 2026 |

7

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community First Solutions LLC | $10,876,615 | Marion | SRTF | 16 | 11/1/2026 | Q4 2026 |
| Fora Health Treatment & Recovery | $4,000,000 | Multnomah | SUD RTF | 46 | 10/1/2026 | Q4 2026 |
| New Narrative | $5,200,000 | Washington | RTF | 10 | 12/31/2026 | Q4 2026 |
| NiBBus | $1,200,000 | TBD | RTF | 13 | 12/31/2026 | Q4 2026 |
| On Track | $150,000 | Jackson | SUD RTF | 10 | 12/1/2026 | Q4 2026 |
| Sequoia | $4,000,000 | Washington | SRTF | 12 | TBD | Q4 2026 |
| Cascadia Health (122nd Melody Court) | $2,410,000 | Multnomah | SRTF | 10 | 3/30/2027 | Q1 2027 |
| Columbia Community Mental Health | $4,400,000 | Columbia | Withdrawal Management | 10 | 1/2/2027 | Q1 2027 |
| Samaritan Health Services | $7,500,000 | Benton | Inpatient Psychiatric | 10 | TBD | Q2 2027 |
| Lifeways Inc. | $15,816,185 | Malheur | SRTF | 16 | 8/1/2027 | Q3 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | SUD RTF | 36 | 8/31/2027 | Q3 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | Withdrawal Management | 6 | 8/31/2027 | Q3 2027 |

8

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|---------------|--------|---------------|----------|----------------|---------|
| Cameron Care | $2,508,796 | Multnomah | RTF | 16 | 8/30/2027 | Q3 2027 |
| On Track | $5,520,000 | Jackson | SUD RTF | 15 | 12/1/2027 | Q4 2027 |
| On Track | $0 (included in award above) | Jackson | Withdrawal Management | 6 | 12/1/2027 | Q4 2027 |
| Cascadia | $7,691,404 | Multnomah | SRTF | 16 | 1/31/2028 | Q1 2028 |
| Cascadia | $7,608,769 | Multnomah | SRTF | 16 | 1/31/2028 | Q1 2028 |
| Deschutes County | $1,425,000 | Deschutes | AFH | 5 | TBD | TBD |
| Lifeways Inc. (Malheur) | $339,262 | Malheur | RTH | 5 | TBD | TBD |
| Marion County | $1,482,900 | Marion | RTF | 12 | TBD | TBD |
| Mid-Columbia Center for Living | $4,500,000 | Wasco | SUD RTF | 16 | TBD | TBD |
| Best Care Treatment Services, Inc. | $1,100,000 | Deschutes | Withdrawal Management | 21 | TBD | TBD |
| Shangri-La | $2,000,000 | Marion | RTH | 5 | TBD | TBD |
| Confederated Tribes of Grant Ronde | $1,000,000 | Marion | Withdrawal Management | 16 | TBD | TBD |
| Confederated Tribes of Warm Springs | $1,000,000 | Jefferson | RTH | 5 | TBD | TBD |

9

# Licensed Capacity by Quarter



**TBD Licensed Capacity:** A total of 85 additional beds are associated with licensed projects; however, the occupancy date is still being determined by the organization. As such, licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total licensed capacity: 85 (TBD occupancy date) and 838 (confirmed occupancy date) is a total of 923 licensed beds.**

# Licensed Capacity: Q4 2025 Overview

| Organization | Capacity | Facility Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| **Community First Solutions LLC** | **16** | **SRTF** | **Marion** | **10/15/2025** | **Q4 2025** |
| New Narrative | 11 | RTF | Multnomah | 12/1/2025 | Q4 2025 |
| **Ohana Ventures New Wave, LLC  (Sunrise Garden)** | **5** | **RTH** | **Jackson** | **10/31/2025** | **Q4 2025** |
| Live.Grow.Share. LLC | 16 | RTF | Lane | 11/30/2025 | Q4 2025 |
| Descutes County | 5 | AFH | Deschutes | 12/31/2025 | Q4 2025 |
| Klamath Basin Behavioral Health | 16 | RTF | Klamath | 12/1/2025 | Q4 2025 |
| **Washington County** | **48** | **SUD RTF** | **Washington** | **11/15/2025** | **Q4 2025** |
| **Lincoln County Health and Human Services** | **16** | **SUD RTF** | **Lincoln** | **10/27/2025** | **Q4 2025** |
| **Central City Concern** | **74** | **SUD RTF** | **Multnomah** | **10/3/2025** | **Q4 2025** |
| **Family Recovery, Inc (Milestones)** | **12** | **SUD RTF** | **Benton** | **11/1/2025** | **Q4 2025** |
| Lifeworks NW | 5 | RTH | Washington | 12/31/2025 | Q4 2025 |
| Sanctuary Agency, LLC | 9 | RTF | Marion | 12/31/2025 | Q4 2025 |
| **Total Q4 2025 Licensed Capacity** | **233 beds (171 beds as of 11/21/25 & 62 beds projected by 12/31/25)** | | | | |

