DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>　　　　　Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' SEVENTH FINE CALCULATION REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -    DEFENDANTS' SEVENTH FINE CALCULATION REPORT
　　　CAS/j3b/1009814818
　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　100 SW Market Street
　　　　　　　　　　　　　　　　　Portland, OR 97201
　　　　　　　　　　　　　　(971) 673-1880 / Fax: (971) 673-5000

|  |  |
|---|---|
| individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>    Defendants. |  |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>    Plaintiffs,<br> v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>    Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

  Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 contains the full November and a partial December monthly dashboard.

  The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. The Order "imposes monetary sanctions in the amount of $500.00 per class member per day." *Id.*, p. 17. Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from November 15 through December 14, 2025, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, excepting any days that resulted from late transmittal of a commitment order from the committing court or jail transport delays after timely and appropriate communication with the jail and court. Pursuant to this Court's direction, Defendants have calculated fines in the amount of $563,000, for the period of November 15 through December 14, 2025. The chart attached as Exhibit 2 reflects Defendants' calculations.

Page 2 -    DEFENDANTS' SEVENTH FINE CALCULATION REPORT
  CAS/j3b/1009814818    Department of Justice
              100 SW Market Street
              Portland, OR 97201
            (971) 673-1880 / Fax: (971) 673-5000

Defendants' calculations note in red delays resulting from late sent commitment orders and admission delays caused by jail transport delays for which Defendants have provided documentation to Dr. Pinals and Plaintiffs for their review. The calculation chart in Exhibit 2 notes whether Dr. Pinals approved each requested exclusion, and Defendants' calculated total reflects those decisions.

DATED January 2, 2026.

> Respectfully submitted,
>
> DAN RAYFIELD
> Attorney General
>
>   *s/ Carla A. Scott*
> CARLA A. SCOTT #054725
> CRAIG M. JOHNSON #080902
> SHEILA H. POTTER #993485
> Senior Assistant Attorneys General
> JILL CONBERE # 193430
> Assistant Attorney General
> Trial Attorneys
> Tel (971) 673-1880
> Fax (971) 673-5000
> Carla.A.Scott@doj.oregon.gov
> Sheila.Potter@doj.oregon.gov
> Craig.M.Johnson@doj.oregon.gov
> Jill.Conbere@doj.oregon.gov
> Of Attorneys for Defendants

Page 3 -   DEFENDANTS' SEVENTH FINE CALCULATION REPORT
CAS/j3b/1009814818

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000