| Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes | Approved by Dr. Pinals (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Felony-U (Unclassified) | 11/07/25 | 11/07/25 | 0 | 10 | 3 | 3 | $1,500 | | |
| Misdemeanor A | 10/29/25 | 10/30/25 | 1 | 19 | 12 | 12 | $6,000 | | |
| Felony C | 11/04/25 | 11/04/25 | 0 | 13 | 6 | 6 | $3,000 | | |
| Felony C | 10/27/25 | 10/27/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony A | 10/28/25 | 10/28/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 10/27/25 | 10/27/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Misdemeanor A | 10/28/25 | 10/29/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/28/25 | 10/28/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony A | 10/28/25 | 10/29/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/28/25 | 10/29/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/29/25 | 10/29/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 10/28/25 | 10/29/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/29/25 | 10/29/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/29/25 | 10/29/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/29/25 | 10/29/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 10/29/25 | 10/29/25 | 0 | 21 | 14 | 12 | $6,000 | Bed offered for 11/17, county declined (delayed admission by 2 days) | Y |
| Misdemeanor A | 11/04/25 | 11/05/25 | 1 | 15 | 8 | 8 | $4,000 | | |
| Misdemeanor A | 10/29/25 | 10/29/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 11/12/25 | 11/13/25 | 1 | 9 | 2 | 2 | $1,000 | | |
| Misdemeanor B | 10/31/25 | 10/31/25 | 0 | 24 | 17 | 17 | $8,500 | | |
| Felony B | 11/17/25 | 11/17/25 | 0 | 7 | 0 | 0 | $0 | | |
| Misdemeanor A | 11/04/25 | 11/05/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Misdemeanor A | 11/04/25 | 11/05/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Misdemeanor B | 11/04/25 | 11/05/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony-U (Unclassified) | 10/31/25 | 11/03/25 | 3 | 25 | 18 | 18 | $9,000 | | |
| Felony C | 11/04/25 | 11/05/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony A | 11/04/25 | 11/05/25 | 1 | 22 | 15 | 15 | $7,500 | | |
| Felony A | 11/04/25 | 11/05/25 | 1 | 22 | 15 | 15 | $7,500 | | |
| Felony C | 11/05/25 | 11/05/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 11/04/25 | 11/05/25 | 1 | 22 | 15 | 15 | $7,500 | | |
| Felony A | 11/04/25 | 11/05/25 | 1 | 22 | 15 | 15 | $7,500 | | |
| Felony C | 11/07/25 | 11/07/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| Felony C | 11/10/25 | 11/10/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony A | 11/06/25 | 11/06/25 | 0 | 25 | 18 | 18 | $9,000 | | |
| Felony B | 11/06/25 | 11/06/25 | 0 | 25 | 18 | 18 | $9,000 | | |
| Felony A | 11/05/25 | 11/05/25 | 0 | 26 | 19 | 19 | $9,500 | | |
| Misdemeanor A | 11/04/25 | 11/05/25 | 1 | 27 | 20 | 20 | $10,000 | | |
| Felony C | 11/06/25 | 11/07/25 | 1 | 25 | 18 | 18 | $9,000 | | |
| Misdemeanor A | 11/10/25 | 11/12/25 | 2 | 22 | 15 | 15 | $7,500 | | |
| Felony A | 11/12/25 | 11/12/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 11/10/25 | 11/12/25 | 2 | 22 | 15 | 15 | $7,500 | | |
| Misdemeanor A | 11/12/25 | 11/12/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony B | 11/25/25 | 11/25/25 | 0 | 7 | 0 | 0 | $0 | | |

| Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes | Approved by Dr. Pinals (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Felony C | 11/05/25 | 11/06/25 | 1 | 27 | 20 | 14 | $7,000 | Bed offered for 11/26, county declined (delayed admission by 6 days) | Y |
| Felony C | 11/13/25 | 11/13/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/13/25 | 11/13/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor B | 11/12/25 | 11/12/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 11/12/25 | 11/13/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| Felony C | 11/13/25 | 11/13/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 11/13/25 | 11/13/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 11/13/25 | 11/14/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Felony A | 11/17/25 | 11/17/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| Felony A | 11/18/25 | 11/19/25 | 1 | 16 | 9 | 9 | $4,500 | | |
| Felony A | 11/13/25 | 11/13/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Misdemeanor A | 11/17/25 | 11/18/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony C | 11/14/25 | 11/14/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/13/25 | 11/13/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| Felony A | 11/18/25 | 11/19/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony C | 11/18/25 | 11/18/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| Felony C | 11/18/25 | 11/19/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony B | 11/18/25 | 11/19/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony A | 11/17/25 | 11/18/25 | 1 | 18 | 11 | 11 | $5,500 | | |
| Felony A | 11/17/25 | 11/17/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| Misdemeanor A | 11/18/25 | 11/19/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony C | 11/19/25 | 11/19/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| Misdemeanor A | 11/20/25 | 11/20/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| Felony B | 11/18/25 | 11/19/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Felony C | 11/18/25 | 11/19/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/24/25 | 11/24/25 | 0 | 14 | 7 | 7 | $3,500 | | |
| Misdemeanor A | 11/18/25 | 11/19/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/17/25 | 11/17/25 | 0 | 22 | 15 | 10 | $5,000 | Bed offered for 12/4, county declined (delayed admission by 5 days) | Y |
| Felony A | 11/18/25 | 11/20/25 | 2 | 21 | 14 | 13 | $6,500 | Bed offered for 12/8, county declined (delayed admission by 1 day) | Y |
| Felony C | 11/19/25 | 11/20/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/25/25 | 11/25/25 | 0 | 14 | 7 | 7 | $3,500 | | |
| Felony B | 11/19/25 | 11/20/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Felony B | 11/19/25 | 11/20/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Felony A | 11/19/25 | 11/20/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/25/25 | 11/25/25 | 0 | 15 | 8 | 8 | $4,000 | | |
| Felony C | 11/20/25 | 11/21/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| Felony B | 11/20/25 | 11/20/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony B | 11/20/25 | 11/20/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Felony A | 11/21/25 | 11/21/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| Felony A | 11/20/25 | 11/21/25 | 1 | 20 | 13 | 13 | $6,500 | | |

| Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes | Approved by Dr. Pinals (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Felony C | 11/21/25 | 11/21/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| Misdemeanor A | 11/24/25 | 11/24/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| Felony B | 11/25/25 | 11/25/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| Felony C | 11/24/25 | 11/24/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| Felony B | 11/24/25 | 11/24/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| Felony C | 11/24/25 | 11/25/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| Felony B | 11/22/25 | 11/24/25 | 2 | 19 | 12 | 12 | $6,000 | | |
| Felony B | 11/24/25 | 12/10/25 | 16 | 18 | 11 | 0 | $0 | Late order (received 16 days after it was signed, admitted 2 days after receipt) | Y |
| Felony C | 11/25/25 | 11/25/25 | 0 | 17 | 10 | 8 | $4,000 | Bed offered for 12/10, county declined (delayed admission by 2 days) | Y |
| Felony A | 11/26/25 | 11/26/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| | | | | | 1,153 | 1,126 | $563,000 | | |