[1]Oregon State Hospital

Oregon State Hospital- Department of Admissions

Tina Kotek, Governor

OREGON HEALTH AUTHORITY

Date: 2/3/2026

Jail Commander,

As you may be aware, Oregon State Hospital (OSH) has been under a long-standing federal injunction to admit in-custody aid and assist defendants within 7 days. Defendants' constitutional rights are violated when they wait longer than 7 days for admission to OSH, and the Federal Judge is being informed when those rights are violated due to the action of other parties beyond OHA.

When a bed is available for admission at OSH, compliance with the federal injunction relies on jails to provide timely transport to OSH when OSH notifies the jail that it is ready to admit the defendant.

Please confirm that you will transport (Pt. Name) on (Day), (date) for admission to OSH.

Thank you,

*Brendy Estob on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

---

[1] [1] *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO.

2600 Center St. NE, Salem, OR, 97301

Exhibit 1
Page 1 of 1