# Oregon State Hospital

Oregon State Hospital – Department of Admissions

Tina Kotek, Governor



Date: 2/3/2026

Name:

Case #:

Honorable,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ____ issued on ____, OSH requested ____ County Sheriff's Office to transport _____ for admission on ____. The ____ County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for _____ when the next bed becomes available.

Thank you,

*Brendy Scob on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital