DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DECLARATION OF EBONY CLARKE IN SUPPORT OF MARCH 16, 2026 STATUS REPORT |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director | |

Page 1 -   DECLARATION OF EBONY CLARKE IN SUPPORT OF MARCH 16, 2026
            STATUS REPORT
CAS/j3b/32142872

of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,

    v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

I, Ebony Clarke, do hereby declare:

1.      I am the Behavioral Health Director at the Oregon Health Authority (OHA).

2.      I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of business.

3.      The most direct way for OHA to ensure compliance with the *Mink* Injunction is to build enough capacity in the community to place patients who are ready to discharge from OSH or to divert them from entering OSH in the first instance.

4.      Building such capacity takes time and those efforts have been ongoing for many years.  On average most projects take between 24-48 months to complete.  The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, or new construction.  Due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensing.

CAS/j3b/32142872

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

5.    The attached Exhibit 1 contains narrative along with charts and graphs that show OHA-driven capacity building from 2022 to the present to create beds in the community for patients to discharge to when they are ready to leave OSH or to divert them from admitting to OSH in the first instance.  As described in more detail in Exhibit 1, OHA has worked to secure legislative appropriations for several years and has been using the appropriated funds to build capacity throughout the behavioral health system, including in residential treatment homes, secure residential facilities, and supportive housing.

6.    Occupancy dates for those projects contained in Exhibit 1 go back to 2022 and are projected through 2028.  From the fourth quarter of 2022 to the present OHA has established approximately 832 new beds (16 new beds were added since Defendants' December 2025 status report) to serve the populations discharging from OSH or to divert persons from entering OSH in the first instance.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  12 , 2026.


_____*s/ Ebony Clarke*_____
EBONY CLARKE

Page 3 -    DECLARATION OF EBONY CLARKE IN SUPPORT OF MARCH 16, 2026
STATUS REPORT



**Updated 3/4/2026**

# Behavioral Health Investments

# Licensed & Non-Licensed

# Capacity by Quarter

Exhibit 1
Page 1 of 20

# Overview

The following slides display the increase in licensed and non-licensed capacity by calendar quarter resulting from investments below:

- House Bill 5024 ($130M with $20M Tribal Set-Aside from the 2021-2023 biennia)

- House Bill 5202 ($100M from the 2021-2023 biennia)

- Senate Bill 5525 ($15M with $1.5M Tribal Set Aside from the 2021-2023 biennia)

- House Bill 2316 ($20M from the 2021-2023 biennia)

- House Bill 5030 ($50M with $5M Tribal Set Aside from the 2023-2025 biennia)

- Senate Bill 1530 ($18M from the 2023-2025 biennia)

- House Bill 2059 ($65M from the 2025-2027 biennia)

Please note, due to the complex nature of capital development projects, project completion timelines and capacity projections may shift until the project is finalized. This is due to a variety of factors such as: property acquisitions timeframes, lengthy zoning/permitting process, construction/material delays, and licensure.

The BHI team is actively involved in monitoring all phases of project development to address barriers to support risk mitigation. Additionally, preliminary project reviews are being done with the licensing teams to ensure the organizations plans are viable and meet licensing standards to support a smooth licensure process upon project completion. **On average most projects take between 24-48 months to complete. The length of time needed to complete a project varies depending on the scope of the project and whether it encompasses acquisition, renovation, and/or new construction.**

2

Exhibit 1
Page 2 of 20

# Housing & Facility Types

**Licensed Facility Types:**

- Secure Residential Treatment Facility (SRTF)

- Residential Treatment Facility (RTF)

- Residential Treatment Home (RTH)

- Substance Use Disorder Residential Treatment Facility (SUD Res)

- Withdrawal Management (WM)

- Adult Foster Home (AFH) *please note: this facility type resulted from HB 5202 investments and is not reflected in the Dashboard visuals.*

- Inpatient Psychiatric

**Non-Licensed Housing/Facility Types:**

- Supportive Housing (SH)

- Transitional Housing (TH)

