Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
David Boyer OSB # 235450
dboyer@droregon.org
Hanah Morin OSB # 230043
hmorin@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., & A.J. MADISON,** Plaintiffs, <br><br> v. <br><br> **SAJEL HATHI,** in her official capacity as head of the Oregon Health Authority, & **JAMES DIEGEL** in his official capacity as Superintendent of the Oregon State Hospital, Defendants. <br><br> **JAROD BOWMAN** and **JOSHAWN DOUGLAS-SIMPSON**, Plaintiffs, <br><br> v. <br><br> **JAMES DIEGEL**, Interim Superintendent of the Oregon State Hospital, in his official capacity, **SAJEL HATHI**, Director of the Oregon Health Authority, in her official capacity, Defendants. | Case No. 3:02-cv-00339-MO (Lead Case) <br> Case No. 3:21-cv-01637-MO (Member Case) <br><br> DECLARATION OF THOMAS STENSON IN SUPPORT OF DISABILITY RIGHTS OREGON'S OPPOSITION TO MOTION TO STAY |

DECLARATION OF THOMAS STENSON IN SUPPORT OF
OPPOSITION TO MOTION TO STAY
Page 1

Disability Rights Oregon
511 SW 10th Avenue, 2nd Floor
Portland, OR  97205
(503) 243-2081

# DECLARATION OF THOMAS STENSON IN SUPPORT OF DISABILITY RIGHTS OREGON'S OPPOSITION TO MOTION TO STAY

I, Thomas Stenson, declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters herein.

2. I am Deputy Legal Director at Disability Rights Oregon and counsel for the plaintiff.

3. I have been trial counsel for Disability Rights Oregon on this matter since 2019.

4. I am familiar with how Defendants have publicly posted filings and documents associated with this case. For several years, Defendants have maintained a webpage with various documents pertaining to this case, including regular reports generated by Defendants related to the progress in admitting aid-and-assist detainees awaiting admission to the Oregon State Hospital; discharging people committed to the Oregon State Hospital; county-by-county data on aid-and-assist detainees; and a variety of other data related to this case.

5. These documents are currently collected on the Oregon Health Authority website. *See* Or. Health Auth., Oregon State Hospital Mink-Bowman Order Compliance, *at* https://www.oregon.gov/oha/osh/pages/mink-bowman.aspx (last visited June 23, 2025).

6. OHA has been collecting Dr. Pinals' quarterly reports on their website and posting them for public access for years. OHA promptly posted Dr. Pinals' Eleventh Report on its website, along with an addendum to the Eleventh Report, shortly after the Eleventh Report was produced to the parties.

7. A true and correct copy of Dr. Pinals' Eleventh Report is attached as Exhibit A. This report was downloaded from the OHA website. *See* Or. Health Auth., Eleventh Oregon Mink-

DECLARATION OF THOMAS STENSON IN SUPPORT OF OPPOSITION TO MOTION TO STAY
Page 2

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081

Bowman Neutral Expert Report, *at* https://www.oregon.gov/oha/OSH/reports/Oregon_Mink-Bowman_11th_Neutral_Expert_Pinals_Report.pdf (June 23, 2025).

8. On May 7, 2025, Dr. Pinals sent an email addressed to Plaintiffs' counsel and Defendants' counsel, with the subject line "11th Report." A copy of Dr. Pinals' Eleventh Neutral Expert Report was attached to the email. A true and correct copy of the email is attached as Exhibit B. To the best of my knowledge, the document downloaded as Exhibit A is indistinguishable from the document attached to this email.

9. On April 11, 2025, Governor Tina Kotek put out a press release, whose headline stated that Governor Kotek was "announcing a new acting Superintendent of Oregon State Hospital upon learning more details on recent fatality." A true and correct copy of this press release was downloaded from the state's website and is attached as Exhibit C. This post is available for download. *See* Office of Governor, Press Release: Governor Kotek Announces New Acting Superintendent of Oregon State Hospital Upon Learning More Details on Recent Fatality, Apr. 11, 2025, *at* https://apps.oregon.gov/oregon-newsroom/OR/GOV/Posts/Post/governor-kotek-announces-new-acting-superintendent-of-oregon-state-hospital-upon-learning-more-details-on-recent-fatality.

10. On March 26, 2025, the Joint Commission, a hospital and health care accreditation organization, wrote a letter to Dr. Walker, then-interim Superintendent of Oregon State Hospital, notifying her that the accreditation of the hospital was being placed on a "Preliminary Denial of Accreditation" status, as a result of demonstrated serious errors and omissions, connected with the recent death of a patient by a fall. A true and correct copy of the letter is attached as Exhibit

DECLARATION OF THOMAS STENSON IN SUPPORT OF
OPPOSITION TO MOTION TO STAY
Page 3

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR  97205
(503) 243-2081

D. Joint Commission, Letter to Dr. Sara Walker, March 26, 2025,

https://www.oregon.gov/oha/OSH/reports/TJC/2025.03.26-TJC-Letter.pdf.

11.     On May 22, 2025, the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, sent a "statement of deficiencies" to the Oregon State Hospital, indicating that OSH's capacity to receive Medicare funding would be suspended by August 2025 if the documented negative performance measures were not corrected. Oregon released a heavily redacted version of this "statement of deficiencies" to the public on June 11, 2025. The redacted version of the 245-page documents is available for public review. Oregon Health Auth., Oregon State Hospital Receives CMS Statement of Deficiencies, *at*

https://www.oregon.gov/oha/ERD/Pages/Oregon-State-Hospital-receives-CMS-statement-of-deficiencies.aspx; Ctr. Medicare & Medicaid Servs., May 22, 2025 Statement of Deficiencies to Oregon State Hospital, *at* https://www.oregon.gov/oha/OSH/reports/CMS/CMS-OSH-SOD-2025.pdf.

12.     A relevant portion of the lengthy Statement of Deficiencies document is produced as Exhibit E. Any redactions to the text were made by state of Oregon employees prior to its release by Oregon. Otherwise, the fragment of the Statement of Deficiencies is true and correct.

13.     On March 12, 2025, this Court held the first of two days of an evidentiary hearing regarding the contempt motion. Attached as Exhibit F is a fragment of the transcript from that hearing on that date.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DECLARATION OF THOMAS STENSON IN SUPPORT OF
OPPOSITION TO MOTION TO STAY
Page 4

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR  97205
(503) 243-2081

DATED this 24th day of June, 2025.

        DISABILITY RIGHTS OREGON

/s *Tom Stenson*
David Boyer OSB # 235450
dboyer@droregon.org
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Hanah Morin OSB # 230043
hmorin@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738
*Counsel for Plaintiff Disability Rights Oregon*

DECLARATION OF THOMAS STENSON IN SUPPORT OF OPPOSITION TO MOTION TO STAY
Page 5

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081