DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
       Sheila.Potter@doj.oregon.gov
       Craig.M.Johnson@doj.oregon.gov
       Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>  Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>Case No. 6:22-CV-01460-AN (Member Case)<br><br>DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>  Plaintiffs,<br><br>  v. | Case No. 3:21-cv-01637-AN (Member Case) |

Page 1 -  DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES
CAS/j3b/994106876

| | |
|---|---|
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>        Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>        Plaintiffs,<br>  v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

I, Jill Conbere, hereby declare:

1. I am an Assistant Attorney General assigned to represent Oregon State Hospital and Oregon Health Authority in this matter.

2. I have conferred with Tom Stenson, counsel for Plaintiff Disability Rights Oregon, regarding the extension requested in Defendants' motion, and I have received his consent to our proposed extension.

3. Defendants seek this two-week extension in good faith for the purpose of reaching agreement regarding the fee amount at issue and not to cause undue delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 1, 2025.

                                          *s/ Jill L. Conbere*
                                          JILL CONBERE

Page 2 -    DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES
CAS/j3b/994106876

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000