*\* Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

11

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|---------------|--------|---------------|----------|----------------|---------|
| Community Counseling Solutions | $1,123,680 | Umatilla | Transitional Housing | 7 | 11/1/2022 | Q4 2022 |
| Community Counseling Solutions | $995,000 | Umatilla | Transitional Housing | 12 | 2/1/2023 | Q1 2023 |
| Multnomah County (VOA Recovery) | $778,540 | Multnomah | Recovery Housing | 13 | 6/15/2023 | Q2 2023 |
| Options | $500,000 | Josephine | Supportive Housing | 4 | 6/1/2023 | Q2 2023 |
| New Directions (Men's Home) | $268,715.99 | Baker | Recovery Housing | 8 | 8/1/2023 | Q3 2023 |
| New Directions (Women's Home) | $411,416.61 | Baker | Recovery Housing | 8 | 8/1/2023 | Q3 2023 |
| Mid Columbia Center for Living | $1,250,000 | Wasco | Supportive Housing | 20 | 10/1/2023 | Q4 2023 |
| Wallowa | $1,109,467 | Wallowa | Transitional Housing | 11 | 1/30/2024 | Q1 2024 |
| Clackamas County (Transcending Hope) | $931,072.53 | Clackamas | Recovery Home | 10 | 6/1/2024 | Q2 2024 |
| Tillamook | $1,418,504.65 | Tillamook | Supportive Housing | 5 | 5/1/2024 | Q2 2024 |
| Wallowa | $250,000 | Wallowa | Transitional Housing | 2 | 5/15/2024 | Q2 2024 |
| Crossroads Communities | $2,700,000 | Linn | Supportive Housing | 9 | 9/30/2024 | Q3 2024 |

12

Declaration of Ebony Clarke
Exhibit 1, Page 12 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|----------------|--------|---------------|----------|----------------|---------|
| Multnomah County (Bridges to Change) | $219,255 | Multnomah | Recovery Housing | 9 | 9/1/2024 | Q3 2024 |
| Multnomah County (Miracles Club) | $250,114 | Multnomah | Recovery Housing | 11 | 7/1/2024 | Q3 2024 |
| Symmetry | $472,525 | Harney | Supportive Housing | 4 | 9/1/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Multnomah | Recovery Home | 9 | 7/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Columbia | Recovery Home | 6 | 8/15/2024 | Q3 2024 |
| Juntos NW, Inc. | $226,900 | Washington | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| Painted Horse Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Transcending Hope | $715,667 | Washington | Recovery Home | 9 | 9/1/2024 | Q3 2024 |

13

Declaration of Ebony Clarke
Exhibit 1, Page 13 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---------|---------------|--------|--------------|----------|----------------|---------|
| Center for Hope & Safety | $1,200,000 | Marion | Supportive Housing | 4 | 10/30/2024 | Q4 2024 |
| Creating Housing Coalition | $1,600,000 | Linn | Supportive Housing | 8 | 12/15/2024 | Q4 2024 |
| New Directions | $369,181.28 | Baker | Recovery Housing | 2 | 12/15/2024 | Q4 2024 |
| Free on the Outside, Inc. | $720,000 | Clackamas | Recovery Home | 10 | 12/15/2024 | Q4 2024 |
| Iron Tribe Network | $650,000 | Marion | Recovery Home | 7 | 12/31/2024 | Q4 2024 |
| The Lasko Refuge, LLC | $211,000 | Multnomah | Recovery Home | 12 | 10/31/2024 | Q4 2024 |
| Transcending Hope | $915,177 | Multnomah | Recovery Home | 40 | 10/1/2024 | Q4 2024 |
| Tillamook Family Counseling Center, Inc. | $900,000 | Tillamook | Recovery Home | 11 | 12/15/2024 | Q4 2024 |
| Community Counseling Solutions | $315,570.57 | Morrow | Transitional Housing | 3 | 2/17/2025 | Q1 2025 |
| Free on the Outside, Inc. | $750,000 | Washington | Recovery Home | 12 | 2/1/2025 | Q1 2025 |
| Miracles Club MLK Limited Partnership | $50,000 | Multnomah | Recovery Home | 6 | 1/15/2025 | Q1 2025 |
| Adapt (Douglas) | $2,953,467 | Douglas | Supportive Housing | 23 | 4/1/2025 | Q2 2025 |