- Recovery Housing

- Re-Entry Program

3

Exhibit 1
Page 3 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $350,000 | Umatilla | AFH | 5 | 12/1/2022 | Q4 2022 |
| ColumbiaCare Services, Inc. (Twin Pines) | $1,876,335 | Jackson | RTF | 8 | 5/30/2023 | Q2 2023 |
| Telecare Mental Health Services of Oregon, Inc. (Rhone) | $1,574,593 | Multnomah | RTH | 5 | 9/1/2023 | Q3 2023 |
| Ohana Ventures New Wave RTH, LLC (Terrell Dr) | $264,883 | Jackson | RTH | 5 | 9/30/2023 | Q3 2023 |
| The Shangri-La Corporation (Harlow House) | $935,271 | Lane | RTH | 5 | 12/30/2023 | Q4 2023 |
| Community Counseling Solutions (Aspen Springs) | $927,371 | Umatilla | SRTF | 6 | 2/29/2024 | Q1 2024 |
| Community Counseling Solutions | $10,000 | Umatilla | SRTF | 15 | 3/4/2024 | Q1 2024 |
| New Narrative (Pacific St) | $2,141,196 | Multnomah | RTF | 11 | 4/30/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (Juniper) | $525,530 | Washington | RTH | 5 | 4/30/2024 | Q2 2024 |
| New Foundations, LLC (8th St) | $616,700 | Polk | RTH | 5 | 5/1/2024 | Q2 2024 |
| NIBBUS COMBINED CARE LLC (Bryson's House) | $879,900 | Jackson | RTH | 5 | 5/14/2024 | Q2 2024 |
| Sequoia Mental Health Services, Inc. (87th Ave) | $900,000 | Washington | RTH | 5 | 6/15/2024 | Q2 2024 |

4

Exhibit 1
Page 4 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| New Narrative (Mill St) | $2,178,392 | Multnomah | RTF | 11 | 6/30/2024 | Q2 2024 |
| The Shangri-La Corporation (Regency Dr) | $1,372,616 | Lane | RTH | 5 | 9/1/2024 | Q3 2024 |
| Jackson House | $749,900 | Multnomah | SRTF | 14 | 9/1/2024 | Q3 2024 |
| Ohana Ventures New Wave RTH, LLC (Sunrise Garden) | $864,000 | Jackson | RTH | 5 | 9/3/2024 | Q3 2024 |
| The Shangri-La Corporation (Macleay Rd) | $1,720,737 | Marion | RTH | 5 | 10/1/2024 | Q4 2024 |
| Marion County | $749,956 | Marion | RTH | 5 | 10/15/2024 | Q4 2024 |
| Marion County | $1,093,327 | Marion | RTH | 5 | 12/9/2024 | Q4 2024 |
| Ohana Ventures New Wave RTH, LLC (Aster Place) | $814,000 | Jackson | RTH | 5 | 2/10/2025 | Q1 2025 |
| ColumbiaCare Services, Inc. (Pine Ridge) | $1,103,221 | Lane | RTF | 7 | 4/14/2025 | Q2 2025 |
| Central City Concern | $6,000,000 | Multnomah | SUD RTF | 74 | 5/19/2025 | Q2 2025 |
| Cascadia Health (Treeline) | $2,395,000 | Multnomah | RTF | 10 | 8/1/2025 | Q3 2025 |
| Lane County | $231,744.79 | Lane | AFH | 5 | 9/1/2025 | Q3 2025 |

5

Exhibit 1
Page 5 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Ohana Ventures New Wave RTH, LLC (Maple Court) | $864,000 | Jackson | RTH | 5 | 9/22/2025 | Q3 2025 |
| Community First Solutions LLC | $13,141,661 | Marion | SRTF | 16 | 10/15/2025 | Q4 2025 |
| Lincoln County Health and Human Services | $2,948,917 | Lincoln | SUD RTF | 16 | 10/27/2025 | Q4 2025 |
| Family Recovery, Inc (Milestones) | $1,100,000 | Benton | SUD RTF | 12 | 11/1/2025 | Q4 2025 |
| Washington County | $2,300,000 | Washington | SUD RTF | 48 | 11/15/2025 | Q4 2025 |
| Klamath Basin Behavioral Health | $1,847,255.63 | Klamath | RTF | 16 | 12/1/2025 | Q4 2025 |
| Ohana Ventures New Wave RTH, LLC (Mountain View) | $864,000 | Jackson | RTH | 5 | 12/31/2025 | Q4 2025 |
| Deschutes County | $1,200,000 | Deschutes | AFH | 5 | 12/31/2025 | Q4 2025 |
| Lifeworks NW | $300,000 | Washington | RTH | 5 | 12/31/2025 | Q4 2025 |
| CGCH II, Inc. (300) | $1,318,756 | Marion | RTF | 10 | 1/31/2026 | Q1 2026 |
| Lane County | $1,374,697.26 | Lane | RTH | 5 | 2/28/2026 | Q1 2026 |
| New Narrative | $1,615,593 | Multnomah | RTF | 11 | 2/28/2026 | Q1 2026 |