14

Declaration of Ebony Clarke
Exhibit 1, Page 14 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $350,000 | Grant | Transitional Housing | 3 | 4/1/2025 | Q2 2025 |
| Jackson County | $168,000 | Jackson | Recovery Housing | 5 | 6/1/2025 | Q2 2025 |
| Jackson County | $816,000 | Jackson | Transitional Housing | 8 | 4/1/2025 | Q2 2025 |
| Lifeways | $669,421.21 | Malheur | Supportive Housing | 5 | 5/27/2025 | Q2 2025 |
| Options | $2,065,782.38 | Josephine | Transitional Housing | 10 | 6/30/2025 | Q2 2025 |
| Free on the Outside, Inc. | $850,000 | Deschutes | Recovery Home | 14 | 4/1/2025 | Q2 2025 |
| Transcending Hope | $350,000 | Clackamas | Recovery Home | 10 | 4/1/2025 | Q2 2025 |
| Adapt (Hammond House) | $709,340 | Curry | Supportive Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $320,000 | Umatilla | Transitional Housing | 3 | 8/1/2025 | Q3 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $460,000 | Wheeler | Transitional Housing | 4 | 8/1/2025 | Q3 2025 |

15

Declaration of Ebony Clarke
Exhibit 1, Page 15 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $318,000 | Gilliam | Transitional Housing | 4 | 7/1/2025 | Q3 2025 |
| Linn County | $2,500,000 | Linn | Supportive Housing | 9 | 7/1/2025 | Q3 2025 |
| Mid-Willamette Valley Community Action Agency, Inc. | $2,700,000 | Polk | Supportive Housing | 9 | 10/31/2025 | Q4 2025 |
| Adapt (Lucky Lane) | $996,660 | Curry | Supportive Housing | 4 | 11/1/2025 | Q4 2025 |
| Cascadia Health (Rosewood) | $750,000 | Multnomah | Supportive Housing | 5 | 12/30/2025 | Q4 2025 |
| New Foundations, LLC (Birch St) | $996,800 | Polk | Supportive Housing | 5 | 2/1/2026 | Q1 2026 |
| Best Care (Crook) | $76,312.91 | Crook | Supportive Housing | 5 | 6/1/2026 | Q2 2026 |
| Best Care (Jefferson) | $98,497.43 | Jefferson | Supportive Housing | 5 | 4/1/2026 | Q2 2026 |
| Adapt Integrated Health Care | $2,700,000 | Curry | Supportive Housing | 9 | 9/1/2026 | Q3 2026 |
| Lincoln County Health & Human Services | $2,700,000 | Lincoln | Supportive Housing | 9 | 7/1/2026 | Q3 2026 |
| Clatsop Behavioral Healthcare | $2,700,000 | Clatsop | Supportive Housing | 9 | 9/30/2026 | Q3 2026 |
| Restoration House, Inc. | $1,489,088 | Clatsop | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |

16

Declaration of Ebony Clarke
Exhibit 1, Page 16 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Housing Authority of Yamhill County | $2,400,000 | Yamhill | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Washinton County | $2,500,000 | Washington | Supportive Housing | 16 | 12/31/2026 | Q4 2026 |
| Northwest Regional Re-Entry Center | $4,000,000 | Multnomah | Re-Entry Program | 20 | 12/31/2026 | Q4 2026 |
| Columbia Community Mental Health | $2,524,129 | Columbia | Transitional Housing | 16 | 5/1/2027 | Q2 2027 |
| Clatsop | $78,924.99 | Clatsop | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $243,303.53 | TBD | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Outback Strong | $125,000 | Lake | Supportive Housing | 6 | TBD | TBD |
| Lane County (Laurel Hill Center) | $865,000 | Lane | Supportive Housing | 65 | 2028 | TBD |
| Mid Columbia Center for Living | $1,950,000 | Wasco | Supportive Housing | 12 | Fall 2025 | TBD |

Declaration of Ebony Clarke
Exhibit 1, Page 17 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Multnomah County (Holistic Healing) | $734,000 | Multnomah | Transitional Housing | 12 | TBD | TBD |
| Multnomah County (Iron Tribe Network) | $900,000 | Multnomah | Recovery Housing | 6 | TBD | TBD |
| Options | $457,272.25 | Josephine | Transitional Housing | 3 | TBD | TBD |

# Non-Licensed Capacity by Quarter



**TBD Non-Licensed Capacity:** A total of 114 additional beds/units are associated with non-licensed projects; however, the occupancy date is still being determined by the organization. As such, non-licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total non-licensed capacity: 114 (TBD occupancy date) and 554 (confirmed occupancy date) is a total of 668 non-licensed beds.**

19

Declaration of Ebony Clarke
Exhibit 1, Page 19 of 20

# Non-Licensed Capacity: Q4 2025 Overview

| Organization | Capacity | Housing Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| Mid-Willamette Valley Community Action Agency, Inc. | 9 | Supportive Housing | Polk | 10/31/2025 | Q4 2025 |
| Adapt (Lucky Lane) | 4 | Supportive Housing | Curry | 11/1/2025 | Q4 2025 |
| Cascadia Health (Rosewood) | 5 | Supportive Housing | Multnomah | 12/30/2025 | Q4 2025 |
| **Total Q4 2025 Non-Licensed Capacity** | **18 beds (13 available as of 11/21/25 and 5 as of 12/31/2025)** | | | | |

*\* Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

20

Declaration of Ebony Clarke
Exhibit 1, Page 20 of 20