6

Exhibit 1
Page 6 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| NiBBus | $1,565,500 | Coos | RTF | 16 | 5/1/2026 | Q2 2026 |
| Live. Grow. Share. LLC (Lotus) | $2,891,574 | Lane | RTF | 16 | 5/30/2026 | Q2 2026 |
| Coos County | $550,000 | Coos | RTH | 5 | 6/1/2026 | Q2 2026 |
| New Directions Northwest, Inc. | $1,500,000 | Baker | SUD RTF | 12 | 6/15/2026 | Q2 2026 |
| Cascadia Health (122nd Melody Court) | $2,410,000 | Multnomah | SRTF | 10 | 8/30/2026 | Q3 2026 |
| BH-OR-OPCO MLK Center, LLC | $749,900 | Multnomah | SRTF | 16 | 8/30/2026 | Q3 2026 |
| Lifeworks NW | $1,200,000 | Washington | RTH | 5 | 8/30/2026 | Q3 2026 |
| Best Care Treatment Services, Inc. | $1,100,000 | Deschutes | Withdrawal Management | 21 | 9/21/2026 | Q3 2026 |
| Community First Solutions LLC | $10,876,615 | Marion | SRTF | 16 | 11/1/2026 | Q4 2026 |
| OnTrack Inc (Phase 1) | $10,558,181 | Jackson | SUD RTF | 43 | 11/7/2026 | Q4 2026 |
| Addictions Recovery Center Inc. | $4,515,000 | Jackson | SUD RTF | 24 | 11/30/2026 | Q4 2026 |
| On Track (Phase 2) | $150,000 | Jackson | SUD RTF | 10 | 12/1/2026 | Q4 2026 |

7

Exhibit 1
Page 7 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Best Care Treatment Services, Inc. | $1,900,000 | Deschutes | SUD RTF | 16 | 12/18/2026 | Q4 2026 |
| CGCH II, Inc. (301) | $2,201,962 | Marion | RTF | 10 | 12/31/2026 | Q4 2026 |
| Transformations Wellness Center | $2,593,828 | Klamath | SUD RTF | 25 | 1/1/2027 | Q1 2027 |
| Transformations Wellness Center | $0 (included in award above) | Klamath | Withdrawal Management | 8 | 1/1/2027 | Q1 2027 |
| Columbia Community Mental Health | $4,400,000 | Columbia | Withdrawal Management | 10 | 1/2/2027 | Q1 2027 |
| Samaritan Health Services | $7,500,000 | Benton | Inpatient Psychiatric | 10 | 3/15/2027 | Q1 2027 |
| New Narrative | $5,200,000 | Washington | RTF | 10 | 5/1/2027 | Q2 2027 |
| The Native American Rehabilitation Association of the Northwest, Inc. | $11,000,000 | Multnomah | SUD RTF | 58 | 5/31/2027 | Q2 2027 |
| Lifeways Inc. | $15,816,185 | Malheur | SRTF | 16 | 8/1/2027 | Q3 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | SUD RTF | 36 | 8/1/2027 | Q3 2027 |
| Lifeways Inc. | $0 (included in award above) | Malheur | Withdrawal Management | 6 | 8/1/2027 | Q3 2027 |
| Cameron Care | $2,508,796 | Multnomah | RTF | 16 | 8/30/2027 | Q3 2027 |

8

Exhibit 1
Page 8 of 20

# Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Cascadia (Cleveland Commons) | $7,691,404 | Multnomah | SRTF | 16 | 8/31/2027 | Q3 2027 |
| Sequoia | $4,000,000 | Washington | SRTF | 12 | 11/1/2027 | Q4 2027 |
| On Track (Phase 3) | $5,520,000 | Jackson | SUD RTF | 15 | 12/30/2027 | Q4 2027 |
| On Track (Phase 3) | $0 (included in award above) | Jackson | Withdrawal Management | 6 | 12/30/2027 | Q4 2027 |
| Cascadia (Dekum Street) | $7,608,769 | Multnomah | SRTF | 16 | 3/1/2028 | Q1 2028 |
| Mid-Columbia Center for Living | $4,500,000 | Wasco | SUD RTF | 17 | 8/1/2028 | Q3 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $10,000,000 | Clackamas | SUD RTF | 24 | Fall 2028 | Q3 2028 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (included in award above) | Clackamas | Withdrawal Management | 16 | Fall 2028 | Q3 2028 |
| Deschutes County | $1,650,000 | Deschutes | AFH | 5 | TBD | TBD |
| Lane County | $905,000.00 | Lane | RTH | 4 | TBD | TBD |
| Marion County | $1,482,900 | Marion | RTF | 12 | TBD | TBD |
| Sanctuary Agency, LLC | $200,000 | Marion | RTF | 9 | TBD | TBD |
| Shangri-La | $2,000,000 | Marion | RTH | 5 | TBD | TBD |

9

Exhibit 1
Page 9 of 20

# Licensed Capacity by Quarter



**TBD Licensed Capacity:** A total of 35 additional beds are associated with licensed projects; however, the occupancy date is still being determined by the organization. As such, licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total licensed capacity: 35 (TBD occupancy date) and 922 (confirmed occupancy date) is a total of 957 licensed beds.**

10

Exhibit 1
Page 10 of 20

# Licensed Capacity: Q1 2026 Overview

| Organization | Capacity | Facility Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| CGCH II, Inc. (300) | 10 | RTF | Marion | 1/31/2026 | Q1 2026 |
| Lane County | 5 | RTH | Lane | 2/28/2026 | Q1 2026 |
| New Narrative | 11 | RTF | Multnomah | 2/28/2026 | Q1 2026 |
| **Total Q1 2026 Licensed Capacity** | **26 beds** | | | | |

*\* Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*

Exhibit 1
Page 11 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $1,123,680 | Umatilla | Transitional Housing | 7 | 11/1/2022 | Q4 2022 |
| Community Counseling Solutions | $995,000 | Umatilla | Transitional Housing | 12 | 2/1/2023 | Q1 2023 |
| Options | $500,000 | Josephine | Supportive Housing | 4 | 6/1/2023 | Q2 2023 |
| Multnomah County (VOA Recovery) | $778,540 | Multnomah | Recovery Housing | 13 | 6/15/2023 | Q2 2023 |
| New Directions (Men's Home) | $268,715.99 | Baker | Recovery Housing | 8 | 8/1/2023 | Q3 2023 |
| New Directions (Women's Home) | $411,416.61 | Baker | Recovery Housing | 8 | 8/1/2023 | Q3 2023 |
| Mid Columbia Center for Living (Gloria Center) | $1,250,000 | Wasco | Supportive Housing | 20 | 10/1/2023 | Q4 2023 |
| Wallowa Valley | $1,109,467 | Wallowa | Transitional Housing | 11 | 1/30/2024 | Q1 2024 |
| Tillamook | $1,418,504.65 | Tillamook | Supportive Housing | 5 | 5/1/2024 | Q2 2024 |
| Wallowa Valley | $220,961.98 | Wallowa | Transitional Housing | 2 | 5/15/2024 | Q2 2024 |
| Clackamas County (Transcending Hope) | $950,862.70 | Clackamas | Recovery Home | 10 | 6/1/2024 | Q2 2024 |
| Multnomah County (Miracles Club) | $250,114 | Multnomah | Recovery Housing | 11 | 7/1/2024 | Q3 2024 |

Exhibit 1
Page 12 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Iron Tribe Network | $750,000 | Multnomah | Recovery Home | 9 | 7/30/2024 | Q3 2024 |
| Iron Tribe Network | $750,000 | Columbia | Recovery Home | 6 | 8/15/2024 | Q3 2024 |
| Mid Columbia Center for Living (The Annex) | $1,950,000 | Wasco | Supportive Housing | 12 | 9/1/2024 | Q3 2024 |
| Multnomah County (Bridges to Change) | $219,255 | Multnomah | Recovery Housing | 9 | 9/1/2024 | Q3 2024 |
| Symmetry | $472,525 | Harney | Supportive Housing | 4 | 9/1/2024 | Q3 2024 |
| Transcending Hope | $715,667 | Washington | Recovery Home | 9 | 9/1/2024 | Q3 2024 |
| Crossroads Communities | $2,700,000 | Linn | Supportive Housing | 9 | 9/30/2024 | Q3 2024 |
| 4D Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| 4D Recovery, Inc. (True Colors Home) | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Juntos NW, Inc. | $226,900 | Washington | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |
| Miracles Club MLK Limited Partnership | $500,000 | Multnomah | Recovery Home | 8 | 9/30/2024 | Q3 2024 |

13

Exhibit 1
Page 13 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Painted Horse Recovery, Inc. | $700,000 | Multnomah | Recovery Home | 6 | 9/30/2024 | Q3 2024 |
| Transcending Hope | $915,177 | Multnomah | Recovery Home | 40 | 10/1/2024 | Q4 2024 |
| Center for Hope & Safety | $1,200,000 | Marion | Supportive Housing | 4 | 10/30/2024 | Q4 2024 |
| The Lasko Refuge, LLC | $211,000 | Multnomah | Recovery Home | 12 | 10/31/2024 | Q4 2024 |
| Creating Housing Coalition | $1,600,000 | Linn | Supportive Housing | 8 | 12/15/2024 | Q4 2024 |
| New Directions | $369,181.28 | Baker | Recovery Housing | 2 | 12/15/2024 | Q4 2024 |
| Free on the Outside, Inc. | $720,000 | Clackamas | Recovery Home | 10 | 12/15/2024 | Q4 2024 |
| Tillamook Family Counseling Center, Inc. | $900,000 | Tillamook | Recovery Home | 11 | 12/15/2024 | Q4 2024 |
| Iron Tribe Network | $650,000 | Marion | Recovery Home | 7 | 12/31/2024 | Q4 2024 |
| Miracles Club MLK Limited Partnership | $50,000 | Multnomah | Recovery Home | 6 | 1/15/2025 | Q1 2025 |
| Free on the Outside, Inc. | $750,000 | Washington | Recovery Home | 12 | 2/1/2025 | Q1 2025 |
| Community Counseling Solutions | $315,570.57 | Morrow | Transitional Housing | 3 | 2/17/2025 | Q1 2025 |

14

Exhibit 1
Page 14 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt (Douglas) | $2,953,467 | Douglas | Supportive Housing | 23 | 4/1/2025 | Q2 2025 |
| Community Counseling Solutions | $350,000 | Grant | Transitional Housing | 3 | 4/1/2025 | Q2 2025 |
| Jackson County (Rogue Retreat) | $650,000 | Jackson | Transitional Housing | 8 | 4/1/2025 | Q2 2025 |
| Free on the Outside, Inc. | $850,000 | Deschutes | Recovery Home | 14 | 4/1/2025 | Q2 2025 |
| Transcending Hope | $350,000 | Clackamas | Recovery Home | 10 | 4/1/2025 | Q2 2025 |
| Lifeways | $669,421.21 | Malheur | Supportive Housing | 5 | 5/27/2025 | Q2 2025 |
| Jackson County (New Haven) | $316,000 | Jackson | Recovery Housing | 5 | 6/1/2025 | Q2 2025 |
| Options | $2,065,782.38 | Josephine | Transitional Housing | 10 | 6/30/2025 | Q2 2025 |
| Cascadia Health (Rosewood) | $750,000 | Multnomah | Supportive Housing | 5 | 6/30/2025 | Q2 2025 |
| Adapt (Hammond House) | $709,340 | Curry | Supportive Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $350,000 | Morrow | Transitional Housing | 3 | 7/1/2025 | Q3 2025 |

15

Exhibit 1
Page 15 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Community Counseling Solutions | $318,000 | Gilliam | Transitional Housing | 4 | 7/1/2025 | Q3 2025 |
| Community Counseling Solutions | $320,000 | Umatilla | Transitional Housing | 3 | 8/1/2025 | Q3 2025 |
| Community Counseling Solutions | $460,000 | Wheeler | Transitional Housing | 4 | 8/1/2025 | Q3 2025 |
| Mid-Willamette Valley Community Action Agency, Inc. | $2,700,000 | Polk | Supportive Housing | 9 | 10/31/2025 | Q4 2025 |
| Linn County | $2,500,000 | Linn | Supportive Housing | 8 | 2/1/2026 | Q1 2026 |
| Best Care (Jefferson) | $98,497.43 | Jefferson | Supportive Housing | 5 | 4/1/2026 | Q2 2026 |
| New Foundations, LLC (Birch St) | $996,800 | Polk | Supportive Housing | 5 | 6/1/2026 | Q2 2026 |
| Lincoln County Health & Human Services | $2,700,000 | Lincoln | Supportive Housing | 9 | 7/31/2026 | Q3 2026 |
| Clatsop Behavioral Healthcare | $2,700,000 | Clatsop | Supportive Housing | 9 | 9/30/2026 | Q3 2026 |
| Adapt Integrated Health Care | $2,700,000 | Curry | Supportive Housing | 9 | 12/31/2026 | Q4 2026 |
| Restoration House, Inc. | $1,489,088 | Clatsop | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |
| Housing Authority of Yamhill County | $2,400,000 | Yamhill | Supportive Housing | 10 | 12/31/2026 | Q4 2026 |

16

Exhibit 1
Page 16 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Adapt (Lucky Lane) | $996,660 | Curry | Supportive Housing | 4 | 12/31/2026 | Q4 2026 |
| Washington County | $2,500,000 | Washington | Supportive Housing | 16 | 12/31/2026 | Q4 2026 |
| Fora Health Treatment & Recovery (Fora Home) | $4,000,000 | Multnomah | Transitional Housing | 46 | 2/1/2027 | Q1 2027 |
| Columbia Community Mental Health | $2,487,410.26 | Columbia | Transitional Housing | 16 | 5/1/2027 | Q2 2027 |
| Northwest Regional Re-Entry Center | $4,000,000 | Multnomah | Re-Entry Program | 20 | 5/1/2027 | Q2 2027 |
| Clackamas County (Clackamas County Recovery Campus) | $0 (included in award on Licensed Tab) | Clackamas | Transitional Housing | 36 | Fall 2028 | Q3 2028 |
| Clatsop County | $78,924.99 | Clatsop | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $243,303.53 | TBD | Supportive Housing | 2 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Community Counseling Solutions | $375,000 | Grant | Transitional Housing | 3 | TBD | TBD |
| Outback Strong | $125,000 | Lake | Supportive Housing | 6 | TBD | TBD |
| Lane County (Laurel Hill Center) | $865,000 | Lane | Supportive Housing | 54 | TBD | TBD |

17

Exhibit 1
Page 17 of 20

# Non-Licensed Capacity by Quarter: Project Details

| Grantee | Funding Amount | County | Facility Type | Capacity | Occupancy Date | Quarter |
|---|---|---|---|---|---|---|
| Lifeways | $339,262.00 | Malheur | Transitional Housing | TBD | TBD | TBD |
| Multnomah County (Holistic Healing) | $734,000 | Multnomah | Transitional Housing | 6 | TBD | TBD |
| Multnomah County (Iron Tribe Network) | $900,000 | Multnomah | Recovery Housing | 6 | TBD | TBD |
| Options | $457,272.25 | Josephine | Transitional Housing | 3 | TBD | TBD |

Exhibit 1
Page 18 of 20

# Non-Licensed Capacity by Quarter



Non-Licensed Capacity Projections

**TBD Non-Licensed Capacity:** A total of 85 additional beds/units are associated with non-licensed projects; however, the occupancy date is still being determined by the organization. As such, non-licensed capacity with a TBD occupancy date is not reflected in the line chart above. **Total non-licensed capacity: 85 (TBD occupancy date) and 642 (confirmed occupancy date) is a total of 727 non-licensed beds.**

19

Exhibit 1
Page 19 of 20

# Non-Licensed Capacity: Q1 2026 Overview

| Organization | Capacity | Housing Type | County | Occupancy Date | Quarter |
|---|---|---|---|---|---|
| Linn County | 8 | Supportive Housing | Linn | 2/1/2026 | Q1 2026 |
| **Total Q1 2026 Non-Licensed Capacity** | **8 beds** | | | | |

*\* Please note, this information is based on data from quarterly reports submitted by the organizations. As the next round of quarterly reports are received, it is possible these numbers and/or dates may shift based on project finalization and licensure.*